IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SKYWAVE NETWORKS, LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>WILLIAM K. DISOMMA,<br>PAUL A. GURINAS,<br>MATTHEW HINERFELD,<br>WILLIAM DISOMMA TRUST,<br>PAUL A. GURINAS TRUST,<br>JUMP FINANICAL, LLC,<br>JUMP TRADING, LLC,<br>ECW WIRELESS, LLC,<br>WORLD CLASS WIRELESS, LLC,<br>VIRTU FINANCIAL, INC.,<br>NLN HOLDINGS, LLC,<br>NEW LINE NETWORKS, LLC, AND<br>10BAND, LLC,<br><br>　　　　　　Defendant. | Civil Action No. 1:24-cv-9650 |

## **PLAINTIFF'S DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES**

Plaintiff Skywave Network, LLC ("Skywave"), by and through its undersigned counsel, and pursuant to Fed. Civ. P. 7.1 and Local Rule 3.2, hereby states:

1. Skywave is a limited liability company organized under the laws of Delaware with a principal place of business located in Wanatah, Indiana. It is not a publicly held corporation, nor is it a wholly owned subsidiary of any parent corporation.

2. Skywave identifies that, upon diligent review, the following entities and individuals own five percent (5%) or more of Skywave:

　　a.　Argentum, LLC

    b. JTC Skywave Investments, LTD

Dated: October 7, 2024

Respectfully submitted,

_____/s/ Jeanne M. Gills_____

Justin Wilcox (*pro hac vice* pending)
Goutam Patnaik (*pro hac vice* pending)
Jamie Dohopolski (*pro hac vice* pending)
DESMARAIS LLP
1899 Pennsylvania Avenue, NW, Suite 400
Washington, D.C. 20006
Tel: 202.451.4900
Fax: 202.451.4901
jwilcox@desmaraisllp.com
gpatnaik@desmaraisllp.com
jdohopolski@desmaraisllp.com

Steven Balcof (*pro hac vice* pending)
DESMARAIS LLP
230 Park Avenue, 26th Floor
New York, New York 10169
Tel: 202.351.3400
Fax: 202.351.3401
sbalcof@desmaraisllp.com

Jeanne M. Gills (IL 6225018)
James Dasso (IL 6193545)
Ariba A. Ahmad (IL 6343233)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 3000
Chicago, Illinois 60654-4762
Tel: 312.832.4500
Fax: 312.832.4700
jmgills@foley.com
jdasso@foley.com
aahmad@foley.com

Justin M. Sobaje (*pro hac vice* pending)
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3300
Los Angeles, California 90071
Tel: 213.972.4500
Fax: 213.486.0065
jsobaje@foley.com

*Attorneys for Plaintiff*
*Skywave Networks, LLC*