# EXHIBIT 3

Before the
FEDERAL COMMUNICATIONS COMMISSION
Washington, D.C. 20554

|  |  |  |
|---|---|---|
| In the Matter of | ) | |
| | ) | RM- _____ |
| Shortwave Modernization Coalition | ) | |
| Petition for Rulemaking to Amend the | ) | |
| Commission's Rules to Allow Fixed, | ) | |
| Long-Distance, Non-Voice | ) | |
| Communications Above 2 MHz and Below | ) | |
| 25 MHz. | ) | |
| | ) | |

**DECLARATION OF JOHN P. MADIGAN
ON BEHALF OF NLN HOLDINGS LLC**

1. My name is John P. Madigan. My business address is Jump Trading Group, 600 West Chicago Ave, Suite 600, Chicago, IL 60654. I have been employed by the Jump Trading Group as a Technologist since 2017. I also am a member of the Board of Directors of NLN Holdings LLC ("NLN"), the parent company of New Line Networks LLC, which in turn owns 10Band LLC ("10Band"). I have held this position since the inception of NLN in 2015. NLN is a joint venture whose beneficial ownership is held by Virtu Financial, Inc. (NYSE: VIRT) and the owners of the Jump Trading Group.

2. In these roles, I have worked with a team of internal communications experts to deploy, operate, and conduct experiments in frequencies above 2 MHz and below 25 MHz (the "2-25 MHz Band"). I have been involved in communications since serving as a U.S. Army Lieutenant in 1985, and I founded various commercial communications ventures after my military service. I was recently appointed to the FCC's rechartered Federal Advisory Committee

for the 2023 World Radiocommunication Conference.

3. I have supervised and participated in the preparation, submission, and prosecution of 10Band's applications for an FCC experimental license (call sign WI2XNX) for transmissions on 2-25 MHz Band frequencies. Upon grant of the experimental license, I supervised the development of technology for, and construction of, a 2-25 MHz Band transmission system used to conduct various technical experiments. This system includes (1) a low latency 2-25 MHz Band radio (Trellisware TW-6210); (2) antenna and amplifier configurations using ACOM, TCI, Rhode & Schwarz, and SteppIR equipment; and (3) custom, in-house software tools for monitoring and operating equipment, including to facilitate frequency agility.

4. 10Band's successful experiments using 2-25 MHz Band frequencies allocated for licensed use under Part 90 of the FCC's rules have significantly improved the art and science of radio frequency transmission and digital signal processing in the 2-25 MHz Band, resulting in the following conclusions:

    a. Frequencies in the 2-25 MHz Band can be reliably leveraged as a primary (or backup) digital communications solution despite the greater variability of propagation in the 2-25 MHz Band as compared to other spectrum bands. This could lead to wider adoption of 2-25 MHz Band transmission systems in industries such as manufacturing, petroleum, or mining, or by other firms that do business in global trouble spots and need or desire to avoid reliance upon vulnerable alternative facilities (e.g., satellite, terrestrial/subsea fiber).

    b. Frequencies in the 2-25 MHz Band reduce latency for long-distance, non-voice communications. No other known wireless (e.g., microwave point-to-point, or LEO/VLEO satellite systems) or terrestrial (e.g., fiber) technology currently can

        achieve the same or better latency over the distances utilized by 2-25 MHz Band transmissions.

        c.    Transmission and receive facilities utilizing the 2-25 MHz Band can be deployed at a lower cost versus other long-distance wireless and terrestrial communications means.

        d.    Multiple licensees can use Part 90 2-25 MHz Band frequencies in this manner without causing harmful interference to incumbent users (or to each other).

5.    10Band takes measures to minimize the risk of causing harmful interference to other 2-25 MHz Band users, including limiting transmissions to the allocated frequency range, spectrum monitoring to ensure a particular frequency is not in use before transmitting, and using a relatively low transmit power level.  By leveraging wider channels and relatively low transmit power, 10Band is able to minimize power spectral density (PSD) to reduce potential impact on other licensed transmissions in the 2-25 MHz Band.

6.    During the six years in which 10Band has operated pursuant to experimental authority in the 2-25 MHz Band, 10Band has not become aware of harmful interference to our experimental operations from other licensees in the 2-25 MHz Band.  In addition, 10Band has received neither complaints nor inquiries from the FCC regarding harmful interference to Commission licensees from our experimental operations.

7.    Experiments conducted to date have resulted in significant improvements in 2-25 MHz Band radio frequency performance.  NLN and 10Band anticipate that continued experimentation conducted with both industry participants and leading academics will advance both 2-25 MHz Band radio frequency performance and digital signal processing improvements, to the benefit of multiple industries.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Dated: March 24, 2023
Chicago, IL

*John Madigan*

John P. Madigan
Director
NLN Holdings LLC