'GZJ KDKV'35-B''



Conn: 1-24 or Will 88 Document | - 125 Filed: LW/13/#Paid: 2 of 2 Paged # 552

## Universal Licensing System

Microwave Industrial/Business Pool License - WQPE497 - New Line Networks

## Locations Summary    ? HELP

🔍 New Search    🖨 Printable Page    ▥ Reference Copy

| MAIN | ADMIN | LOCATIONS | PATHS | **MAP** |

| Call Sign | WQPE497 | Radio Service | MG - Microwave Industrial/Business Pool |

### License Geography



**Please Note:** Location types of "Other" will not display on the map. Please refer to the Location Tab.

| ULS Help | ULS Glossary - FAQ - Online Help - Technical Support - Licensing Support |
| ULS Online Systems | CORES - ULS Online Filing - License Search - Application Search - Archive License Search |
| About ULS | Privacy Statement - About ULS - ULS Home |
| Basic Search | By Call Sign ▾ = [＿＿＿＿] SEARCH |

Federal Communications Commission
45 L Street NE
Washington, DC 20554

Phone: 1-877-480-3201
TTY: 1-717-338-2824
Submit Help Request