# EXHIBIT 34-B

# Universal Licensing System

FCC > WTB > ULS > Online Systems > License Search

FCC Site Map

Microwave Industrial/Business Pool License - WRCR823 - New Line Networks
## Locations Summary

HELP

New Search | Printable Page | Reference Copy

**MAIN | ADMIN | LOCATIONS | PATHS | MAP**

⚠ This call sign or a component(s) of this call sign is in termination pending status for failure to meet the buildout requirement.

| Call Sign | WRCR823 | Radio Service | MG - Microwave Industrial/Business Pool |
|---|---|---|---|

### License Geography



**Please Note:** Location types of "Other" will not display on the map. Please refer to the Location Tab.

| ULS Help | ULS Glossary - FAQ - Online Help - Technical Support - Licensing Support |
|---|---|
| ULS Online Systems | CORES - ULS Online Filing - License Search - Application Search - Archive License Search |
| About ULS | Privacy Statement - About ULS - ULS Home |
| Basic Search | By Call Sign ▾ = [ ] SEARCH |

FCC | Wireless | ULS | CORES

Help | Tech Support

Federal Communications Commission
45 L Street NE
Washington, DC 20554

Phone: 1-877-480-3201
TTY: 1-717-338-2824
Submit Help Request