# EXHIBIT 36-A

REFERENCE COPY

This is not an official FCC license. It is a record of public information contained in the FCC's licensing database on the date that this reference copy was generated. In cases where FCC rules require the presentation, posting, or display of an FCC license, this document may not be used in place of an official FCC license.



# Federal Communications Commission

### Wireless Telecommunications Bureau

### RADIO STATION AUTHORIZATION

LICENSEE: New Line Networks LLC

ATTN: LEGAL DEPARTMENT
NEW LINE NETWORKS LLC
600 W CHICAGO AVE, STE 840
CHICAGO, IL 60654

| Call Sign |
|---|
| WQWH561 |
| **File Number** |
|  |
| **Radio Service** |
| MG - Microwave Industrial/Business Pool |

| SMSA | Station Class |
|---|---|
|  | FXO |

**FCC Registration Number (FRN):** 0024256844

| Grant Date | Effective Date | Expiration Date | Print Date |
|---|---|---|---|
| 08-24-2015 | 03-29-2017 | 08-24-2025 |  |

## LOCATION

**Fixed Location Address or Area of Operation:**
1400 Federal Boulevard (#280054)
**City:** CARTERET  **County:** MIDDLESEX  **State:** NJ

| Loc No. | Location Name | Latitude | Longitude | Elevation | Antenna Structure Registration No. |
|---|---|---|---|---|---|
| 001 | Carteret ATC | 40-35-06.8 N | 074-14-36.7 W | 9.1 | 1287352 |
| 002 | Bridgewater | 40-36-41.1 N | 074-34-11.0 W | 179.9 |  |

### FREQUENCY PATHS

| Frequency (MHz) | Tol (%) | Emission Desig | EIRP (dBm) | Constr Date | Path No | Seg | Emit Loc No | Ant Hgt (m) | Gain (dBi) | Beam (deg) Reflector Ht(m)xWd(m) | POL | AZIM (deg) | Rec Loc No | Rec Call Sign |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6152.75 | 0.00070 | 30M0D7W | 61.600 | 10-05-2017 | 002 | 1 | 001 | 54.9 | 38.8 | 1.8 | H | 276.1 | 002 | WQWF966 |
| 6685.0 | 0.00070 | 30M0D7W | 58.800 | 09-15-2018 | 003 | 1 | 001 | 56.1 | 38.8 | 1.8 | V | 276.1 | 002 | WQWH560 |
| 6685.0 | 0.00070 | 30M0D7W 30M0D7W | 61.800 | 09-15-2018 | 003 | 1 | 001 | 56.1 | 38.8 | 1.8 | V | 276.1 | 002 | WQWH560 |
| 6685.0 | 0.00070 | 30M0D7W | 63.800 | 09-15-2018 | 003 | 1 | 001 | 56.1 | 38.8 | 1.8 | V | 276.1 | 002 | WQWH560 |

**Conditions:**
Pursuant to §309(h) of the Communications Act of 1934, as amended, 47 U.S.C. §309(h), this license is subject to the following conditions: This license shall not vest in the licensee any right to operate the station nor any right in the use of the frequencies designated in the license beyond the term thereof nor in any other manner than authorized herein. Neither the license nor the right granted thereunder shall be assigned or otherwise transferred in violation of the Communications Act of 1934, as amended. See 47 U.S.C. § 310(d). This license is subject in terms to the right of use or control conferred by §706 of the Communications Act of 1934, as amended. See 47 U.S.C. §606.

**Licensee Name:** NEW LINE NETWORKS LLC

**Call Sign:** WQWH561         **File Number:**                          **Print Date:**

**Waivers/Conditions:**

Grant of the request to update licensee name is conditioned on it not reflecting an assignment or transfer of control (see Rule 1.948); if an assignment or transfer occurred without proper notification or FCC approval, the grant is void and the station islicensed under the prior name.