# EXHIBIT 42-B



NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY

*FIRM and AFFILIATE OFFICES*

WILLIAM K. KEANE
DIRECT DIAL: +1 202 776 5243
PERSONAL FAX: +1 202 478 2160
E-MAIL: KKeane@duanemorris.com

*www.duanemorris.com*

ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS*

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO
SRI LANKA
ALLIANCE WITH
GOWERS INTERNATIONAL

September 22, 2016

Experimental Licensing Branch
Office of Engineering and Technology
Federal Communications Commission
445 12th Street, S.W.
Washington, D.C. 20554

    Re:    10BandLLC
            File No. 0089-EX-CN-2016
            <u>Request for Confidential Treatment</u>

Dear Sir/Madam:

10Band LLC ("10Band") hereby requests that certain information in its experimental application, specifically the Narrative Statement (the "Confidential Information") be treated as confidential and withheld from public inspection pursuant to 5 U.S.C. § 552 and 47 C.F.R. 0.459. The Confidential Information constitutes proprietary information of 10Band that, if subject to public disclosure, would cause significant commercial, economic, and competitive harm to 10Band and its affiliates. Accordingly, 10Band's request satisfies the standards for grant of confidential treatment.

    **1. Identification of the specific information for which confidential treatment is sought**

10Band requests confidential treatment for the identified vendor information contained in Experimental Application File No. 0089-EX-CN-2016, as well as its Narrative Statement.

    **2. Identification of the Commission proceeding in which the information was submitted or a description of the circumstances giving rise to the submission**

The Narrative Statement is part of the experimental application being filed on this date with the Commission.

---



September 22, 2016
Page 2

3. **Explanation of the degree to which the information is commercial or financial, or contains a trade secret or is privileged**

The Confidential Information has significant commercial value, and the equipment, experiments, and tests described in the Narrative Statement include trade secrets of 10Band and its vendors. For FOIA purposes, the Commission defines a trade secret as "a secret, commercially valuable plan, formula, process, or device that is used for the making, preparing, compounding, or processing of trade commodities and that can be said to be the end product of either innovation or substantial effort." Examination of Current Policy Concerning the Treatment of Confidential Information Submitted to the Commission, Report and Order, FCC 96-109 (Aug. 4, 1998) at para. 4 and cases cited therein.. 10Band's experiments and tests, which may lead to the development of innovative uses of the radio spectrum, represent a "secret, commercially valuable plan" within the meaning of this definition.

4. **Explanation of the degree to which the information concerns a service that is subject to competition**

The technologies subject to this experimental application are under development; however, if the tests are successful, they may lead to substantial developments in the competitive wireless data transmission field.

5. **Explanation of how disclosure of the information could result in substantial competitive harm**

The public release of the Confidential Information would jeopardize the applicant's business plans and strategy, and enable competitors to unfairly appropriate 10Band's efforts and develop similar services and technologies. It would further deprive 10Band of the value of the time and expense invested in conducting its experiments.

6. **Identification of any measures taken by the submitting party to prevent unauthorized disclosure**

10Band has disclosed the Confidential Information only to 10Band personnel, attorneys, vendors, and consultants that are bound by non-disclosure agreements or equivalent professional obligations, and on a need to know basis.

7. **Identification of whether the information is available to the public and the extent of any previous disclosure of the information to third parties**

10Band has not made the Confidential Information available to the public and it is not generally available from any other source.

8. **Justification of the period during which the submitting party asserts that material should not be available for public disclosure**

DuaneMorris

September 22, 2016
Page 3

The Confidential Information should be withheld from public inspection indefinitely. The applicant's business plans are expected to undergo further changes based on the test conducted, and confidentiality is necessary to protect those evolving plans.

9. **Any other information that the party seeking confidential treatment believes may be useful in assessing whether its request for confidentiality should be granted**

The public interest would not be served by making the Confidential Information available to the public. Grant of the experimental application will not result in harmful interference to other users, and accordingly public review of the Confidential Information, as opposed to the information in the body of the Form 442, would not be necessary.

Respectfully submitted,

William K. Keane

WKK/sd