# EXHIBIT 47



# Results

| | |
|---|---|
| Tx/Rx | TX |
| Frequency [MHz] | 20.15290 |
| Frequency Record Identifier | 0002165187 |
| Regulatory Service | 1 |
| Communication Type | TXRX |
| Conformity to Frequency Plan | B |
| Frequency Allocation Name | |
| Channel | |
| Legacy System Internationl Co-ordination Number | |
| Analog/Digital | D |
| Occupied Bandwith [kHz] | 24 |
| Designation of Emission | 24K0J7DEN |
| Modulation Type | LMR-DIGITAL |
| Filtration Installed | 1 |

| | |
|---|---|
| Tx Effective Radiated Power [dBW] | 38.35 |
| Tx Transmitter Power [W] | 1000 |
| Total Losses [dB] | 2 |
| Analog Capacity [Channels] | 1. |
| Digital Capacity [Mbit/s] | .064 |
| Rx Unfaded Received Signal Level [dBW] | - |
| Rx Threshold Signal Level for BER 10e-3 [dBW] | - |
| Manufacturer | TrellisWare |
| Model Number | TW-6210 |
| Gain [dBi] | 12.4984 |
| Antenna Pattern | |
| Half-Power (3 dB) Beamwidth [Deg] | |
| Front-to-Back Ratio [dB] | 15 |
| Polarization | A |
| Heigh Above Ground Level [m] | 45 |
| Azimuth Of Main Lobe [Deg] | 146 |
| Vertical Elevation Angle [Deg] | 1 |
| Station Location | Essex, County |
| Licensee Station Reference | BC Unlimited Tx Site |
| Call Sign | CGA984 |
| Station Type | 6 |
| ITU Class of Station | FX |
| Staion Cost Category | |
| Number Of Identical Stations | |
| Reference Identifier | 010994193-002 |
| Province | ON |
| Latitude | 42.04181306 |
| Longitude | -82.97417889 |
| Ground Elevation Above Mean Sea Level [m] | 1 |
| Antenna Structure Height Above Ground Level [m] | 45 |
| Congestion Zone | L |
| Radius Of Operation [km] | |
| Satellite Name | |
| Authorization Number | 011012069-001 |
| Service | 3 |
| Subservice | 300 |
| Licence Type | S |
| Authorization Status | G |
| In-Service Date | 2023-09-26 |
| Account Number | 100000092353 |
| Licensee Name | 1291956 B.C. Unlimited Liability Company |
| Licensee Address | 700 W. George St. Suite 2200,Vancouver,BC,V7Y 1K8 |
| Operational Status | |
| Station Classification | |

Case: 1:24-cv-09650 Document #: 7-107 Filed: 10/07/24 Page 4 of 4 PageID #:1403

| | |
|---|---|
| Horizontal Power [W] | 0 |
| Vertical Power [W] | 0 |

Standby Transmitter Information

---

Choose a province: Ontario  Search for: [ Search ]

[ Back ] [ Home ]