# **EXHIBIT 49**

REFERENCE COPY

This is not an official FCC license. It is a record of public information contained in the FCC's licensing database on the date that this reference copy was generated. In cases where FCC rules require the presentation, posting, or display of an FCC license, this document may not be used in place of an official FCC license.



# Federal Communications Commission

### Wireless Telecommunications Bureau

### RADIO STATION AUTHORIZATION

LICENSEE: New Line Networks LLC

ATTN: LEGAL
NEW LINE NETWORKS LLC
600 WEST CHICAGO AVENUE, SUITE 840
CHICAGO, IL 60654

| Call Sign | File Number |
|---|---|
| WQZD637 | 0007724244 |
| **Radio Service** | |
| MM - Millimeter Wave 70/80/90 GHz Service | |
| **Regulatory Status** | |
| Non Common Carrier, Private | |

**FCC Registration Number (FRN):** 0024256844

| Grant Date | Effective Date | Expiration Date | Print Date |
|---|---|---|---|
| 04-14-2017 | 04-14-2017 | 04-14-2027 | 04-14-2017 |

**Location:** Nationwide

**Frequency Bands:**

| Lower Frequency (MHz) | Upper Frequency (MHz) |
|---|---|
| 71000.00000000 | 76000.00000000 |
| 81000.00000000 | 86000.00000000 |
| 92000.00000000 | 94000.00000000 |
| 94100.00000000 | 95000.00000000 |

**Waivers/Conditions:**

This nationwide, non-exclusive license qualifies the licensee to register point-to-point links. This license does not authorize any operation of a link that is not both (1) coordinated with the National Telecommunications and Information Administration with respect to Federal Government operations in the 71-95 GHz bands and (2) posted as a registered link with the FCC (interim process) or third-party Database Manager (permanent process). Nor does this license authorize operation of any link that requires the submission of an environmental assessment, is located in a quiet zone, or is in an area subject to international coordination. For such links, the licensee must file FCC Form 601 Schedule M with the FCC for approval in addition to submitting the link to a third-party Database Manager for registration. See Public Notice, DA 04-1493 (rel. May 26, 2004) >http://hraunfoss.fcc.gov/edocs_public/attachmatch/DA-04-1493A1.doc.

**Conditions:**
Pursuant to §309(h) of the Communications Act of 1934, as amended, 47 U.S.C. §309(h), this license is subject to the following conditions: This license shall not vest in the licensee any right to operate the station nor any right in the use of the frequencies designated in the license beyond the term thereof nor in any other manner than authorized herein. Neither the license nor the right granted thereunder shall be assigned or otherwise transferred in violation of the Communications Act of 1934, as amended. See 47 U.S.C. § 310(d). This license is subject in terms to the right of use or control conferred by §706 of the Communications Act of 1934, as amended. See 47 U.S.C. §606.