# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
### Eastern Division

SKYWAVE NETWORKS, LLC

                                  Plaintiff,

v.                                                           Case No.: 1:24–cv–09650
                                                                      Honorable John J. Tharp Jr.

WILLIAM J. DISOMMA, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 9, 2024:

      MINUTE entry before the Honorable John J. Tharp, Jr:Attorneys Justin Wilcox, Goutam Patnaik, and Steven Balcof's motions for leave to appear pro hac vice [8], [9], [10] are granted. Counsel are directed to file appearances on behalf of the plaintiff. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.