

321 N CLARK ST.
SUITE 3000
CHICAGO, IL 60654-4762
312.832.4500 TEL
312.832.4700 FAX
FOLEY.COM

WRITER'S DIRECT LINE
312.832.4583
jmgills@foley.com

CLIENT/MATTER NUMBER
142328-0101

October 22, 2024

**Via ECF**

Clerk of Court
U.S. District Court for the Northern District of Illinois

      RE:    Request for the Clerk of Court to Refund Duplicate Filing Fee -
               1:24-cv-09650 Skywave Networks, LLC v. DiSomma et al.

Dear Clerk:

    On October 7, 2024 there were two payments of $405.00 made through pay.gov. It was not our intention to pay twice for the complaint. Please see both receipts below and refund only the one highlighted receipt.

- Receipt No. AILNDC-22572414 - For this receipt, the court indicated that it did receive a Complaint in Case Number 24cv9650.

- Receipt No. AILNDC-22571607 - For this receipt, the court indicated that it did not receive a Complaint in Case Number 24cv9650.

Please feel free to contact me with any questions.

                                        Sincerely yours,

                                        /s/ Jeanne M. Gills

                                        Jeanne M. Gills (IL 6225018)
                                        FOLEY & LARDNER LLP
                                        321 North Clark Street, Suite 3000
                                        Chicago, Illinois 60654-4762
                                        Tel: 312.832.4500
                                        Fax: 312.832.4700
                                        jmgills@foley.com

                                        *Attorney for Skywave Networks, LLC*

AUSTIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DENVER | DETROIT | HOUSTON | JACKSONVILLE | LOS ANGELES
MADISON | MEXICO CITY | MIAMI | MILWAUKEE | NEW YORK | ORLANDO | RALEIGH | SACRAMENTO | SALT LAKE CITY
SAN DIEGO | SAN FRANCISCO | SILICON VALLEY | TALLAHASSEE | TAMPA | TOKYO | WASHINGTON, D.C.

4886-1212-4402.1