# EXHIBIT B

## **Receipt NOT to refund**

From: do_not_reply@psc.uscourts.gov

To: jsobaje@foley.com

Subject: Subject: Pay.gov Payment Confirmation: ILLINOIS NORTHERN DISTRICT COURT

** EXTERNAL EMAIL MESSAGE **

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: ILND CMECF Help Desk at 312-582-8727.

  Account Number: 3945635
  Court: ILLINOIS NORTHERN DISTRICT COURT
  Amount: $405.00
  Tracking Id: AILNDC-22572414
  Approval Code: 193525
  Card Number: ************0316
  Date/Time: 10/07/2024 10:32:43 ET

NOTE: This is an automated message. Please do not reply