# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: SKYWAVE NETWORKS, LLC, v. WILLIAM J. DISOMMA, PAUL A. GURINAS, MATTHEW HINERFELD et al.

Case Number: 24-cv-9650-XXX

An appearance is hereby filed by the undersigned as attorney for: WILLIAM J. DISOMMA, PAUL A. GURINAS, MATTHEW HINERFELD, WILLIAM DISOMMA TRUST, PAUL A. GURINAS TRUST, JUMP FINANCIAL, LLC, JUMP TRADING HOLDINGS, LLC, JUMP TRADING, LLC, ECW WIRELESS, LLC, WORLD CLASS WIRELESS, LLC, VIRTU FINANCIAL, INC., NLN HOLDINGS, LLC, NEW LINE NETWORKS, LLC, 10BAND, LLC.

Attorney name (type or print): Chris Gair

Firm: Gair Gallo Eberhard LLP

Street address: 1 E Wacker Dr. suite 2600

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6190781
(See item 3 in instructions)

Telephone Number: 312-600-4900

Email Address: cgair@gairgallo.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you a member of the court's general bar? | ✓ | |
| Are you a member of the court's trial bar? | ✓ | |
| Are you appearing *pro hac vice*? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October, 22, 2024

Attorney signature: S/ Chris Gair
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023