IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SKYWAVE NETWORKS, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM J. DISOMMA,<br>PAUL A. GURINAS,<br>MATTHEW HINERFELD,<br>WILLIAM DISOMMA TRUST,<br>PAUL A. GURINAS TRUST,<br>JUMP FINANCIAL, LLC,<br>JUMP TRADING HOLDINGS, LLC,<br>JUMP TRADING, LLC,<br>ECW WIRELESS, LLC,<br>WORLD CLASS WIRELESS, LLC,<br>VIRTU FINANCIAL, INC.,<br>NLN HOLDINGS, LLC,<br>NEW LINE NETWORKS, LLC, and<br>10BAND, LLC,<br>　　　　　　　　Defendants. | Case No. 1:24-cv-9650-XXX |

## MOTION FOR LEAVE TO ADD COUNSEL FOR DEFENDANTS

Pursuant to Local Rule 83.17, Defendants William J. DiSomma; Paul A. Gurinas; Matthew Hinerfeld; William DiSomma Trust; Paul A. Gurinas Trust; Jump Financial, LLC; Jump Trading Holdings, LLC; Jump Trading, LLC; ECW Wireless, LLC; World Class Wireless, LLC; Virtu Financial, Inc.; NLN Holdings, LLC; New Line Networks, LLC; and 10Bank, LLC move to add additional counsel. In support thereof, Defendants state as follows:

　　1.　　Attorneys from Gair Gallo Eberhard LLP and Covington & Burling LLP are representing Defendants in this matter.

　　2.　　The lawyers from Gair Gallo have recently filed their appearances.

3. Defendants wish Covington & Burling lawyers—Neema Sahni, J. Hardy Ehlers, and Gerard J. Waldron—to appear as well on their behalf.

4. Local Rule 83.17 requires leave of court to file additional appearances on behalf of a represented party. *See* LR 83.17 ("The attorney of record may not withdraw, nor may any other attorney file an appearance on behalf of the same party or as a substitute for the attorney of record, without first obtaining leave of court, except that substitutions or additions may be made without motion where both counsel are of the same firm.").

5. Additional appearances on behalf of Defendants by counsel from Covington & Burling will not prejudice any party or delay or otherwise disrupt the proceedings in this matter in which all defendants have waived service and no responsive pleading has been filed.

WHEREFORE, Defendants respectfully request leave to add additional counsel.

Dated: October 25, 2024

Respectfully submitted,

*/s/ Ingrid Yin*
Chris Gair (ARDC # 6190781)
Ingrid Yin (ARDC # 6339857)
GAIR GALLO EBERHARD LLP
1 East Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 600-4900
cgair@gairgallo.com
iyin@gairgallo.com