**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Skywave Networks, LLC
                              Plaintiff,

v.                                                 Case No.: 1:24−cv−09650
                                                  Honorable John J. Tharp Jr.

William J. Disomma, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 29, 2024:

      MINUTE entry before the Honorable John J. Tharp, Jr: Defendants' motion to add counsel pursuant to Local Rule 83.17 [40] is granted. Attorneys from Covington and Burling are permitted to file appearances or motions to appear pro hac vice pursuant to Local Rule 83.14 as appropriate. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.