UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SKYWAVE NETWORKS, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> WILLIAM J. DISOMMA, et al., <br><br> *Defendants.* | Case No. 1:24-cv-9650-XXX <br> Hon. John J. Tharp, Jr. |

### DEFENDANT VIRTU FINANCIAL, INC.'S MOTION
### FOR SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.17 of the Civil Local Rules for the United States District Court for the Northern District of Illinois, Defendant Virtu Financial, Inc. ("Virtu") respectfully moves this Court to grant this Motion for Substitution of Counsel substituting Robert Y. Sperling of Paul, Weiss, Rifkind, Wharton & Garrison LLP as attorney of record for Virtu and allowing the withdrawal of Virtu's previous attorneys of record Chris Gair and Ingrid Yin of Gair Gallo Eberhard LLP. Mr. Gair and Ms. Yin of Gair Gallo Eberhard LLP will remain the attorneys of record for Defendants William J. DiSomma; Paul A. Gurinas; Matthew Hinerfeld; William DiSomma Trust; Paul A. Gurinas Trust; Jump Financial, LLC; Jump Trading Holdings, LLC; Jump Trading, LLC; ECW Wireless, LLC; World Class Wireless, LLC; NLN Holdings, LLC; New Line Networks, LLC; and 10Band, LLC.

WHEREFORE, Defendant Virtu respectfully requests that this Court enter an order granting its Motion for Substitution of Counsel and removing Mr. Gair and Ms. Yin as attorneys of record for Virtu in the above-captioned matter.

Dated: November 5, 2024　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　By: */s/ Robert Y. Sperling*
　　　　　　　　　　　　　　　　　　　　　　Robert Y. Sperling, Bar No. 2688093
　　　　　　　　　　　　　　　　　　　　　　PAUL, WEISS, RIFKIND, WHARTON
　　　　　　　　　　　　　　　　　　　　　　& GARRISON LLP
　　　　　　　　　　　　　　　　　　　　　　1285 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　　　　　　　　Phone: (212) 373-3148
　　　　　　　　　　　　　　　　　　　　　　Fax: (212) 492-0148
　　　　　　　　　　　　　　　　　　　　　　Email: rsperling@paulweiss.com
　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Virtu Financial, Inc.*

Dated: November 4, 2024　　　　　　　　　Agreed and Consented:

　　　　　　　　　　　　　　　　　　　　By: */s/ Ingrid Yin*
　　　　　　　　　　　　　　　　　　　　　　Chris Gair, Bar No. 6190781
　　　　　　　　　　　　　　　　　　　　　　Ingrid Yin, Bar No. 6339857
　　　　　　　　　　　　　　　　　　　　　　GAIR GALLO EBERHARD LLP
　　　　　　　　　　　　　　　　　　　　　　1 E. Wacker Drive, Suite 2600
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60601
　　　　　　　　　　　　　　　　　　　　　　Phone: (312) 600-4900
　　　　　　　　　　　　　　　　　　　　　　Email: cgair@gairgallo.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　iyin@gairgallo.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of November, 2024, I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will electronically serve all attorneys of record.

By: */s/ Robert Y. Sperling*