# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SKYWAVE NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM DISOMMA, PAUL A GURINAS, MATTHEW HINERFIELD, WILLIAM DISOMMA TRUST, PAUL A. GURINAS TRUST, JUMP FINANCIAL, LLC, JUMP TRADING HOLDINGS, LLC, JUMP TRADING, LLC, ECW WIRELESS, LLC, WORLD CLASS WIRELESS, LLC, VIRTU FINANCIAL, INC., NLN HOLDINGS, LLC, NEW LINE NETWORKS, LLC, AND 10BAND, LLC, <br><br> Defendants. | Civil Action No. 1:24-CV-9650 |

## PLAINTIFF'S MOTION TO WITHDRAW FOLEY & LARDNER AS COUNSEL AND SUBSTITUTE NELSON MULLINS

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Plaintiff Skywave Networks, LLC ("Skywave") moves this Court for leave to withdraw the appearances of Jeanne M. Gills, James Dasso, Ariba A. Ahmad, and Justin M. Sobaje of Foley & Larder LLP as attorneys for Skywave Networks, Inc., and permit Justin A. Barker of Nelson Mullins Riley & Scarborough LLP to substitute in as primary counsel of record in the above-captioned matter.

In support of this motion, Plaintiff states as follows:

1.  On October 7, 2024, Jeanne M. Gills, James Dasso, and Ariba A. Ahmad filed a Complaint against Defendants on behalf of Skywave Networks, Inc., in the above-captioned

matter. *Pro hac vice* appearance applications for Justin M. Sobaje of Foley & Larder, and Justin Wilcox, Goutam Patnaik, Jamie Dohopolski, and Steven Balcof of Desmarais LLP followed.

2. It is Skywave's desire that Justin A. Barker, partner at Nelson Mullins Riley & Scarborough LLP, in good standing and properly admitted to this Court, take over responsibility and representation from Jeanne M. Gills, James Dasso, Ariba A. Ahmad, and Justin M. Sobaje of Foley & Larder LLP with respect to the Plaintiff's case. Barker has represented litigants in multiple matters in this District and in federal and state courts around the nation and is prepared to represent the Plaintiff.

3. Subject to being granted leave from this Court, the above-named Foley & Lardner attorneys wish to withdraw from representing the Plaintiff. Further, upon leave of Court, Justin A. Barker of Nelson Mullins Riley & Scarborough shall file his appearance. Justin Wilcox, Goutam Patnaik, Jamie Dohopolski, and Steven Balcof of Desmarais LLP will continue to represent Plaintiff in this litigation.

4. Due to the current stage of this litigation, the requested substitution of counsel will not prejudice the Plaintiff.

5. Copies of this motion have been served upon Defendants as reflected in the attached.

WHEREFORE, Plaintiff respectfully requests that this Court grant the foregoing motion for withdrawal and substitution of counsel.

Dated: November 8, 2024

Respectfully,

/s/ Jeanne M. Gills
Jeanne M. Gills (IL 6225018)
James Dasso (IL 6193545)
Ariba A. Ahmad (IL 6343233)

2

Foley & Larder LLP
321 North Clark Street, Suite 3000
Chicago, Illinois 60654-4762
Tel: 312.832.4500
Fax: 312.832.4700
jmgills@foley.com
jdasso@foley.com
aahmad@foley.com

Justin M. Sobaje (pro hac vice)
Foley & Lardner LLP
555 South Flower Street, Suite 3300
Los Angeles, California 90071
Tel: 213.972,4500
Fax:213.486.0065
jsobaje@foley.com

*Attorneys for Skywave Networks, LLC*

## CERTIFICATE OF SERVICE

I, Jeanne M. Gills, an attorney, hereby certify on November 8, 2024, that I caused a copy of the foregoing **PLAINTIFF'S MOTION TO WITHDRAW FOLEY & LARDNER AS COUNSEL AND SUBSTITUTE NELSON MULLINS** to be served upon all counsel of record via the Court's CM/ECF system.

/s/ Jeanne M. Gills
Jeanne M. Gills