IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SKYWAVE NETWORKS, LLC,<br><br>                            Plaintiff,<br><br>v.<br><br>WILLIAM J. DISOMMA,<br>PAUL A. GURINAS,<br>MATTHEW HINERFELD,<br>WILLIAM DISOMMA TRUST,<br>PAUL A. GURINAS TRUST,<br>JUMP FINANCIAL, LLC,<br>JUMP TRADING HOLDINGS, LLC,<br>JUMP TRADING, LLC,<br>ECW WIRELESS, LLC,<br>WORLD CLASS WIRELESS, LLC,<br>VIRTU FINANCIAL, INC.,<br>NLN HOLDINGS, LLC,<br>NEW LINE NETWORKS, LLC, AND<br>10BAND, LLC,<br><br>                            Defendants. | Civil Action No. 1:24-cv-9650<br>Judge John J. Tharp, Jr. |

**NOTIFICATION OF AFFILIATES AND CORPORATE DISCLOSURE STATEMENT
PURSUANT TO F.R.C.P. 7.1 AND LOCAL RULE 3.2**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, and Local Rule 3.2 for the United States District Court for the Northern District of Illinois, the undersigned counsel for Defendant Virtu Financial, Inc. hereby files its Notification of Affiliates and Corporate Disclosure Statement and states:

    1. Virtu Financial, Inc. is a publicly traded entity without a parent corporation. Blackrock,

1

Inc. owns 10% or more of Virtu Financial, Inc.'s common stock.[1]

2. TJMT Holdings LLC indirectly owns 5% or more of Virtu Financial, Inc. through equity units in Virtu Financial LLC that may be exchanged for Virtu Financial, Inc. common stock, and each of FMR LLC, The Vanguard Group, Inc., and, as noted above, Blackrock, Inc. own 5% or more of Virtu Financial, Inc.'s common stock.

Dated: December 13, 2024
New York, New York

                PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:  */s/ Andrew G. Gordon*
      Robert Y. Sperling
      Andrew G. Gordon
      Katherine B. Forrest
      Jessica S. Carey
      Kristina A. Bunting
      1285 Avenue of the Americas
      New York, New York 10019-6064
      (212) 373-3000
      rsperling@paulweiss.com
      agordon@paulweiss.com
      kforrest@paulweiss.com
      jcarey@paulweiss.com
      kbunting@paulweiss.com

*Attorneys for Defendant Virtu Financial, Inc.*

---

[1] Virtu Financial, Inc. is aware of the common stock holdings listed in this disclosure statement based on the respective entities' public SEC filings.