IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SKYWAVE NETWORKS, LLC,<br><br>                 Plaintiff,<br><br>v.<br><br>WILLIAM J. DISOMMA, et al.,<br><br>                 Defendants. | Case No. 1:24-cv-9650<br>Hon. John J. Tharp, Jr. |

## DEFENDANTS' NOTIFICATION OF AFFILIATES

In accordance with Local Rule 3.2, Defendants William DiSomma Trust; Paul A. Gurinas Trust; Jump Financial, LLC; Jump Trading Holdings, LLC; Jump Trading, LLC; ECW Wireless, LLC; World Class Wireless, LLC; NLN Holdings LLC; New Line Networks LLC; and 10Band LLC identify the following affiliates:

1. The affiliate of Defendant William DiSomma Trust is William J. DiSomma.

2. The affiliate of Defendant Paul A. Gurinas Trust is Paul A. Gurinas.

3. The affiliates of Defendant Jump Financial, LLC are William DiSomma Trust and Paul A. Gurinas Trust.

4. The affiliates of Defendant Jump Trading Holdings, LLC are Jump Financial, LLC; William DiSomma Trust; and Paul A. Gurinas Trust.

5. The affiliates of Defendant Jump Trading, LLC are Jump Trading Holdings, LLC; Jump Financial, LLC; William DiSomma Trust; and Paul A. Gurinas Trust.

6. The affiliates of Defendant ECW Wireless, LLC are William DiSomma Trust and Paul A. Gurinas Trust.

7. The affiliates of Defendant World Class Wireless, LLC are ECW Wireless, LLC; William DiSomma Trust; and Paul A. Gurinas Trust.

8. The affiliates of Defendant NLN Holdings LLC are World Class Wireless, LLC; ECW Wireless, LLC; William DiSomma Trust; Paul A. Gurinas Trust; Geodesic Networks, LLC; Global Colocation Services, LLC; Virtu Strategic Holdings, LLC; Virtu Knight Capital Group, LLC; Virtu KCG Holdings, LLC; Orchestra Borrower, LLC; Virtu Financial Operating, LLC; VFH Parent, LLC; Virtu Financial, LLC; TJMT Holdings, LLC; and Virtu Financial, Inc.

9. The affiliates of Defendant New Line Networks LLC are NLN Holdings LLC; World Class Wireless, LLC; ECW Wireless, LLC; William DiSomma Trust; Paul A. Gurinas Trust; Geodesic Networks, LLC; Global Colocation Services, LLC; Virtu Strategic Holdings, LLC; Virtu Knight Capital Group, LLC; Virtu KCG Holdings, LLC; Orchestra Borrower, LLC; Virtu Financial Operating, LLC; VFH Parent, LLC; Virtu Financial, LLC; TJMT Holdings, LLC; and Virtu Financial, Inc.

10. The affiliates of Defendant 10Band LLC are New Line Networks LLC; NLN Holdings LLC; World Class Wireless, LLC; ECW Wireless, LLC; William DiSomma Trust; Paul A. Gurinas Trust; Geodesic Networks, LLC; Global Colocation Services, LLC; Virtu Strategic Holdings, LLC; Virtu Knight Capital Group, LLC; Virtu KCG Holdings, LLC; Orchestra Borrower, LLC; Virtu Financial Operating, LLC; VFH Parent, LLC; Virtu Financial, LLC; TJMT Holdings, LLC; and Virtu Financial, Inc.

| | |
|---|---|
| Dated: December 16, 2024 | Respectfully submitted,<br><br>/s/ Ingrid Yin<br><br>Chris Gair (ARDC # 6190781)<br>Ingrid Yin (ARDC # 6339857)<br>GAIR GALLO EBERHARD LLP<br>1 East Wacker Drive, Suite 2600<br>Chicago, IL 60601<br>(312) 600-4900<br>cgair@gairgallo.com<br>iyin@gairgallo.com<br><br>Neema Sahni (admitted *pro hac vice*)<br>J. Hardy Ehlers (admitted *pro hac vice*)<br>COVINGTON & BURLING LLP<br>1999 Avenue of the Stars<br>Los Angeles, CA 90067<br>(424) 332-4757<br>nsahni@cov.com<br>jehlers@cov.com<br><br>Gerard J. Waldron (admitted *pro hac vice*)<br>COVINGTON & BURLING LLP<br>850 10th St NW<br>Washington, DC 20001<br>(202) 662-6000<br>gwaldron@cov.com<br><br>*Attorneys for Defendants William J. DiSomma; Paul A. Gurinas; Matthew Hinerfeld; William DiSomma Trust; Paul A. Gurinas Trust; Jump Financial, LLC; Jump Trading Holdings, LLC; Jump Trading, LLC; ECW Wireless, LLC; World Class Wireless, LLC; NLN Holdings LLC; New Line Networks LLC; and 10Band LLC* |