IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SKYWAVE NETWORKS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM J. DISOMMA, et al., <br><br> Defendants. | Case No. 1:24-cv-9650 <br> Hon. John J. Tharp, Jr. |

## DEFENDANTS' MOTION TO DISMISS

Defendants William J. DiSomma, Paul A. Gurinas, Matthew Hinerfeld, William DiSomma Trust, Paul A. Gurinas Trust, Jump Financial, LLC, Jump Trading Holdings, LLC, Jump Trading, LLC, ECW Wireless, LLC, World Class Wireless, LLC, NLN Holdings LLC, New Line Networks LLC, 10Band LLC, and Virtu Financial, Inc., by and through undersigned counsel, respectfully move to dismiss Plaintiff Skywave Networks, LLC's Complaint under Rule 12(b) of the Federal Rules of Civil Procedure for the reasons set forth in their Memorandum, which is being filed contemporaneously herewith.

Dated: December 16, 2024

Neema Sahni (admitted *pro hac vice*)
J. Hardy Ehlers (admitted *pro hac vice*)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
(424) 332-4757
nsahni@cov.com
jehlers@cov.com

Gerard J. Waldron (admitted *pro hac vice*)
COVINGTON & BURLING LLP
850 10th St NW
Washington, DC 20001
(202) 662-6000
gwaldron@cov.com

Respectfully submitted,

/s/ Ingrid Yin
Chris Gair (ARDC # 6190781)
Ingrid Yin (ARDC # 6339857)
GAIR GALLO EBERHARD LLP
1 East Wacker Drive, Suite 2600
Chicago, IL 60601
cgair@gairgallo.com
iyin@gairgallo.com
(312) 600-4900

*Attorneys for Defendants William J. DiSomma, Paul A. Gurinas, Matthew Hinerfeld, William DiSomma Trust, Paul A. Gurinas Trust, Jump Financial, LLC, Jump Trading Holdings, LLC, Jump Trading, LLC, ECW Wireless, LLC, World Class Wireless, LLC, NLN Holdings LLC, New Line Networks LLC, and 10Band LLC*

Robert Y. Sperling (ARDC #2688093)
Katherine B. Forrest (admitted *pro hac vice*)
Andrew G. Gordon (admitted *pro hac vice*)
Jessica S. Carey (admitted *pro hac vice*)
Kristina A. Bunting (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3148
rsperling@paulweiss.com
kforrest@paulweiss.com
agordon@paulweiss.com
jcarey@paulweiss.com
kbunting@paulweiss.com

*Attorneys for Defendant Virtu Financial, Inc.*