**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

SKYWAVE NETWORKS, LLC,

               Plaintiff,

    v.

WILLIAM J. DISOMMA, et al.,

               Defendants.

Case No. 1:24-cv-9650

Judge John J. Tharp

**DEFENDANTS' AGREED MOTION FOR EXCESS PAGES
AND AGREED PROPOSED BRIEFING SCHEDULE**

Defendants William J. DiSomma; Paul A. Gurinas; Matthew Hinerfeld; William DiSomma Trust; Paul A. Gurinas Trust; Jump Financial, LLC; Jump Trading Holdings, LLC; Jump Trading, LLC; ECW Wireless, LLC; World Class Wireless, LLC; Virtu Financial, Inc.; NLN Holdings LLC; New Line Networks LLC; and 10Band LLC respectfully, and with agreement of the Plaintiff, move pursuant to Local Rule 7.1 to file a brief in support of their motion to dismiss in excess of fifteen pages and pursuant to this Court's case procedures submit an agreed proposed briefing schedule. In support thereof, Defendants state as follows:

1.     Local Rule 7.1 provides that no brief submitted to the Court "shall exceed fifteen pages without prior approval of the court." LR 7.1.

2.     Defendants plan to file a single joint brief in support of their motion to dismiss. Defendants' brief in support of their joint motion to dismiss is 35 pages. Extra pages are necessary to adequately address all pertinent issues and arguments. The Complaint here alleges a case under the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1961 et seq. There are fourteen named defendants. The Complaint covers 58 pages of text and 209 separate factual

1

allegations, supplemented with 109 exhibits. The brief addresses a number of the elements of a RICO violation, the statute of limitations, and subject matter jurisdiction.

3. Rather than engage in the wasteful practice of splitting up arguments among separate briefs for various Defendants, Defendants have agreed to submit a single comprehensive brief.

4. Defense counsel has conferred with counsel for the Plaintiff. Counsel for the Plaintiff has agreed to Defendants filing a 35-page brief with the understanding that Plaintiff may also file a 35-page opposition brief. The parties have further agreed that Defendants can file a 20-page reply brief.

5. The parties have also agreed on a proposed briefing schedule, as follows:

    a. Plaintiff's opposition brief or amended complaint to be filed by January 30, 2025.

    b. Defendants' reply brief to be filed by February 27, 2025.

WHEREFORE, Defendants request that this Court grant leave to file a 35-page brief in support of their motion to dismiss, which is attached as Exhibit 1, Plaintiff be permitted to file an opposition brief of up to 35 pages, and Defendants be permitted to file a reply brief of up to 20 pages. Defendants further request that the Court enter the agreed schedule.

Dated: December 16, 2024

Respectfully submitted,

Neema Sahni (admitted *pro hac vice*)
J. Hardy Ehlers (admitted *pro hac vice*)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
(424) 332-4757
nsahni@cov.com
jehlers@cov.com

/s/ Ingrid Yin
Chris Gair (ARDC # 6190781)
Ingrid Yin (ARDC # 6339857)
GAIR GALLO EBERHARD LLP
1 East Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 600-4900
cgair@gairgallo.com
iyin@gairgallo.com

Gerard J. Waldron (admitted *pro hac vice*)
COVINGTON & BURLING LLP
850 10th St NW
Washington, DC 20001
(202) 662-6000
gwaldron@cov.com

*Attorneys for Defendants William J. DiSomma, Paul A. Gurinas, Matthew Hinerfeld, William DiSomma Trust, Paul A. Gurinas Trust, Jump Financial, LLC, Jump Trading Holdings, LLC, Jump Trading, LLC, ECW Wireless, LLC, World Class Wireless, LLC, NLN Holdings LLC, New Line Networks LLC, and 10Band LLC*

Robert Y. Sperling (ARDC #2688093)
Katherine B. Forrest (admitted *pro hac vice*)
Andrew G. Gordon (admitted *pro hac vice*)
Jessica S. Carey (admitted *pro hac vice*)
Kristina A. Bunting (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3148
rsperling@paulweiss.com
kforrest@paulweiss.com
agordon@paulweiss.com
jcarey@paulweiss.com
kbunting@paulweiss.com

*Attorneys for Defendant Virtu Financial, Inc.*

3