IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SKYWAVE NETWORKS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM J. DISOMMA,<br>PAUL A. GURINAS,<br>MATTHEW HINERFELD,<br>WILLIAM DISOMMA TRUST,<br>PAUL A. GURINAS TRUST,<br>JUMP FINANCIAL, LLC,<br>JUMP TRADING HOLDINGS, LLC,<br>JUMP TRADING, LLC,<br>ECW WIRELESS, LLC,<br>WORLD CLASS WIRELESS, LLC,<br>VIRTU FINANCIAL, INC.,<br>NLN HOLDINGS, LLC,<br>NEW LINE NETWORKS, LLC, AND<br>10BAND, LLC,<br><br>    Defendants. | Civil Action No. 1:24-cv-9650<br><br>Judge John J. Tharp, Jr.<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF NEEMA SAHNI IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS**

# DECLARATION

I, Neema Sahni, declare as follows:

    1.    I am a partner at the law firm of Covington & Burling LLP. I am one of the attorneys representing Defendants William J. DiSomma; Paul A. Gurinas; Matthew Hinerfeld; William DiSomma Trust; Paul A. Gurinas Trust; Jump Financial, LLC; Jump Trading Holdings, LLC; Jump Trading, LLC; ECW Wireless, LLC; World Class Wireless, LLC; NLN Holdings, LLC; New Line Networks, LLC; and 10Band, LLC, in the above-captioned action. I am a member in good standing of the State Bar of California, and I am admitted *pro hac vice* in this matter. I have personal knowledge of the matters stated herein and, if called upon, could competently testify thereto.

    2.    Attached as **Exhibit A** is a true and correct copy of Skywave Network LLC's ("Skywave") Petition for Reconsideration of the FCC Office of Engineering and Technology's grant of a renewal period to 10Band LLC to operate a Part 73 experimental license. This petition was filed on September 18, 2023, and is available on the FCC's public docket, accessible at: https://www.fcc.gov/ecfs/document/1091963979790/1.

    3.    Attached as **Exhibit B** is a true and correct copy of 10Band LLC's Opposition to Skywave's Petition for Reconsideration. This Opposition was filed on September 28, 2023, and is available on the FCC's public docket, accessible at: https://apps.fcc.gov/els/GetAtt.html?id=333275&x=.

    4.    Attached as **Exhibit C** is a true and correct copy of Skywave's Reply to 10Band LLC's Opposition to Skywave's Petition for Reconsideration. This Reply was filed on October 12, 2023, and is available on the FCC's public docket, accessible at: https://www.fcc.gov/ecfs/document/101368184684/1.

5. Attached as **Exhibit D** is a true and correct copy of an ownership chart of 10Band LLC that was publicly filed with the FCC in May 2020, available at https://wireless2.fcc.gov/UlsEntry/attachments/attachmentViewRD.jsp?applType=search&fileKey=1307651602&attachmentKey=20870671&attachmentInd=applAttach.

6. Attached as **Exhibit E** is a true and correct copy of an article published in *Bloomberg Law* on June 18, 2018, titled "HFT Traders Dust Off 19th Century Tool in Search of Market Edge," available at https://www.bloomberg.com/news/articles/2018-06-18/hft-traders-dust-off-19th-century-tool-in-search-of-market-edge.

7. Attached as **Exhibit F** is a true and correct copy of an article published in *Bloomberg Businessweek* on March 8, 2019, titled "The Gazillion-Dollar Standoff Over Two High-Frequency Trading Towers," available at https://www.bloomberg.com/news/features/2019-03-08/the-gazillion-dollar-standoff-over-two-high-frequency-trading-towers.

8. Attached as **Exhibit G** is a true and correct copy of the LLC registration of Jump Financial, LLC, filed with the Illinois Secretary of State on April 1, 2008, available at https://apps.ilsos.gov/businessentitysearch/businessentitysearch.

9. Attached as **Exhibit H** are true and correct copies of two reports published in BrokerCheck, a database run by the Financial Industry Regulatory Authority, for Paul Andrew Gurinas and William Joseph DiSomma, available at https://brokercheck.finra.org/.

10. Attached as **Exhibit I** is a true and correct copy of an article published in the *Wall Street Journal* on June 4, 2012, titled "Citadel Says Other Firm's Profit Shows Strategy Theft," available at http://online.wsj.com/article/SB10001424052702303918204577447222628346192.html.

\*   \*   \*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of December, 2024, in Los Angeles, CA.

By: _____
Neema Sahni