# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Skywave Networks, LLC

                                          Plaintiff,

v.                                                             Case No.: 1:24−cv−09650
                                                                     Honorable John J. Tharp Jr.

William J. Disomma, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 18, 2024:

      MINUTE entry before the Honorable John J. Tharp, Jr:The agreed motion for leave to file excess pages and enter a proposed briefing schedule [71] is granted. Defendants' joint brief in support of their motion to dismiss shall not exceed 35 pages; Plaintiff's brief in opposition shall not exceed 35 pages; Defendants' joint reply brief shall not exceed 20 pages. Defendants' motion to dismiss [70] is taken under advisement. Plaintiff's response is due 1/30/25; reply due 2/27/25. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.