# EXHIBIT D

This transfer of control application relates to proposed assignments of interests in the indirect parent (ECW Wireless LLC) of the licensee (10band LLC), which are currently held by four individuals, to revocable trusts established by each such individual. Such interests represent all of the voting interests in ECW Wireless LLC. There will be no change in the management of the licensee. Each individual will serve as the trustee of each respective trust as well as retain the authority to revoke the trust and appoint successor trustees.

The following page illustrates the pre-transfer ownership and the proposed post-transfer ownership.

## Pre-Transfer Ownership Chart

## Post-Transfer Ownership Chart



