# EXHIBIT G

| | | |
|---|---|---|
| L.L.C. File Number: 02184974<br>Filing Deadline is Prior to: 04/01/2008<br>This report must be RECIEVED in the office of the Secretary of State prior to the anniversary date to avoid late filing penalties and eventual administrative revocation of its admission.<br>Form LLC-50.1 | Jesse White<br>Illinois Secretary of State<br>Limited Liability Company<br>Annual Report<br>Filing Fee: 250.00<br>Penalty: 0.00<br>Total Fee: 250.00 | Filed Electronically<br>April 1, 2008<br>Jesse White<br>Secretary of State |

1. **Limited Liability Company name:** Registerd Agent, Registered Office, City, IL, ZIP Code

   JUMP FINANCIAL, LLC
   ROBERT P. BRAMNIK
   227 W MONROE ST. #3400
   CHICAGO    IL 606060000

2. **State or Country of Organization:** DE        **Date admitted in Illinois:** 04/23/2007

3. **Address of the principal place of business:**
   600 W CHICAGO AVE. #825
   (Street Address)
   CHICAGO    IL 60610
   (City, State, Zip)

4. **Names and addresses of the managers:**
   WILLIAM DISOMMA
   600 W CHICAGO CHICAGO IL 60610
   PAUL GURINAS
   600 W CHICAGO CHICAGO IL 60610
   CAREY HARROLD
   600 W CHICAGO CHICAGO IL 60610

5. The managers which are entities, affirm the evidence of existing on file with the Illinois Secretary of State is still intact.

6. Changes to the registered agent or address in item 1 above requires the filing of form LLC-1.36/1.37

7. I affirm, under penalties of perjury, having authority to sign thereto, that this annual report is to the best of my knowledge and belief, true, correct and complete.

   A late filing penalty of $300 will apply if this report is not filed within 60 days of the due date.

   Dated   April 1                    ,   2008
           (Month/Day)                     (Year)

   CAREY HARROLD
   Name

   MANAGER
   Type or Print Name of

   If applicant is a company or other entity, state name of company