# EXHIBIT H



**BrokerCheck Report**

# PAUL ANDREW GURINAS

CRD# 3147781

| Section Title | Page(s) |
| --- | --- |
| Report Summary | 1 |
| Broker Qualifications | 2 - 7 |
| Registration and Employment History | 9 |

 When communicating online or investing with any professional, make sure you know who you're dealing with. Imposters might link to sites like BrokerCheck from phishing or similar scam websites, or through social media, trying to steal your personal information or your money.

Please contact FINRA with any concerns.

**About BrokerCheck®**



BrokerCheck offers information on all current, and many former, registered securities brokers, and all current and former registered securities firms. FINRA strongly encourages investors to use BrokerCheck to check the background of securities brokers and brokerage firms before deciding to conduct, or continue to conduct, business with them.

- **What is included in a BrokerCheck report?**
- BrokerCheck reports for individual brokers include information such as employment history, professional qualifications, disciplinary actions, criminal convictions, civil judgments and arbitration awards. BrokerCheck reports for brokerage firms include information on a firm's profile, history, and operations, as well as many of the same disclosure events mentioned above.
- Please note that the information contained in a BrokerCheck report may include pending actions or allegations that may be contested, unresolved or unproven. In the end, these actions or allegations may be resolved in favor of the broker or brokerage firm, or concluded through a negotiated settlement with no admission or finding of wrongdoing.
- **Where did this information come from?**
- The information contained in BrokerCheck comes from FINRA's Central Registration Depository, or CRD® and is a combination of:
  - o information FINRA and/or the Securities and Exchange Commission (SEC) require brokers and brokerage firms to submit as part of the registration and licensing process, and
  - o information that regulators report regarding disciplinary actions or allegations against firms or brokers.
- **How current is this information?**
- Generally, active brokerage firms and brokers are required to update their professional and disciplinary information in CRD within 30 days. Under most circumstances, information reported by brokerage firms, brokers and regulators is available in BrokerCheck the next business day.
- **What if I want to check the background of an investment adviser firm or investment adviser representative?**
- To check the background of an investment adviser firm or representative, you can search for the firm or individual in BrokerCheck. If your search is successful, click on the link provided to view the available licensing and registration information in the SEC's Investment Adviser Public Disclosure (IAPD) website at https://www.adviserinfo.sec.gov. In the alternative, you may search the IAPD website directly or contact your state securities regulator at http://www.finra.org/Investors/ToolsCalculators/BrokerCheck/P455414.
- **Are there other resources I can use to check the background of investment professionals?**
- FINRA recommends that you learn as much as possible about an investment professional before deciding to work with them. Your state securities regulator can help you research brokers and investment adviser representatives doing business in your state.
-

**Thank you for using FINRA BrokerCheck.**



Using this site/information means that you accept the FINRA BrokerCheck Terms and Conditions. A complete list of Terms and Conditions can be found at

brokercheck.finra.org



For additional information about the contents of this report, please refer to the User Guidance or www.finra.org/brokercheck. It provides a glossary of terms and a list of frequently asked questions, as well as additional resources. For more information about FINRA, visit www.finra.org.

www.finra.org/brokercheck                                                                                                 User Guidance



## PAUL A. GURINAS
CRD# 3147781

**Currently employed by and registered with the following Firm(s):**

**B** **JUMP TRADING, LLC**
600 WEST CHICAGO AVENUE, SUITE 600
CHICAGO, IL 60654
CRD# 106124
Registered with this firm since: 11/07/2006

**B** **JUMP EXECUTION, LLC**
600 WEST CHICAGO AVENUE, SUITE 600
CHICAGO, IL 60654
CRD# 313060
Registered with this firm since: 06/08/2023

# Report Summary for this Broker

This report summary provides an overview of the broker's professional background and conduct. Additional information can be found in the detailed report.

## Broker Qualifications

**This broker is registered with:**

- 19 Self-Regulatory Organizations
- 0 U.S. states and territories

**This broker has passed:**

- 1 Principal/Supervisory Exam
- 3 General Industry/Product Exams
- 0 State Securities Law Exams

## Registration History

**This broker was previously registered with the following securities firm(s):**

No information reported.

## Disclosure Events

All individuals registered to sell securities or provide investment advice are required to disclose customer complaints and arbitrations, regulatory actions, employment terminations, bankruptcy filings, and criminal or civil judicial proceedings.

Are there events disclosed about this broker?   **No**

©2024 FINRA. All rights reserved. Report about PAUL A. GURINAS.                                                                                 1



## Broker Qualifications

### Registrations

This section provides the self-regulatory organizations (SROs) and U.S. states/territories the broker is currently registered and licensed with, the category of each license, and the date on which it became effective. This section also provides, for every brokerage firm with which the broker is currently employed, the address of each branch where the broker works.

**This individual is currently registered with 19 SROs and is licensed in 0 U.S. states and territories through his or her employer.**

### Employment 1 of 2

Firm Name:            **JUMP EXECUTION, LLC**

Main Office Address:  **600 WEST CHICAGO AVENUE,**
                      **SUITE 600**
                      **CHICAGO, IL  60654**

Firm CRD#:            **313060**

| | SRO | Category | Status | Date |
|---|---|---|---|---|
| B | NYSE Arca, Inc. | Approved Person (NYSE) | Approved | 06/08/2023 |
| B | New York Stock Exchange | Approved Person (NYSE) | Approved | 06/08/2023 |

### Branch Office Locations

**JUMP EXECUTION, LLC**
600 WEST CHICAGO AVENUE,
SUITE 600
CHICAGO, IL  60654

### Employment 2 of 2

Firm Name:            **JUMP TRADING, LLC**

Main Office Address:  **600 WEST CHICAGO AVENUE, SUITE 600**
                      **CHICAGO, IL  60654**

Firm CRD#:            **106124**

| | SRO | Category | Status | Date |
|---|---|---|---|---|
| B | Cboe BYX Exchange, Inc. | General Securities Principal | Approved | 10/04/2010 |
| B | Cboe BYX Exchange, Inc. | General Securities Representative | Approved | 10/04/2010 |
| B | Cboe BYX Exchange, Inc. | Securities Trader Principal | Approved | 09/03/2013 |

# Broker Qualifications



## Employment 2 of 2, continued

| | SRO | Category | Status | Date |
|---|---|---|---|---|
| B | Cboe BYX Exchange, Inc. | Securities Trader | Approved | 01/04/2016 |
| B | Cboe BZX Exchange, Inc. | General Securities Principal | Approved | 10/04/2010 |
| B | Cboe BZX Exchange, Inc. | General Securities Representative | Approved | 10/04/2010 |
| B | Cboe BZX Exchange, Inc. | Securities Trader Principal | Approved | 09/03/2013 |
| B | Cboe BZX Exchange, Inc. | Securities Trader | Approved | 01/04/2016 |
| B | Cboe EDGA Exchange, Inc. | General Securities Representative | Approved | 08/25/2010 |
| B | Cboe EDGA Exchange, Inc. | General Securities Principal | Approved | 03/27/2015 |
| B | Cboe EDGA Exchange, Inc. | Securities Trader Principal | Approved | 03/27/2015 |
| B | Cboe EDGA Exchange, Inc. | Securities Trader | Approved | 01/04/2016 |
| B | Cboe EDGX Exchange, Inc. | General Securities Representative | Approved | 08/25/2010 |
| B | Cboe EDGX Exchange, Inc. | General Securities Principal | Approved | 03/27/2015 |
| B | Cboe EDGX Exchange, Inc. | Securities Trader Principal | Approved | 03/27/2015 |
| B | Cboe EDGX Exchange, Inc. | Securities Trader | Approved | 01/04/2016 |
| B | Cboe Exchange, Inc. | General Securities Representative | Approved | 09/14/2017 |
| B | Cboe Exchange, Inc. | Securities Trader | Approved | 09/14/2017 |
| B | Cboe Exchange, Inc. | Securities Trader Principal | Approved | 09/14/2017 |
| B | Cboe Exchange, Inc. | General Securities Principal | Approved | 08/22/2023 |
| B | FINRA | General Securities Principal | Approved | 08/21/2024 |
| B | FINRA | General Securities Representative | Approved | 08/21/2024 |
| B | FINRA | Securities Trader | Approved | 08/21/2024 |
| B | FINRA | Securities Trader Principal | Approved | 08/21/2024 |
| B | Investors' Exchange LLC | General Securities Principal | Approved | 11/03/2016 |

❖2024 FINRA. All rights reserved. Report about PAUL A. GURINAS.

# Broker Qualifications



## Employment 2 of 2, continued

| | SRO | Category | Status | Date |
|---|---|---|---|---|
| B | Investors' Exchange LLC | General Securities Representative | Approved | 11/03/2016 |
| B | Investors' Exchange LLC | Securities Trader | Approved | 11/03/2016 |
| B | Investors' Exchange LLC | Securities Trader Principal | Approved | 11/03/2016 |
| B | MEMX LLC | General Securities Principal | Approved | 08/22/2023 |
| B | MEMX LLC | General Securities Representative | Approved | 08/22/2023 |
| B | MEMX LLC | Securities Trader | Approved | 08/22/2023 |
| B | MEMX LLC | Securities Trader Principal | Approved | 08/22/2023 |
| B | MIAX Emerald, LLC | General Securities Principal | Approved | 06/16/2020 |
| B | MIAX Emerald, LLC | General Securities Representative | Approved | 06/16/2020 |
| B | MIAX Emerald, LLC | Securities Trader | Approved | 08/22/2023 |
| B | MIAX Emerald, LLC | Securities Trader Principal | Approved | 08/22/2023 |
| B | MIAX PEARL, LLC | General Securities Principal | Approved | 06/16/2020 |
| B | MIAX PEARL, LLC | General Securities Representative | Approved | 06/16/2020 |
| B | MIAX PEARL, LLC | Securities Trader | Approved | 08/22/2023 |
| B | MIAX PEARL, LLC | Securities Trader Principal | Approved | 08/22/2023 |
| B | Miami International Securities Exchange, LLC | General Securities Principal | Approved | 06/16/2020 |
| B | Miami International Securities Exchange, LLC | General Securities Representative | Approved | 06/16/2020 |
| B | Miami International Securities Exchange, LLC | Securities Trader | Approved | 08/22/2023 |
| B | Miami International Securities Exchange, LLC | Securities Trader Principal | Approved | 08/22/2023 |
| B | NYSE American LLC | Approved Person (NYSE) | Approved | 07/31/2013 |

❖2024 FINRA. All rights reserved. Report about PAUL A. GURINAS.

# Broker Qualifications



## Employment 2 of 2, continued

| | SRO | Category | Status | Date |
|---|---|---|---|---|
| B | NYSE American LLC | General Securities Principal | Approved | 09/14/2017 |
| B | NYSE American LLC | General Securities Representative | Approved | 09/14/2017 |
| B | NYSE American LLC | Securities Trader | Approved | 09/14/2017 |
| B | NYSE American LLC | Securities Trader Principal | Approved | 09/14/2017 |
| B | NYSE Arca, Inc. | General Securities Representative | Approved | 11/21/2006 |
| B | NYSE Arca, Inc. | General Securities Principal | Approved | 12/21/2006 |
| B | NYSE Arca, Inc. | Securities Trader | Approved | 09/14/2017 |
| B | NYSE Arca, Inc. | Securities Trader Principal | Approved | 09/14/2017 |
| B | NYSE Arca, Inc. | Approved Person (NYSE) | Approved | 06/07/2023 |
| B | NYSE Chicago, Inc. | General Securities Representative | Approved | 11/07/2006 |
| B | NYSE Chicago, Inc. | General Securities Principal | Approved | 12/21/2006 |
| B | NYSE Chicago, Inc. | Securities Trader Principal | Approved | 09/03/2013 |
| B | NYSE Chicago, Inc. | Securities Trader | Approved | 01/04/2016 |
| B | NYSE National, Inc. | General Securities Principal | Approved | 11/01/2018 |
| B | NYSE National, Inc. | General Securities Representative | Approved | 11/01/2018 |
| B | NYSE National, Inc. | Securities Trader | Approved | 11/01/2018 |
| B | NYSE National, Inc. | Securities Trader Principal | Approved | 11/01/2018 |
| B | Nasdaq BX, Inc. | General Securities Principal | Approved | 12/01/2009 |
| B | Nasdaq BX, Inc. | General Securities Representative | Approved | 12/01/2009 |
| B | Nasdaq BX, Inc. | Securities Trader | Approved | 09/14/2017 |
| B | Nasdaq BX, Inc. | Securities Trader Principal | Approved | 09/14/2017 |
| B | Nasdaq PHLX LLC | General Securities Principal | Approved | 07/11/2012 |

# Broker Qualifications



## Employment 2 of 2, continued

| | SRO | Category | Status | Date |
|---|---|---|---|---|
| B | Nasdaq PHLX LLC | General Securities Representative | Approved | 07/11/2012 |
| B | Nasdaq PHLX LLC | Securities Trader Principal | Approved | 01/16/2014 |
| B | Nasdaq PHLX LLC | Securities Trader | Approved | 01/04/2016 |
| B | Nasdaq Stock Market | General Securities Representative | Approved | 11/16/2006 |
| B | Nasdaq Stock Market | General Securities Principal | Approved | 12/21/2006 |
| B | Nasdaq Stock Market | Securities Trader Principal | Approved | 01/16/2014 |
| B | Nasdaq Stock Market | Securities Trader | Approved | 01/04/2016 |
| B | New York Stock Exchange | General Securities Principal | Approved | 08/17/2011 |
| B | New York Stock Exchange | General Securities Representative | Approved | 08/17/2011 |
| B | New York Stock Exchange | Securities Trader | Approved | 09/14/2017 |
| B | New York Stock Exchange | Securities Trader Principal | Approved | 09/14/2017 |
| B | New York Stock Exchange | Approved Person (NYSE) | Approved | 06/07/2023 |

## Branch Office Locations

**JUMP TRADING, LLC**
600 WEST CHICAGO AVENUE, SUITE 600
CHICAGO, IL  60654

# Broker Qualifications



## Industry Exams this Broker has Passed

This section includes all securities industry exams that the broker has passed. Under limited circumstances, a broker may attain a registration after receiving an exam waiver based on exams the broker has passed and/or qualifying work experience. Any exam waivers that the broker has received are not included below. A passed exam or exam waiver does not permit a broker to do business without an active SRO or state registration.

**This individual has passed 1 principal/supervisory exam, 3 general industry/product exams, and 0 state securities law exams.**

### Principal/Supervisory Exams

| Exam | | Category | Date |
|---|---|---|---|
| B | General Securities Principal Examination | Series 24 | 12/20/2006 |

### General Industry/Product Exams

| Exam | | Category | Date |
|---|---|---|---|
| B | Securities Trader Exam | Series 57TO | 01/02/2023 |
| B | Securities Industry Essentials Examination | SIE | 10/01/2018 |
| B | General Securities Representative Examination | Series 7 | 11/06/2006 |

### State Securities Law Exams

| Exam | Category | Date |
|---|---|---|
| No information reported. | | |

Additional information about the above exams or other exams FINRA administers to brokers and other securities professionals can be found at www.finra.org/brokerqualifications/registeredrep/.

# Broker Qualifications



## Professional Designations

This section details that the representative has reported **0** professional designation(s).

No information reported.

## Registration and Employment History



### Registration History

The broker previously was registered with the following firms:

| Registration Dates | Firm Name | CRD# | Branch Location |
|---|---|---|---|
| No information reported. | | | |

### Employment History

This section provides up to 10 years of an individual broker's employment history as reported by the individual broker on the most recently filed Form U4.

**Please note that the broker is required to provide this information only while registered with FINRA or a national securities exchange and the information is not updated via Form U4 after the broker ceases to be registered. Therefore, an employment end date of "Present" may not reflect the broker's current employment status.**

| Employment | Employer Name | Position | Investment Related | Employer Location |
|---|---|---|---|---|
| 12/2001 - Present | JUMP TRADING | OWNER | Y | CHICAGO, IL, United States |

### Other Business Activities

This section includes information, if any, as provided by the broker regarding other business activities the broker is currently engaged in either as a proprietor, partner, officer, director, employee, trustee, agent or otherwise. This section does not include non-investment related activity that is exclusively charitable, civic, religious or fraternal and is recognized as tax exempt.

Ownership in the following:
MPG LLC--50%
MPG Management--50%
SPPW Investments LLC--100%
PXG Cali LLC--100%

All are non-securities related and concern simple asset investment and management.

**End of Report**



**This page is intentionally left blank.**



**BrokerCheck Report**

# WILLIAM JOSEPH DISOMMA

CRD# 1548789

| Section Title | Page(s) |
| --- | --- |
| Report Summary | 1 |
| Broker Qualifications | 2 - 7 |
| Registration and Employment History | 9 |

 When communicating online or investing with any professional, make sure you know who you're dealing with. Imposters might link to sites like BrokerCheck from phishing or similar scam websites, or through social media, trying to steal your personal information or your money.

Please contact FINRA with any concerns.



## About BrokerCheck®

BrokerCheck offers information on all current, and many former, registered securities brokers, and all current and former registered securities firms. FINRA strongly encourages investors to use BrokerCheck to check the background of securities brokers and brokerage firms before deciding to conduct, or continue to conduct, business with them.

- **What is included in a BrokerCheck report?**
- BrokerCheck reports for individual brokers include information such as employment history, professional qualifications, disciplinary actions, criminal convictions, civil judgments and arbitration awards. BrokerCheck reports for brokerage firms include information on a firm's profile, history, and operations, as well as many of the same disclosure events mentioned above.
- Please note that the information contained in a BrokerCheck report may include pending actions or allegations that may be contested, unresolved or unproven. In the end, these actions or allegations may be resolved in favor of the broker or brokerage firm, or concluded through a negotiated settlement with no admission or finding of wrongdoing.
- **Where did this information come from?**
- The information contained in BrokerCheck comes from FINRA's Central Registration Depository, or CRD® and is a combination of:
  - ○ information FINRA and/or the Securities and Exchange Commission (SEC) require brokers and brokerage firms to submit as part of the registration and licensing process, and
  - ○ information that regulators report regarding disciplinary actions or allegations against firms or brokers.
- **How current is this information?**
- Generally, active brokerage firms and brokers are required to update their professional and disciplinary information in CRD within 30 days. Under most circumstances, information reported by brokerage firms, brokers and regulators is available in BrokerCheck the next business day.
- **What if I want to check the background of an investment adviser firm or investment adviser representative?**
- To check the background of an investment adviser firm or representative, you can search for the firm or individual in BrokerCheck. If your search is successful, click on the link provided to view the available licensing and registration information in the SEC's Investment Adviser Public Disclosure (IAPD) website at https://www.adviserinfo.sec.gov. In the alternative, you may search the IAPD website directly or contact your state securities regulator at http://www.finra.org/Investors/ToolsCalculators/BrokerCheck/P455414.
- **Are there other resources I can use to check the background of investment professionals?**
- FINRA recommends that you learn as much as possible about an investment professional before deciding to work with them. Your state securities regulator can help you research brokers and investment adviser representatives doing business in your state.
-

**Thank you for using FINRA BrokerCheck.**



Using this site/information means that you accept the FINRA BrokerCheck Terms and Conditions. A complete list of Terms and Conditions can be found at

brokercheck.finra.org



For additional information about the contents of this report, please refer to the User Guidance or www.finra.org/brokercheck. It provides a glossary of terms and a list of frequently asked questions, as well as additional resources. For more information about FINRA, visit www.finra.org.



## WILLIAM J. DISOMMA
CRD# 1548789

**Currently employed by and registered with the following Firm(s):**

**B** **JUMP TRADING, LLC**
600 WEST CHICAGO AVENUE, SUITE 600
CHICAGO, IL 60654
CRD# 106124
Registered with this firm since: 11/29/2006

**B** **JUMP EXECUTION, LLC**
600 WEST CHICAGO AVENUE, SUITE 600
CHICAGO, IL 60654
CRD# 313060
Registered with this firm since: 06/08/2023

# Report Summary for this Broker

This report summary provides an overview of the broker's professional background and conduct. Additional information can be found in the detailed report.

## Broker Qualifications

**This broker is registered with:**

- 19 Self-Regulatory Organizations
- 0 U.S. states and territories

**This broker has passed:**

- 1 Principal/Supervisory Exam
- 4 General Industry/Product Exams
- 0 State Securities Law Exams

## Registration History

**This broker was previously registered with the following securities firm(s):**

No information reported.

## Disclosure Events

All individuals registered to sell securities or provide investment advice are required to disclose customer complaints and arbitrations, regulatory actions, employment terminations, bankruptcy filings, and criminal or civil judicial proceedings.

Are there events disclosed about this broker?  **No**

## Broker Qualifications



### Registrations

This section provides the self-regulatory organizations (SROs) and U.S. states/territories the broker is currently registered and licensed with, the category of each license, and the date on which it became effective. This section also provides, for every brokerage firm with which the broker is currently employed, the address of each branch where the broker works.

**This individual is currently registered with 19 SROs and is licensed in 0 U.S. states and territories through his or her employer.**

## Employment 1 of 2

| | |
|---|---|
| Firm Name: | **JUMP EXECUTION, LLC** |
| Main Office Address: | **600 WEST CHICAGO AVENUE, SUITE 600 CHICAGO, IL 60654** |
| Firm CRD#: | **313060** |

| SRO | Category | Status | Date |
|---|---|---|---|
| NYSE Arca, Inc. | Approved Person (NYSE) | Approved | 06/08/2023 |
| New York Stock Exchange | Approved Person (NYSE) | Approved | 06/08/2023 |

## Branch Office Locations

**JUMP EXECUTION, LLC**
600 WEST CHICAGO AVENUE,
SUITE 600
CHICAGO, IL 60654

## Employment 2 of 2

| | |
|---|---|
| Firm Name: | **JUMP TRADING, LLC** |
| Main Office Address: | **600 WEST CHICAGO AVENUE, SUITE 600 CHICAGO, IL 60654** |
| Firm CRD#: | **106124** |

| SRO | Category | Status | Date |
|---|---|---|---|
| Cboe BYX Exchange, Inc. | General Securities Principal | Approved | 10/04/2010 |
| Cboe BYX Exchange, Inc. | General Securities Representative | Approved | 10/04/2010 |
| Cboe BYX Exchange, Inc. | Securities Trader Principal | Approved | 09/24/2013 |

◆2024 FINRA. All rights reserved. Report about WILLIAM J. DISOMMA.



# Broker Qualifications

## Employment 2 of 2, continued

| SRO | Category | Status | Date |
|---|---|---|---|
| Cboe BYX Exchange, Inc. | Securities Trader | Approved | 01/04/2016 |
| Cboe BZX Exchange, Inc. | General Securities Principal | Approved | 10/04/2010 |
| Cboe BZX Exchange, Inc. | General Securities Representative | Approved | 10/04/2010 |
| Cboe BZX Exchange, Inc. | Securities Trader Principal | Approved | 09/24/2013 |
| Cboe BZX Exchange, Inc. | Securities Trader | Approved | 01/04/2016 |
| Cboe EDGA Exchange, Inc. | General Securities Representative | Approved | 08/25/2010 |
| Cboe EDGA Exchange, Inc. | General Securities Principal | Approved | 03/27/2015 |
| Cboe EDGA Exchange, Inc. | Securities Trader Principal | Approved | 03/27/2015 |
| Cboe EDGA Exchange, Inc. | Securities Trader | Approved | 01/04/2016 |
| Cboe EDGX Exchange, Inc. | General Securities Representative | Approved | 08/25/2010 |
| Cboe EDGX Exchange, Inc. | General Securities Principal | Approved | 03/27/2015 |
| Cboe EDGX Exchange, Inc. | Securities Trader Principal | Approved | 03/27/2015 |
| Cboe EDGX Exchange, Inc. | Securities Trader | Approved | 01/04/2016 |
| Cboe Exchange, Inc. | General Securities Representative | Approved | 09/14/2017 |
| Cboe Exchange, Inc. | Securities Trader | Approved | 09/14/2017 |
| Cboe Exchange, Inc. | Securities Trader Principal | Approved | 09/14/2017 |
| Cboe Exchange, Inc. | General Securities Principal | Approved | 08/22/2023 |
| FINRA | General Securities Principal | Approved | 08/21/2024 |
| FINRA | General Securities Representative | Approved | 08/21/2024 |
| FINRA | Securities Trader | Approved | 08/21/2024 |
| FINRA | Securities Trader Principal | Approved | 08/21/2024 |
| Investors' Exchange LLC | General Securities Representative | Approved | 11/03/2016 |

**Broker Qualifications**



## Employment 2 of 2, continued

| | SRO | Category | Status | Date |
|---|---|---|---|---|
| B | Investors' Exchange LLC | Securities Trader | Approved | 11/03/2016 |
| B | Investors' Exchange LLC | Securities Trader Principal | Approved | 11/03/2016 |
| B | Investors' Exchange LLC | General Securities Principal | Approved | 09/14/2017 |
| B | MEMX LLC | General Securities Principal | Approved | 08/22/2023 |
| B | MEMX LLC | General Securities Representative | Approved | 08/22/2023 |
| B | MEMX LLC | Securities Trader | Approved | 08/22/2023 |
| B | MEMX LLC | Securities Trader Principal | Approved | 08/22/2023 |
| B | MIAX Emerald, LLC | General Securities Principal | Approved | 06/16/2020 |
| B | MIAX Emerald, LLC | General Securities Representative | Approved | 06/16/2020 |
| B | MIAX Emerald, LLC | Securities Trader | Approved | 08/22/2023 |
| B | MIAX Emerald, LLC | Securities Trader Principal | Approved | 08/22/2023 |
| B | MIAX PEARL, LLC | General Securities Principal | Approved | 06/16/2020 |
| B | MIAX PEARL, LLC | General Securities Representative | Approved | 06/16/2020 |
| B | MIAX PEARL, LLC | Securities Trader | Approved | 08/22/2023 |
| B | MIAX PEARL, LLC | Securities Trader Principal | Approved | 08/22/2023 |
| B | Miami International Securities Exchange, LLC | General Securities Principal | Approved | 06/16/2020 |
| B | Miami International Securities Exchange, LLC | General Securities Representative | Approved | 06/16/2020 |
| B | Miami International Securities Exchange, LLC | Securities Trader | Approved | 08/22/2023 |
| B | Miami International Securities Exchange, LLC | Securities Trader Principal | Approved | 08/22/2023 |
| B | NYSE American LLC | Approved Person (NYSE) | Approved | 07/31/2013 |

# Broker Qualifications



## Employment 2 of 2, continued

| SRO | Category | Status | Date |
|-----|----------|--------|------|
| NYSE American LLC | General Securities Principal | Approved | 09/14/2017 |
| NYSE American LLC | General Securities Representative | Approved | 09/14/2017 |
| NYSE American LLC | Securities Trader | Approved | 09/14/2017 |
| NYSE American LLC | Securities Trader Principal | Approved | 09/14/2017 |
| NYSE Arca, Inc. | General Securities Representative | Approved | 11/29/2006 |
| NYSE Arca, Inc. | General Securities Principal | Approved | 02/13/2007 |
| NYSE Arca, Inc. | Securities Trader | Approved | 09/14/2017 |
| NYSE Arca, Inc. | Securities Trader Principal | Approved | 09/14/2017 |
| NYSE Arca, Inc. | Approved Person (NYSE) | Approved | 06/07/2023 |
| NYSE Chicago, Inc. | General Securities Representative | Approved | 11/29/2006 |
| NYSE Chicago, Inc. | General Securities Principal | Approved | 02/13/2007 |
| NYSE Chicago, Inc. | Securities Trader Principal | Approved | 01/16/2014 |
| NYSE Chicago, Inc. | Securities Trader | Approved | 01/04/2016 |
| NYSE National, Inc. | General Securities Representative | Approved | 11/01/2018 |
| NYSE National, Inc. | Securities Trader | Approved | 11/01/2018 |
| NYSE National, Inc. | Securities Trader Principal | Approved | 11/01/2018 |
| NYSE National, Inc. | General Securities Principal | Approved | 06/16/2020 |
| Nasdaq BX, Inc. | General Securities Principal | Approved | 12/01/2009 |
| Nasdaq BX, Inc. | General Securities Representative | Approved | 12/01/2009 |
| Nasdaq BX, Inc. | Securities Trader | Approved | 09/14/2017 |
| Nasdaq BX, Inc. | Securities Trader Principal | Approved | 09/14/2017 |
| Nasdaq PHLX LLC | General Securities Principal | Approved | 07/11/2012 |

 www.finra.org/brokercheck

User Guidance



# Broker Qualifications

## Employment 2 of 2, continued

| | SRO | Category | Status | Date |
|---|---|---|---|---|
| B | Nasdaq PHLX LLC | General Securities Representative | Approved | 07/11/2012 |
| B | Nasdaq PHLX LLC | Securities Trader Principal | Approved | 01/16/2014 |
| B | Nasdaq PHLX LLC | Securities Trader | Approved | 01/04/2016 |
| B | Nasdaq Stock Market | General Securities Representative | Approved | 11/29/2006 |
| B | Nasdaq Stock Market | General Securities Principal | Approved | 02/13/2007 |
| B | Nasdaq Stock Market | Securities Trader Principal | Approved | 01/16/2014 |
| B | Nasdaq Stock Market | Securities Trader | Approved | 01/04/2016 |
| B | New York Stock Exchange | General Securities Principal | Approved | 08/17/2011 |
| B | New York Stock Exchange | General Securities Representative | Approved | 08/17/2011 |
| B | New York Stock Exchange | Securities Trader | Approved | 09/14/2017 |
| B | New York Stock Exchange | Securities Trader Principal | Approved | 09/14/2017 |
| B | New York Stock Exchange | Approved Person (NYSE) | Approved | 06/07/2023 |

## Branch Office Locations

**JUMP TRADING, LLC**
600 WEST CHICAGO AVENUE, SUITE 600
CHICAGO, IL  60654

# Broker Qualifications



## Industry Exams this Broker has Passed

This section includes all securities industry exams that the broker has passed. Under limited circumstances, a broker may attain a registration after receiving an exam waiver based on exams the broker has passed and/or qualifying work experience. Any exam waivers that the broker has received are not included below. A passed exam or exam waiver does not permit a broker to do business without an active SRO or state registration.

**This individual has passed 1 principal/supervisory exam, 4 general industry/product exams, and 0 state securities law exams.**

### Principal/Supervisory Exams

| Exam | Category | Date |
|------|----------|------|
| B General Securities Principal Examination | Series 24 | 02/12/2007 |

### General Industry/Product Exams

| Exam | Category | Date |
|------|----------|------|
| B Securities Trader Exam | Series 57TO | 01/02/2023 |
| B Securities Industry Essentials Examination | SIE | 10/01/2018 |
| B General Securities Representative Examination | Series 7 | 11/06/2006 |
| B National Commodity Futures Examination | Series 3 | 03/07/1988 |

### State Securities Law Exams

| Exam | Category | Date |
|------|----------|------|
| No information reported. | | |

Additional information about the above exams or other exams FINRA administers to brokers and other securities professionals can be found at www.finra.org/brokerqualifications/registeredrep/.

www.finra.org/brokercheck

# Broker Qualifications



## Professional Designations

This section details that the representative has reported **0** professional designation(s).

No information reported.

# Registration and Employment History



## Registration History

The broker previously was registered with the following firms:

| Registration Dates | Firm Name | CRD# | Branch Location |
|---|---|---|---|
| No information reported. | | | |

## Employment History

This section provides up to 10 years of an individual broker's employment history as reported by the individual broker on the most recently filed Form U4.

**Please note that the broker is required to provide this information only while registered with FINRA or a national securities exchange and the information is not updated via Form U4 after the broker ceases to be registered. Therefore, an employment end date of "Present" may not reflect the broker's current employment status.**

| Employment | Employer Name | Position | Investment Related | Employer Location |
|---|---|---|---|---|
| 12/2001 - Present | JUMP TRADING | OWNER | Y | CHICAGO, IL, United States |

## Other Business Activities

This section includes information, if any, as provided by the broker regarding other business activities the broker is currently engaged in either as a proprietor, partner, officer, director, employee, trustee, agent or otherwise. This section does not include non-investment related activity that is exclusively charitable, civic, religious or fraternal and is recognized as tax exempt.

Ownership of the following:

Nejo Mare Management LLC--Manager/Member, 50% ownership
Nejo Mare LLC--Trustee, 50% ownership
DYSO LLC--Manager, 100% ownership

All are non-securities related and concern simple asset investment and management.

Also involved in the development and commercialization of medical training products through SIMnext.

# End of Report



**This page is intentionally left blank.**

©2024 FINRA. All rights reserved. Report about WILLIAM J. DISOMMA.