**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| SKYWAVE NETWORKS, LLC, | |
| Plaintiff, | Civil Action No. 1:24-cv-9650 |
| v. | **JURY TRIAL DEMANDED** |
| WILLIAM J. DISOMMA,<br>PAUL A. GURINAS,<br>MATTHEW HINERFELD,<br>WILLIAM DISOMMA TRUST,<br>PAUL A. GURINAS TRUST,<br>JUMP FINANCIAL, LLC,<br>JUMP TRADING HOLDINGS, LLC,<br>JUMP TRADING, LLC,<br>ECW WIRELESS, LLC,<br>WORLD CLASS WIRELESS, LLC,<br>VIRTU FINANCIAL, INC.,<br>NLN HOLDINGS, LLC,<br>NEW LINE NETWORKS, LLC, AND<br>10BAND, LLC, | |
| Defendants. | |

## PLAINTIFF'S AGREED MOTION FOR FIRST AMENDED BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS

Plaintiff Skywave Networks, LLC ("Plaintiff") and Defendants William J. DiSomma; Paul A. Gurinas; Matthew Hinerfeld; William DiSomma Trust; Paul A. Gurinas Trust; Jump Financial, LLC; Jump Trading Holdings, LLC; Jump Trading, LLC; ECW Wireless, LLC; World Class Wireless, LLC; Virtu Financial, Inc.; NLN Holdings, LLC; New Line Networks, LLC; and 10Band, LLC (collectively, "Defendants") jointly request that this Court enter an order approving the Parties' amended briefing schedule for Defendants' motion to dismiss. In support of their request, the Parties state as follows:

1.      WHEREAS, Plaintiff's Complaint (ECF No. 1) was filed on October 7, 2024;

2.      WHEREAS, Defendants waived service of Plaintiff's Complaint;

3.      WHEREAS, all Defendants filed a joint motion to dismiss the Complaint ("Motion") on December 16, 2024 (ECF No. 70);

4.      WHEREAS, the Parties previously agreed, and the Court approved, that Defendants' brief in support of the Motion shall not exceed 35 pages, that Plaintiff's brief in opposition to the Motion shall not exceed 35 pages, and that Defendants' reply in support of the Motion shall not exceed 20 pages (ECF No. 72);

5.      WHEREAS, the current deadline for Plaintiff to respond is January 30, 2025 absent an extension (ECF No. 72);

6.      WHEREAS, if Plaintiff files its opposition to the Motion or amends its Complaint on January 30, 2025, the current deadline for Defendants to reply is February 27, 2025 absent an extension (ECF No. 72);

7.      WHEREAS, the Court may extend the time in which briefs must be filed for "good cause," Fed R. Civ. P. 6(b)(1)(A);

8.      WHEREAS, the following circumstances constitute good cause for amending the briefing schedule for Defendants' Motion:

    a)  Plaintiff requires a short additional extension to review and respond to the issues raised in Defendants' Motion, including because of scheduling conflicts of counsel;

    b)  The Parties agree that Defendants may also receive a short corresponding extension for their Reply submission; and

    c)  The Parties agree that no prejudice will result to either Party from the proposed amended briefing schedule; and

9.      WHEREAS, the Parties have met, conferred, and agree to the following amended briefing schedule and page limits:

| Event | Proposed Deadline | |
|---|---|---|
| Plaintiff's Opposition Brief or Amended Complaint | February 13, 2025 | |
| Defendants' Reply Brief | March 27, 2025 | |

THEREFORE, the Parties respectfully request that this Court enter an order approving the Parties' amended briefing schedule as set forth above.

Date: January 29, 2025

Respectfully submitted,

/s/ Justin A. Barker
Justin A. Barker
Ariana Garcia-Moore
**NELSON MULLINS RILEY & SCARBOROUGH**
123 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
Tel: (312) 376-1014
justin.barker@nelsonmullins.com

Justin Wilcox (admitted *pro hac vice*)
Goutam Patnaik (admitted *pro hac vice*)
Jamie Dohopolski (admitted *pro hac vice*)
Thomas Romanchek (admitted *pro hac vice*)
**DESMARAIS LLP**
1899 Pennsylvania Avenue, NW, Suite 400
Washington, D.C. 20006
Tel: (202) 451-4900
Fax: (202) 451-4901
jwilcox@desmaraisllp.com
gpatnaik@desmaraisllp.com
jdohopolski@desmaraisllp.com
tromanchek@desmaraisllp.com

Steven Balcof (admitted *pro hac vice*)
Peter Kotecki (admitted *pro hac vice*)
**DESMARAIS LLP**
230 Park Avenue, 26th Floor
New York, New York 10169
Tel: (202) 351-3400
Fax: (202) 351-3401
sbalcof@desmaraisllp.com
pkotecki@desmaraisllp.com

*Counsel for Skywave Networks, LLC*

/s/ Ingrid Yin
Chris Gair
Ingrid Yin
**GAIR GALLO EBERHARD LLP**
1 East Wacker Drive, Suite 2600
Chicago, IL 60601
Tel: (312) 600-4900
Email: cgair@gairgallo.com
            iyin@gairgallo.com

Gerard J. Waldron
**COVINGTON & BURLING LLP**
One City Center
850 Tenth Street, NW
Washington, D.C. 20001
Tel: (202) 662-5360
Email: gwaldron@cov.com

J. Hardy Ehlers
Neema Sahni
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Los Angeles, CA 90067
Tel: (424) 332-4778
Fax: (424) 332-4757
Email: jehlers@cov.com
            nsahni@cov.com

*Counsel for Defendants William J. Disomma, Paul A. Gurinas, Matthew Hinerfeld, William Disomma Trust, Paul A. Gurinas Trust, Jump Financial, LLC, Jump Trading Holdings, LLC, Jump Trading, LLC, ECW Wireless LLC, World Class Wireless, LLC, NLN Holdings, LLC, New Line Networks, LLC, 10Band, LLC*

Robert Y. Sperling
Andrew G. Gordon
Jessica S. Carey
Katherine B. Forrest
Kristina A. Bunting
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas

New York, NY 10019
Tel: (212) 373-3148
Email: rsperling@paulweiss.com
jcarey@paulweiss.com
agordon@paulweiss.com
kforrest@paulweiss.com
kbunting@paulweiss.com

*Counsel for Defendant Virtu Financial, Inc.*