

# United States District Court
# Northern District of Illinois

In the Matter of

Skywave Networks, LLC

v.

DiSomma, et al.

District Judge Georgia N. Alexakis

Case No. 24-CV-9650

Designated Magistrate Judge
Heather K. McShain

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
## FOR A REASSIGNMENT

    I request the Executive Committee that the above captioned case be reassigned by lot to another judge of this Court. The reasons for my request are indicated on the bottom of this form.

_____

**Judge John J. Tharp Jr.**

Date: Thursday, January 30, 2025

---

- IOP 13(f)(1) - I recuse myself from this case for the following reasons:
    is pursuant to 28 USC 455(a).

Dated:Friday, January 31, 2025

District Reassignment - By Lot

...................................................................................................................................................................................................................................................................

EXCEPTIONS OR ADDITIONS: