# EXHIBIT 1



**BrokerCheck Report**

# JUMP TRADING, LLC

CRD# 106124

| Section Title | Page(s) |
|---|---|
| Report Summary | 1 |
| Firm Profile | 2 - 7 |
| Firm History | 8 |
| Firm Operations | 9 - 18 |
| Disclosure Events | 19 |



Please be aware that fraudsters may link to BrokerCheck from phishing and similar scam websites, trying to steal your personal information or your money. Make sure you know who you're dealing with when investing, and contact FINRA with any concerns.

For more information read our investor alert on imposters.



# About BrokerCheck®

BrokerCheck offers information on all current, and many former, registered securities brokers, and all current and former registered securities firms. FINRA strongly encourages investors to use BrokerCheck to check the background of securities brokers and brokerage firms before deciding to conduct, or continue to conduct, business with them.

- **What is included in a BrokerCheck report?**

- BrokerCheck reports for individual brokers include information such as employment history, professional qualifications, disciplinary actions, criminal convictions, civil judgments and arbitration awards. BrokerCheck reports for brokerage firms include information on a firm's profile, history, and operations, as well as many of the same disclosure events mentioned above.

- Please note that the information contained in a BrokerCheck report may include pending actions or allegations that may be contested, unresolved or unproven. In the end, these actions or allegations may be resolved in favor of the broker or brokerage firm, or concluded through a negotiated settlement with no admission or finding of wrongdoing.

- **Where did this information come from?**

- The information contained in BrokerCheck comes from FINRA's Central Registration Depository, or CRD® and is a combination of:
  - ○ information FINRA and/or the Securities and Exchange Commission (SEC) require brokers and brokerage firms to submit as part of the registration and licensing process, and
  - ○ information that regulators report regarding disciplinary actions or allegations against firms or brokers.

- **How current is this information?**

- Generally, active brokerage firms and brokers are required to update their professional and disciplinary information in CRD within 30 days. Under most circumstances, information reported by brokerage firms, brokers and regulators is available in BrokerCheck the next business day.

- **What if I want to check the background of an investment adviser firm or investment adviser representative?**

- To check the background of an investment adviser firm or representative, you can search for the firm or individual in BrokerCheck. If your search is successful, click on the link provided to view the available licensing and registration information in the SEC's Investment Adviser Public Disclosure (IAPD) website at https://www.adviserinfo.sec.gov. In the alternative, you may search the IAPD website directly or contact your state securities regulator at http://www.finra.org/Investors/ToolsCalculators/BrokerCheck/P455414.

- **Are there other resources I can use to check the background of investment professionals?**

- FINRA recommends that you learn as much as possible about an investment professional before deciding to work with them. Your state securities regulator can help you research brokers and investment adviser representatives doing business in your state.



Using this site/information means that you accept the FINRA BrokerCheck Terms and Conditions. A complete list of Terms and Conditions can be found at brokercheck.finra.org

For additional information about the contents of this report, please refer to the User Guidance or www.finra.org/brokercheck. It provides a glossary of terms and a list of frequently asked questions, as well as additional resources. For more information about FINRA, visit www.finra.org.

**Thank you for using FINRA BrokerCheck.**

www.finra.org/brokercheck

User Guidance



# JUMP TRADING, LLC

CRD# 106124

SEC# 8-52989

## Main Office Location

600 WEST CHICAGO AVENUE, SUITE 600
CHICAGO, IL 60654

## Mailing Address

600 WEST CHICAGO AVENUE, SUITE 600
CHICAGO, IL 60654

## Business Telephone Number

312-205-8900

# Report Summary for this Firm

This report summary provides an overview of the brokerage firm. Additional information for this firm can be found in the detailed report.

## Firm Profile

This firm is classified as a limited liability company.

This firm was formed in Delaware on 10/31/2008.

Its fiscal year ends in December.

## Firm History

Information relating to the brokerage firm's history such as other business names and successions (e.g., mergers, acquisitions) can be found in the detailed report.

## Firm Operations

**This firm is registered with:**

- the SEC
- 18 Self-Regulatory Organizations
- 0 U.S. states and territories

Is this brokerage firm currently suspended with any regulator? **No**

This firm conducts 3 types of businesses.

This firm is affiliated with financial or investment institutions.

This firm does not have referral or financial arrangements with other brokers or dealers.

# Disclosure Events

Brokerage firms are required to disclose certain criminal matters, regulatory actions, civil judicial proceedings and financial matters in which the firm or one of its control affiliates has been involved.

Are there events disclosed about this firm?     **Yes**

**The following types of disclosures have been reported:**

| Type | Count |
|------|-------|
| Regulatory Event | 15 |

©2022 FINRA. All rights reserved.     Report about JUMP TRADING, LLC



1



www.finra.org/brokercheck

User Guidance

# Firm Profile

This firm is classified as a limited liability company.

This firm was formed in Delaware on 10/31/2008.

Its fiscal year ends in December.

## Firm Names and Locations

This section provides the brokerage firm's full legal name, "Doing Business As" name, business and mailing addresses, telephone number, and any alternate name by which the firm conducts business and where such name is used.

**JUMP TRADING, LLC**

**Doing business as JUMP TRADING, LLC**

**CRD#** 106124

**SEC#** 8-52989

**Main Office Location**

600 WEST CHICAGO AVENUE, SUITE 600
CHICAGO, IL 60654

**Mailing Address**

600 WEST CHICAGO AVENUE, SUITE 600
CHICAGO, IL 60654

**Business Telephone Number**

312-205-8900

©2022 FINRA. All rights reserved.    Report about JUMP TRADING, LLC



www.finra.org/brokercheck

User Guidance

# Firm Profile

This section provides information relating to all direct owners and executive officers of the brokerage firm.

## Direct Owners and Executive Officers

| | |
|---|---|
| **Legal Name & CRD# (if any):** | JUMP TRADING HOLDINGS, LLC |
| **Is this a domestic or foreign entity or an individual?** | Domestic Entity |
| **Position** | OWNER |
| **Position Start Date** | 10/2011 |
| **Percentage of Ownership** | 75% or more |
| **Does this owner direct the management or policies of the firm?** | Yes |
| **Is this a public reporting company?** | No |

| | |
|---|---|
| **Legal Name & CRD# (if any):** | DRADDY, JAMES JOSEPH JR |
| | 1160122 |
| **Is this a domestic or foreign entity or an individual?** | Individual |
| **Position** | DIRECTOR OF REGULATORY AFFAIRS/CHIEF COMPLIANCE OFFICER |
| **Position Start Date** | 11/2011 |
| **Percentage of Ownership** | Less than 5% |
| **Does this owner direct the management or policies of the firm?** | Yes |
| **Is this a public reporting company?** | No |

| | |
|---|---|
| **Legal Name & CRD# (if any):** | HICKEY, COLLEEN P |
| | 4505773 |
| **Is this a domestic or foreign entity or an individual?** | Individual |
| **Position** | CFO AND POO |
| **Position Start Date** | 09/2017 |

©2022 FINRA. All rights reserved.    Report about JUMP TRADING, LLC

www.finra.org/brokercheck

User Guidance

FINRA

# Firm Profile

## Direct Owners and Executive Officers (continued)

| Percentage of Ownership | Less than 5% |
|---|---|
| Does this owner direct the management or policies of the firm? | Yes |
| Is this a public reporting company? | No |

| Legal Name & CRD# (if any): | OLSEN, DAVID ALAN |
|---|---|
| | 2568392 |
| Is this a domestic or foreign entity or an individual? | Individual |
| Position | PRESIDENT & CHIEF RISK OFFICER |
| Position Start Date | 08/2017 |
| Percentage of Ownership | Less than 5% |
| Does this owner direct the management or policies of the firm? | Yes |
| Is this a public reporting company? | No |

| Legal Name & CRD# (if any): | SCHRECENGOST, MATTHEW DAVID |
|---|---|
| | 5213932 |
| Is this a domestic or foreign entity or an individual? | Individual |
| Position | COO |
| Position Start Date | 05/2001 |
| Percentage of Ownership | Less than 5% |
| Does this owner direct the management or policies of the firm? | Yes |
| Is this a public reporting company? | No |

www.finra.org/brokercheck



User Guidance

# Firm Profile

This section provides information relating to any indirect owners of the brokerage firm.

## Indirect Owners

**Legal Name & CRD# (if any):** DISOMMA, WILLIAM JOSEPH

1548789

**Is this a domestic or foreign entity or an individual?** Individual

**Company through which indirect ownership is established** WILLIAM DISOMMA TRUST

**Relationship to Direct Owner** TRUSTEE

**Relationship Established** 03/2011

**Percentage of Ownership** 75% or more

**Does this owner direct the management or policies of the firm?** Yes

**Is this a public reporting company?** No

**Legal Name & CRD# (if any):** GURINAS, PAUL ANDREW

3147781

**Is this a domestic or foreign entity or an individual?** Individual

**Company through which indirect ownership is established** PAUL A. GURINAS TRUST

**Relationship to Direct Owner** TRUSTEE

**Relationship Established** 10/2008

**Percentage of Ownership** 75% or more

**Does this owner direct the management or policies of the firm?** Yes

**Is this a public reporting company?** No

**Legal Name & CRD# (if any):** JUMP FINANCIAL, LLC

©2022 FINRA. All rights reserved.    Report about JUMP TRADING, LLC

www.finra.org/brokercheck
User Guidance

**FINra**

# Firm Profile

## Indirect Owners (continued)

| | |
|---|---|
| Is this a domestic or foreign entity or an individual? | Domestic Entity |
| Company through which indirect ownership is established | JUMP TRADING HOLDINGS, LLC |
| Relationship to Direct Owner | OWNER |
| Relationship Established | 10/2011 |
| Percentage of Ownership | 75% or more |
| Does this owner direct the management or policies of the firm? | Yes |
| Is this a public reporting company? | No |

| | |
|---|---|
| Legal Name & CRD# (if any): | WILLIAM DISOMMA TRUST |
| Is this a domestic or foreign entity or an individual? | Domestic Entity |
| Company through which indirect ownership is established | JUMP FINANCIAL, LLC |
| Relationship to Direct Owner | OWNER |
| Relationship Established | 01/2020 |
| Percentage of Ownership | 50% but less than 75% |
| Does this owner direct the management or policies of the firm? | Yes |
| Is this a public reporting company? | No |

| | |
|---|---|
| Legal Name & CRD# (if any): | PAUL A. GURINAS TRUST |
| Is this a domestic or foreign entity or an individual? | Domestic Entity |
| Company through which indirect ownership is established | JUMP FINANCIAL, LLC |

©2022 FINRA. All rights reserved.    Report about JUMP TRADING, LLC



www.finra.org/brokercheck
User Guidance

## Firm Profile

## Indirect Owners (continued)

| | |
|---|---|
| **Relationship to Direct Owner** | OWNER |
| **Relationship Established** | 01/2020 |
| **Percentage of Ownership** | 25% but less than 50% |
| **Does this owner direct the management or policies of the firm?** | Yes |
| **Is this a public reporting company?** | No |

©2022 FINRA. All rights reserved.    Report about JUMP TRADING, LLC

www.finra.org/brokercheck

User Guidance

**FINra**

## Firm History

This section provides information relating to any successions (e.g., mergers, acquisitions) involving the firm.

| | |
|---|---|
| **This firm was previously:** | JUMP TRADING, LLC |
| **Date of Succession:** | 10/31/2008 |
| **Predecessor CRD#:** | 106124 |
| **Predecessor SEC#:** | 8-52989 |
| **Description** | JUMP TRADING, LLC (IL LIMITED LIABILITY COMPANY) MERGED WITH JUMP ENERGY, LLC (DE LIMITED LIABILITY COMPANY). JUMP ENERGY, LLC CHANGED ITS NAME TO JUMP TRADING, LLC. |

| | |
|---|---|
| **This firm was previously:** | JUMP TRADING, LLC |
| **Date of Succession:** | 10/31/2008 |
| **Predecessor CRD#:** | 106124 |
| **Predecessor SEC#:** | 8-52989 |
| **Description** | NOCHANGE IN OWNERSHIP/CONTROL.   SUCCESSOR ASSUMED SUBSTANTIALLY ALL OF THE ASSETS/LIABILITIES OF THE PREDECESSOR. JUMP TRADING, LLC (IL LIMITED LIABILITY COMPANY) MERGED WITH JUMP ENERGY, LLC (DE LIMITED LIABILITY COMPANY). JUMP ENERGY, LLC CHANGED ITS NAME TO JUMP TRADING, LLC. |

©2022 FINRA. All rights reserved.    Report about JUMP TRADING, LLC

www.finra.org/brokercheck

User Guidance

## Firm Operations

## Registrations

This section provides information about the regulators (Securities and Exchange Commission (SEC), self-regulatory organizations (SROs), and U.S. states and territories) with which the brokerage firm is currently registered and licensed, the date the license became effective, and certain information about the firm's SEC registration.

**This firm is currently registered with the SEC, 18 SROs and 0 U.S. states and territories.**

| Federal Regulator | Status | Date Effective |
|---|---|---|
| SEC | Approved | 12/21/2000 |

## SEC Registration Questions

This firm is registered with the SEC as:

A broker-dealer: Yes

A broker-dealer and government securities broker or dealer: Yes

A government securities broker or dealer only: No

This firm has ceased activity as a government securities broker or dealer: No

| Self-Regulatory Organization | Status | Date Effective |
|---|---|---|
| Cboe BYX Exchange, Inc. | Approved | 10/01/2010 |
| Cboe BZX Exchange, Inc. | Approved | 08/18/2008 |
| Cboe EDGA Exchange, Inc. | Approved | 05/14/2010 |
| Cboe EDGX Exchange, Inc. | Approved | 05/14/2010 |
| Cboe Exchange, Inc. | Approved | 04/02/2012 |
| Investors' Exchange LLC | Approved | 08/08/2016 |
| MEMX LLC | Approved | 01/25/2021 |
| MIAX Emerald, LLC | Approved | 12/09/2019 |
| MIAX PEARL, LLC | Approved | 02/11/2019 |
| Miami International Securities Exchange, LLC | Approved | 12/09/2019 |
| NYSE American LLC | Approved | 08/17/2011 |
| NYSE Arca, Inc. | Approved | 02/11/2009 |
| NYSE Chicago, Inc. | Approved | 12/22/2000 |
| NYSE National, Inc. | Approved | 11/01/2018 |
| Nasdaq BX, Inc. | Approved | 11/19/2009 |

©2022 FINRA. All rights reserved.    Report about JUMP TRADING, LLC

User Guidance

www.finra.org/brokercheck

| | | |
|---|---|---|
| Nasdaq PHLX LLC | Approved | 05/07/2012 |
| Nasdaq Stock Market | Approved | 11/16/2006 |
| New York Stock Exchange | Approved | 08/17/2011 |

©2022 FINRA. All rights reserved.    Report about JUMP TRADING, LLC



User Guidance

**Firm Operations**

**Registrations (continued)**

©2022 FINRA. All rights reserved.     Report about JUMP TRADING, LLC

11



www.finra.org/brokercheck
User Guidance

# Firm Operations

## Types of Business

This section provides the types of business, including non-securities business, the brokerage firm is engaged in or expects to be engaged in.

**This firm currently conducts 3 types of businesses.**

### Types of Business

U.S. government securities dealer

Trading securities for own account

Other - JUMP TRADING, LLC TRADES FUTURES.

### Other Types of Business

This firm does effect transactions in commodities, commodity futures, or commodity options.

This firm does not engage in other non-securities business.

Non-Securities Business Description:

©2022 FINRA. All rights reserved.    Report about JUMP TRADING, LLC



User Guidance

www.finra.org/brokercheck

# Firm Operations

## Clearing Arrangements

**This firm does not hold or maintain funds or securities or provide clearing services for other broker-dealer(s).**

## Introducing Arrangements

**This firm does not refer or introduce customers to other brokers and dealers.**

©2022 FINRA. All rights reserved.    Report about JUMP TRADING, LLC

13



User Guidance

www.finra.org/brokercheck

# Firm Operations

## Industry Arrangements

**This firm does not have books or records maintained by a third party.**

**This firm does have accounts, funds, or securities maintained by a third party.**

**Name:** CF SECURED, LLC

**CRD #:** 285841

**Business Address:** 110 EAST 59TH STREET
21ST FLOOR
NEW YORK, NY 10022

**Effective Date:** 02/01/2020

**Description:** APPLICANT'S FUNDS AND/OR SECURITIES WILL BE HELD AND/OR
MAINTAINED BY CF SECURED, LLC

**Name:** CIBC WORLD MARKETS CORP.

**Business Address:** 425 LEXINGTON AVENUE
THIRD FLOOR
NEW YORK, NY 10017

**Effective Date:** 11/11/2022

**Description:** APPLICANT'S FUNDS AND/OR SECURITIES WILL BE HELD AND/OR
MAINTAINED BY CIBC WORLD MARKETS CORP.

**Name:** BOFA SECURITIES, INC.

**CRD #:** 283942

**Business Address:** ONE BRYANT PARK
NEW YORK, NY 10036

**Effective Date:** 09/07/2021

**Description:** APPLICANT'S FUNDS AND/OR SECURITIES WILL BE HELD AND/OR
MAINTAINED BY BOFA SECURITIES, INC.

**Name:** J.P. MORGAN SECURITIES LLC

**CRD #:** 79

**Business Address:** 383 MADISON AVE.
NEW YORK, NY 10179

**Effective Date:** 09/16/2021

**Description:** APPLICANT'S FUNDS AND/OR SECURITIES WILL BE HELD AND/OR
MAINTAINED BY J.P. MORGAN SECURITIES LLC

©2022 FINRA. All rights reserved.    Report about JUMP TRADING, LLC



## Firm Operations

### Industry Arrangements (continued)

**Name:** INDUSTRIAL AND COMMERCIAL BANK OF CHINA FINANCIAL SERVICES LLC

**CRD #:** 131487

**Business Address:** 1633 BROADWAY
28TH FLOOR
NEW YORK, NY 10019

**Effective Date:** 03/19/2019

**Description:** APPLICANT'S FUNDS AND/OR SECURITIES WILL BE HELD AND/OR MAINTAINED BY ICBC FINANCIAL SERVICES LLC

**Name:** MERRILL LYNCH PROFESSIONAL CLEARING CORP.

**CRD #:** 16139

**Business Address:** ONE BRYANT PARK, 6TH FLOOR
NY1-100-06-01
NEW YORK, NY 10036

**Effective Date:** 12/03/2018

**Description:** APPLICANT'S FUNDS AND/OR SECURITIES WILL BE HELD AND/OR MAINTAINED BY MERRILL LYNCH PROFESSIONAL CLEARING CORP.

**Name:** GOLDMAN SACHS & CO. LLC

**CRD #:** 361

**Business Address:** 200 WEST STREET
NEW YORK, NY 10282

**Effective Date:** 10/28/2015

**Description:** APPLICANT'S FUNDS AND/OR SECURITIES WILL BE HELD AND/OR MAINTAINED BY GOLDMAN SACHS.

**Name:** ABN AMRO CLEARING CHICAGO LLC

**CRD #:** 14020

**Business Address:** 175 W JACKSON BOULEVARD
SUITE 400
CHICAGO, IL 60604

**Effective Date:** 08/31/2007

**Description:** APPLICANT'S FUNDS AND/OR SECURITIES WILL BE HELD AND/OR MAINTAINED BY ABN AMRO CLEARING CHICAGO LLC

**Name:** BMO HARRIS BANK N.A.

©2022 FINRA. All rights reserved.    Report about JUMP TRADING, LLC



www.finra.org/brokercheck
User Guidance

# Firm Operations

## Industry Arrangements (continued)

| | |
|---|---|
| **Business Address:** | 115 S. LASALLE<br>20W<br>CHICAGO, IL 60603 |
| **Effective Date:** | 06/01/2013 |
| **Description:** | APPLICANT'S FUNDS AND/OR SECURITIES WILL BE HELD AND/OR MAINTAINED BY BMO HARRIS BANK N.A. |

| | |
|---|---|
| **Name:** | BARCLAYS CAPITAL INC. |
| **CRD #:** | 19714 |
| **Business Address:** | 745 7TH AVENUE<br>NEW YORK, NY 10019 |
| **Effective Date:** | 09/25/2013 |
| **Description:** | APPLICANT'S FUNDS AND/OR SECURITIES WILL BE HELD AND/OR MAINTAINED BY BARCLAYS CAPITAL. |

| | |
|---|---|
| **Name:** | CIBC WORLD MARKETS, INC. |
| **Business Address:** | 161 BAY ST.<br>5TH FLOOR<br>TORONTO, CANADA M5J 2S8 |
| **Effective Date:** | 04/27/2010 |
| **Description:** | APPLICANT'S FUNDS AND/OR SECURITIES WILL BE HELD AND/OR MAINTAINED BY CIBC WORLD MARKETS, INC. |

| | |
|---|---|
| **Name:** | MB FINANCIAL BANK |
| **Business Address:** | 6111 N RIVER ROAD<br>ROSEMONT, IL 60018 |
| **Effective Date:** | 08/31/2009 |
| **Description:** | APPLICANT'S FUNDS AND/OR SECURITIES WILL BE HELD AND/OR MAINTAINED BY MB FINANCIAL BANK |

**This firm does not have customer accounts, funds, or securities maintained by a third party.**

## Control Persons/Financing

**This firm does not have individuals who control its management or policies through agreement.**

**This firm does not have individuals who wholly or partly finance the firm's business.**

©2022 FINRA. All rights reserved.    Report about JUMP TRADING, LLC



# Firm Operations

## Organization Affiliates

This section provides information on control relationships the firm has with other firms in the securities, investment advisory, or banking business.

**This firm is, directly or indirectly:**

· in control of
· controlled by
· or under common control with

the following partnerships, corporations, or other organizations engaged in the securities or investment advisory business.

**JUMP EXECUTION, LLC is under common control with the firm.**

| | |
|---|---|
| **CRD #:** | 313060 |
| **Business Address:** | 600 W. CHICAGO<br>CHICAGO, IL 60654 |
| **Effective Date:** | 07/02/2020 |
| **Foreign Entity:** | No |
| **Country:** | |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | JUMP TRADING, LLC AND JUMP EXECUTION, LLC ARE BOTH OWNED AND CONTROLLED BY JUMP TRADING HOLDINGS, LLC. |

**JUMP CAPITAL is under common control with the firm.**

| | |
|---|---|
| **CRD #:** | 283024 |
| **Business Address:** | 600 W CHICAGO AVENUE<br>SUITE 825<br>CHICAGO, IL 60654 |
| **Effective Date:** | 03/02/2016 |
| **Foreign Entity:** | No |
| **Country:** | |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | Yes |
| **Description:** | JUMP CAPITAL, LLC IS AN EXEMPT REPORTING ADVISER AND SHARES |

©2022 FINRA. All rights reserved.    Report about JUMP TRADING, LLC

www.finra.org/brokercheck
User Guidance

**FINra**

## Firm Operations

## Organization Affiliates (continued)

COMMON BENEFICIAL OWNERSHIP WITH JUMP TRADING, LLC.

**This firm is not directly or indirectly, controlled by the following:**

- · bank holding company
- · national bank
- · state member bank of the **Federal Reserve System**
- · state non-member bank
- · savings bank or association
- · credit union
- · or foreign bank

©2022 FINRA. All rights reserved.    Report about JUMP TRADING, LLC

www.finra.org/brokercheck

User Guidance



# Disclosure Events

All firms registered to sell securities or provide investment advice are required to disclose regulatory actions, criminal or civil judicial proceedings, and certain financial matters in which the firm or one of its control affiliates has been involved. For your convenience, below is a matrix of the number and status of disclosure events involving this brokerage firm or one of its control affiliates. Further information regarding these events can be found in the subsequent pages of this report.

|                   | Pending | Final | On Appeal |
|-------------------|---------|-------|-----------|
| Regulatory Event  | 0       | 15    | 0         |

©2022 FINRA. All rights reserved.    Report about JUMP TRADING, LLC



# Disclosure Event Details

## What you should know about reported disclosure events:

1. **BrokerCheck provides details for any disclosure event that was reported in CRD. It also includes summary information regarding FINRA arbitration awards in cases where the brokerage firm was named as a respondent.**

2. **Certain thresholds must be met before an event is reported to CRD, for example:**
   - A law enforcement agency must file formal charges before a brokerage firm is required to disclose a particular criminal event.

3. **Disclosure events in BrokerCheck reports come from different sources:**
   - Disclosure events for this brokerage firm were reported by the firm and/or regulators. When the firm and a regulator report information for the same event, both versions of the event will appear in the BrokerCheck report. The different versions will be separated by a solid line with the reporting source labeled.

4. **There are different statuses and dispositions for disclosure events:**
   - A disclosure event may have a status of *pending, on appeal,* or *final.*
     - A "pending" event involves allegations that have not been proven or formally adjudicated.
     - An event that is "on appeal" involves allegations that have been adjudicated but are currently being appealed.
     - A "final" event has been concluded and its resolution is not subject to change.
   - A final event generally has a disposition of *adjudicated, settled* or *otherwise resolved.*
     - An "adjudicated" matter includes a disposition by (1) a court of law in a criminal or civil matter, or (2) an administrative panel in an action brought by a regulator that is contested by the party charged with some alleged wrongdoing.
     - A "settled" matter generally involves an agreement by the parties to resolve the matter. Please note that firms may choose to settle customer disputes or regulatory matters for business or other reasons.
     - A "resolved" matter usually involves no payment to the customer and no finding of wrongdoing on the part of the individual broker. Such matters generally involve customer disputes.

5. **You may wish to contact the brokerage firm to obtain further information regarding any of the disclosure events contained in this BrokerCheck report.**

## Regulatory - Final

This type of disclosure event involves (1) a final, formal proceeding initiated by a regulatory authority (e.g., a state securities agency, self-regulatory organization, federal regulator such as the U.S. Securities and Exchange Commission, foreign financial regulatory body) for a violation of investment-related rules or regulations; or (2) a revocation or suspension of the authority of a brokerage firm or its control affiliate to act as an attorney, accountant or federal contractor.

### Disclosure 1 of 15

**Reporting Source:** Regulator

**Current Status:** Final

©2022 FINRA. All rights reserved.    Report about JUMP TRADING, LLC



User Guidance

21

www.finra.org/brokercheck

**Allegations:**

©2022 FINRA. All rights reserved.

Report about JUMP TRADING, LLC

NYSE CHICAGO, INC. ENTERS THIS ORDER AGAINST JUMP TRADING, LLC ("JUMP," "RESPONDENT OR THE FIRM") INSTITUTING PROCEEDINGS, ACCEPTING AN OFFER OF SETTLEMENT ("OFFER"), MAKING FINDINGS, AND IMPOSING SANCTIONS. THE FIRM HAS SUBMITTED AN OFFER, WHICH NYSE CHICAGO HAS DETERMINED TO ACCEPT. THE FIRM ENGAGES IN ALGORITHMIC TRADING OF A VARIETY OF ASSET CLASSES ON NUMEROUS SECURITIES VENUES. THE FIRM TRADES SOLELY IN A PROPRIETARY CAPACITY. ONE OF ITS TRADING TEAMS ("TEAM A") EMPLOYS A NUMBER OF ALGORITHMIC TRADING STRATEGIES, WHICH OPERATE OVER THE COURSE OF THE TRADING DAY. SHORTLY BEFORE THE CLOSE OF TRADING, THE POSITIONS ACCUMULATED BY THESE STRATEGIES ARE AGGREGATED IN A DIFFERENT ALGORITHMIC TRADING STRATEGY ("ALGO 1"), WHICH WAS DESIGNED TO NET OUT THE ACCUMULATED POSITIONS TO ACHIEVE DESIRED TARGET POSITIONS, AND EXIT ANY REMAINING POSITIONS, GENERALLY BY SENDING LIMIT-ON-CLOSE ORDERS TO PARTICIPATE IN CLOSING AUCTIONS ACROSS VARIOUS U.S. EQUITIES MARKETS. ON MAY 3, 2018, THE TEAM LEAD FOR TEAM A MADE AN EDIT TO THE CODE OF ALGO 1 THAT WAS INTENDED TO IMPROVE ITS EXECUTION PERCENTAGE, AND THUS MORE EFFECTIVELY LIQUIDATE CERTAIN POSITIONS IT DID NOT INTEND TO CARRY OVERNIGHT. HOWEVER, THE REVISED CODE CONTAINED AN ERROR, WHICH, UNDER CERTAIN CIRCUMSTANCES, WOULD CAUSE THE STRATEGY TO MALFUNCTION, AND SIGNIFICANTLY INCREASE THE SIZE OF TEAM A'S POSITIONS, RATHER THAN REDUCING THEM AS INTENDED. TOWARD THE END OF THE TRADING DAY ON MAY 4, 2018, TEAM A'S ALGORITHMS TRANSFERRED THEIR POSITIONS TO ALGO I, BUT IN MANY CASES, BECAUSE OF THE ERROR CONTAINED IN THE REVISED CODE, ALGO 1 PLACED ORDERS THAT GREATLY INCREASED THE SIZE OF THE TEAM'S POSITIONS. THESE POSITIONS CAUSED JUMP TO FALL OUT OF COMPLIANCE WITH APPLICABLE NET CAPITAL REQUIREMENTS. IT IMMEDIATELY BEGAN DISCUSSIONS WITH ITS CLEARING BROKER TO EXIT THE POSITIONS ACCUMULATED BY ALGO 1. LATER THAT SAME DAY, THE FIRM EXECUTED A BLOCK TRADE WITH ITS CLEARING BROKER, BRINGING THE FIRM BACK INTO NET CAPITAL COMPLIANCE. AS A PROPRIETARY TRADING FIRM WITH MARKET ACCESS, JUMP WAS REQUIRED TO IMPLEMENT A SYSTEM OF RISK MANAGEMENT CONTROLS AND SUPERVISORY PROCEDURES REASONABLY DESIGNED TO PREVENT THE ENTRY OF CERTAIN TYPES OF ERRONEOUS ORDERS, AS WELL AS ORDERS THAT WOULD EXCEED APPROPRIATE PRE-SET CAPITAL THRESHOLDS. WHILE THE FIRM IMPLEMENTED PRE-SET CAPITAL THRESHOLDS AND RISK MANAGEMENT CONTROLS INTENDED TO REDUCE THE RISK OF ERRONEOUS ORDERS, THOSE CONTROLS WERE NOT REASONABLY DESIGNED TO ADDRESS THE RISKS PRESENTED BY ITS BUSINESS. AS A RESULT OF THESE DEFICIENCIES, ON MAY 4, 2018, ALGO 1, WHICH WAS DESIGNED TO REDUCE TEAM A'S POSITIONS, INSTEAD ACCUMULATED LARGE



POSITIONS THAT CAUSED THE FIRM TO FALL OUT OF COMPLIANCE WITH
APPLICABLE NET CAPITAL REQUIREMENTS. IN ADDITION, THE FIRM
GENERALLY FAILED TO SUFFICIENTLY DOCUMENT HOW IT DETERMINED
ITS MARKET ACCESS CONTROLS. IN ADDITION, WHILE IT DID HAVE A
PROCESS BY WHICH CAPITAL USAGE LIMITS WERE SET, IT WAS UNABLE
TO PROVIDE SPECIFIC DOCUMENTATION DEMONSTRATING HOW IT SET
THOSE CAPITAL LIMITS AT THE FIRM OR GROUP LEVEL. BECAUSE OF
ALGO L'S MALFUNCTION, THE FIRM'S NET CAPITAL FELL BELOW THE
REQUIRED LEVELS.

| | |
|---|---|
| **Initiated By:** | NYSE CHICAGO, INC. |
| **Date Initiated:** | 09/12/2019 |
| **Docket/Case Number:** | 2018-11-00017 |
| **Principal Product Type:** | Other |
| **Other Product Type(s):** | UNSPECIFIED SECURITIES |
| **Principal Sanction(s)/Relief Sought:** | Other |
| **Other Sanction(s)/Relief Sought:** | N/A |
| **Resolution:** | Decision & Order of Offer of Settlement |
| **Resolution Date:** | 09/12/2019 |
| **Does the order constitute a final order based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct?** | No |
| **Sanctions Ordered:** | Censure<br>Monetary/Fine $250,000.00 |
| **Other Sanctions Ordered:** | UNDERTAKING |
| **Sanction Details:** | THE FIRM IS CENSURED AND FINED $250,000. THE EXCHANGE ALSO DEEMS IT APPROPRIATE TO IMPOSE AN UNDERTAKING ON THE FIRM, PURSUANT TO WHICH, WITHIN 90 DAYS OF THE ISSUANCE OF THE ORDER, THE FIRM MUST CERTIFY THAT IT HAS ADDRESSED THE DEFICIENCIES IN ITS RISK MANAGEMENT CONTROLS. |

| | |
|---|---|
| **Reporting Source:** | Firm |

©2022 FINRA. All rights reserved.   Report about JUMP TRADING, LLC



User Guidance

23

**Current Status:** Final

**Allegations:** THE FIRM HAS SETTLED ALLEGED VIOLATIONS OF SECURITIES EXCHANGE ACT OF 1934 ("SEA") RULE 15C3-5 (RISK MANAGEMENT CONTROLS FOR BROKERS OR DEALERS WITH MARKET ACCESS); SEA RULE 15C3-1 (NET CAPITAL REQUIREMENTS FOR BROKERS OR DEALERS); CHX ARTICLE 7, RULE 3 (NET CAPITAL AND AGGREGATE INDEBTEDNESS); AND CHX ARTICLE 6, RULE 5 (SUPERVISION OF REPRESENTATIVES AND BRANCH AND RESIDENT OFFICES). ACCORDING TO THE SETTLEMENT, WHILE THE FIRM IMPLEMENTED PRE-SET CAPITAL THRESHOLDS AND RISK MANAGEMENT CONTROLS INTENDED TO REDUCE THE RISK OF ERRONEOUS ORDERS THOSE CONTROLS WERE NOT REASONABLY DESIGNED TO ADDRESS THE RISKS PRESENTED BY JUMP'S BUSINESS. AS A RESULT OF THESE DEFICIENCIES, ON MAY 4, 2018, AN ALGORITHM DESIGNED TO REDUCE A TRADING GROUP'S POSITIONS, INSTEAD ACCUMULATED LARGE POSITIONS RESULTING FROM 674 EXECUTIONS THAT CAUSED THE FIRM TO FALL OUT OF COMPLIANCE WITH APPLICABLE NET CAPITAL REQUIREMENTS.

**Initiated By:** NYSE CHICAGO, INC.

**Date Initiated:** 05/07/2018

**Docket/Case Number:** 2018-11-00017

**Principal Product Type:** Equity Listed (Common & Preferred Stock)

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:** Censure

**Other Sanction(s)/Relief Sought:**

**Resolution:** Decision & Order of Offer of Settlement

**Resolution Date:** 09/12/2019

**Sanctions Ordered:** Censure
Monetary/Fine $250,000.00

**Other Sanctions Ordered:**

**Sanction Details:** THE FIRM WAS FINED $250,000.00 ENTIRELY LEVIED AGAINST APPLICANT. THE FINE WAS PAID ON 09/18/2019.

**Firm Statement** THE FIRM HAS SETTLED ALLEGED VIOLATIONS OF SECURITIES EXCHANGE ACT OF 1934 ("SEA") RULE 15C3-5 (RISK MANAGEMENT CONTROLS FOR BROKERS OR DEALERS WITH MARKET ACCESS); SEA RULE 15C3-1 (NET CAPITAL REQUIREMENTS FOR BROKERS OR DEALERS);

www.finra.org/brokercheck

©2022 FINRA. All rights reserved.    Report about JUMP TRADING, LLC



User Guidance

www.finra.org/brokercheck

CHX ARTICLE 7, RULE 3 (NET CAPITAL AND AGGREGATE INDEBTEDNESS); AND CHX ARTICLE 6, RULE 5 (SUPERVISION OF REPRESENTATIVES AND BRANCH AND RESIDENT OFFICES). ACCORDING TO THE SETTLEMENT, WHILE THE FIRM IMPLEMENTED PRE-SET CAPITAL THRESHOLDS AND RISK MANAGEMENT CONTROLS INTENDED TO REDUCE THE RISK OF ERRONEOUS ORDERS THOSE CONTROLS WERE NOT REASONABLY DESIGNED TO ADDRESS THE RISKS PRESENTED BY JUMP'S BUSINESS. AS A RESULT OF THESE DEFICIENCIES, ON MAY 4, 2018, AN ALGORITHM DESIGNED TO REDUCE A TRADING GROUP'S POSITIONS, INSTEAD ACCUMULATED LARGE POSITIONS RESULTING FROM 674 EXECUTIONS THAT CAUSED THE FIRM TO FALL OUT OF COMPLIANCE WITH APPLICABLE NET CAPITAL REQUIREMENTS. THE FIRM WAS FINED $250,000.

## Disclosure 2 of 15

**Reporting Source:** Regulator

**Current Status:** Final

**Allegations:** JUMP, ON NUMEROUS OCCASIONS, FAILED TO GRANT PRIORITY TO THE HIGHEST BID AND/OR LOWEST OFFER WHEN SUCH BID OR OFFER WAS AVAILABLE. (VIOLATIONS OF EXCHANGE RULE 6.45B)

**Initiated By:** CHICAGO BOARD OPTIONS EXCHANGE

**Date Initiated:** 06/21/2017

**Docket/Case Number:** 17-0011/20150467066 AND 20170528124

**Principal Product Type:** Options

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:** Civil and Administrative Penalt(ies) /Fine(s)

**Other Sanction(s)/Relief Sought:**

**Resolution:** Decision & Order of Offer of Settlement

**Resolution Date:** 12/29/2017

**Sanctions Ordered:** Censure
Monetary/Fine $2,500.00

**Other Sanctions Ordered:**

**Sanction Details:** A $2,500 FINE AND A CENSURE.

©2022 FINRA. All rights reserved.     Report about JUMP TRADING, LLC



User Guidance

www.finra.org/brokercheck

25

**Reporting Source:** Firm

**Current Status:** Final

**Allegations:** CBOE AND FINRA ARE ALLEGING THAT JUMP TRADING LLC (JUMP) MAY HAVE VIOLATED CBOE RULE 6.45B--PRIORITY AND ALLOCATION OF TRADES IN INDEX OPTIONS AND OPTIONS ON ETFS ON THE CBOE HYBRID SYSTEM.

**Initiated By:** CBOE

**Date Initiated:** 06/21/2017

**Docket/Case Number:** STAR NO. 20150467066

**Principal Product Type:** Options

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:** Other

**Other Sanction(s)/Relief Sought:** STATEMENT OF CHARGES

**Resolution:** Settled

**Resolution Date:** 12/29/2017

**Sanctions Ordered:** Censure
Monetary/Fine $2,500.00

**Other Sanctions Ordered:**

**Sanction Details:** THE TOTAL AMOUNT OF THE FINE WAS $2,500.00, AND WILL BE PAID PROMPTLY.

---

## Disclosure 3 of 15

**Reporting Source:** Regulator

**Current Status:** Final

**Allegations:** THE BUSINESS CONDUCT COMMITTEE ("COMMITTEE"), PURSUANT TO RULE 960.2(F) OF THE RULES OF NASDAQ PHLX LLC ("EXCHANGE RULES"), AND UPON INFORMATION AND BELIEF, HEREBY AUTHORIZES THE ISSUANCE OF THIS STATEMENT OF CHARGES AND ALLEGES THAT THIS MATTER INVOLVES THE FAILURE OF JUMP TRADING, LLC ("JUMP" OR THE "FIRM") TO ADHERE TO THE EXCHANGE RULES GOVERNING THE OBLIGATION OF EXCHANGE REMOTE STREAMING QUOTE TRADERS ("RSQTS") TO DISSEMINATE CONTINUOUS, TWO-SIDED MARKETS IN THE MINIMUM REQUIRED PERCENTAGE OF THEIR ASSIGNED OPTIONS SERIES

©2022 FINRA. All rights reserved.     Report about JUMP TRADING, LLC



User Guidance

FOR THE REQUISITE PERCENTAGE OF THE TRADING DAY.

THE FINDINGS STATED THAT THE FIRM FAILED TO SATISFY ITS MINIMUM QUOTING OBLIGATION AS AN RSQT IN VARIOUS OPTIONS SERIES TO WHICH IT HAD BEEN ASSIGNED. SPECIFICALLY, ON THREE SEPARATE TRADING DAYS, THE FIRM FAILED TO QUOTE CONTINUOUS TWO-SIDED MARKETS IN AT LEAST 60 PERCENT OF ITS ASSIGNED OPTIONS CLASSES FOR AT LEAST 90 PERCENT OF THE TRADING DAY.

**Initiated By:** NASDAQ PHLX LLC

**Date Initiated:** 06/23/2017

**Docket/Case Number:** 2016049686201

**Principal Product Type:** Options

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:**

**Other Sanction(s)/Relief Sought:**

**Resolution:** Decision & Order of Offer of Settlement

**Resolution Date:** 06/26/2017

**Does the order constitute a final order based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct?** No

**Sanctions Ordered:** Censure
Monetary/Fine $5,000.00

**Other Sanctions Ordered:**

**Sanction Details:** THE FIRM WAS CENSURED AND FINED $5,000

**Regulator Statement** THE DECISION OF THE BUSINESS CONDUCT COMMITTEE ("COMMITTEE") OF NASDAQ PHLX LLC (THE "EXCHANGE") IN THE MATTER IS AS FOLLOWS:

THE FIRM MADE AN OFFER OF SETTLEMENT, STIPULATION OF FACTS AND CONSENT TO SANCTIONS.

RESPONDENT STIPULATES TO THE FACTS, CONSENTS TO THE CONCLUSION OF VIOLATIONS OF CERTAIN PROVISIONS OF THE SECURITIES EXCHANGE ACT OF 1934, AND CERTAIN PROVISIONS OF

©2022 FINRA. All rights reserved.    Report about JUMP TRADING, LLC



EXCHANGE RULES, AND CONSENTS TO THE IMPOSITION OF SANCTIONS SPECIFICALLY INCLUDING, WITHOUT ADMITTING OR DENYING THE ALLEGATIONS OR CONCLUSIONS IN THE STATEMENT OF CHARGES.

RESPONDENT AGREES THAT THE DECISION TO BE ISSUED SHALL BE FINAL, AND WAIVES ANY RIGHT TO A REVIEW OF THE DECISION OR ANY OTHER PHASE OR ASPECT OF THIS PROCEEDING BY THE BOARD OF DIRECTORS OF THE EXCHANGE; BY THE U.S. SECURITIES AND EXCHANGE COMMISSION; BY ANY FEDERAL OR STATE COURT; OR IN ANY OTHER FORUM OR BY ANY OTHER MEANS.

THE COMMITTEE ACCEPTS THE FOREGOING STIPULATION OF FACTS AND ON THE BASIS THEREOF FINDS THAT RESPONDENT VIOLATED RULE 15C3-5(B) AND (C) AND EXCHANGE RULE 1014(B)(II)(D)(1).

THE COMMITTEE BELIEVES THAT THE SANCTIONS PROPOSED BY RESPONDENT IN ITS OFFER SERVE THE PUBLIC INTEREST, ARE SUFFICIENTLY REMEDIAL UNDER THE CIRCUMSTANCES, AND REPRESENT A PROPER DISCHARGE OF THE EXCHANGE'S REGULATORY RESPONSIBILITIES UNDER THE EXCHANGE ACT OF 1934.

IF RESPONDENT FAILS TO PAY THE FINE WITHIN 30 CALENDAR DAYS OF THE DATE OF THIS DECISION, OR FAILS TO COMPLY WITH ANY OTHER SANCTION BY THE DATE SET FORTH HEREIN, THE COMMITTEE SHALL DECLARE RESPONDENT TO BE IN MATERIAL BREACH OF ITS AGREEMENT AND MAY TAKE WHATEVER ACTIONS IT DEEMS NECESSARY TO RESPOND TO THE BREACH, INCLUDING, BUT NOT LIMITED TO, RESCINDING THIS DECISION AND ALLOWING THE MATTER TO PROCEED IN ACCORDANCE WITH EXCHANGE RULES 960.1 THROUGH 960.12.

(ASSOCIATED CASE PHLX ENFORCEMENT # 2017- 11)

| | |
|---|---|
| **Reporting Source:** | Firm |
| **Current Status:** | Final |
| **Allegations:** | BETWEEN SEPTEMBER 30, 2015 AND MARCH 24, 2016, THE FIRM FAILED TO QUOTE CONTINUOUS, TWO-SIDED MARKETS IN AT LEAST 60% OF ITS ASSIGNED OPTIONS SERIES FOR AT LEAST 90% OF THE TRADING DAY ON THREE SEPARATE TRADE DATES. |
| **Initiated By:** | NASDAQ PHLX LLC |
| **Date Initiated:** | 06/06/2016 |
| **Docket/Case Number:** | FINRA MATTER NO. 20160496862 |

User Guidance

www.finra.org/brokercheck

**Principal Product Type:** Options

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:** Censure

**Other Sanction(s)/Relief Sought:** FINE IN THE AMOUNT OF $5,000.

**Resolution:** Settled

**Resolution Date:** 06/26/2017

**Sanctions Ordered:** Censure
Monetary/Fine $5,000.00

**Other Sanctions Ordered:**

**Sanction Details:** THE FIRM WILL PAY THE FINE WITHIN 30 CALENDAR DAYS FROM THE DATE OF THE FINAL RESOLUTION.

## Disclosure 4 of 15

**Reporting Source:** Firm

**Current Status:** Final

**Allegations:** BETWEEN DECEMBER 2014 AND JANUARY 2015 AND AGAIN IN APRIL 2015, THE FIRM ENGAGED IN A PATTERN OF ACTIVITY IN WHICH AN AUTOMATED TRADING SYSTEM (ATS) JUMP OPERATED SUBMITTED MASS QUOTES IN CME'S EQUITY OPTIONS MARKETS WITH INCREMENTALLY WIDENING SPREADS BETWEEN THE BID AND OFFER PRICES.

**Initiated By:** CHICAGO MERCANTILE EXCHANGE

**Date Initiated:** 04/21/2015

**Docket/Case Number:** CME 15-0092-BC

**Principal Product Type:** Options

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:** Censure

**Other Sanction(s)/Relief Sought:**

**Resolution:** Acceptance, Waiver & Consent(AWC)

**Resolution Date:** 11/02/2016

©2022 FINRA. All rights reserved.    Report about JUMP TRADING, LLC

User Guidance

www.finra.org/brokercheck

**Sanctions Ordered:**

**Other Sanctions Ordered:**

**Sanction Details:**

Monetary/Fine $42,500.00

FIRM WAS FINED $42,500 ENTIRELY LEVIED AGAINST APPLICANT. FINE WAS PAID ON NOVEMBER 28TH 2016.

**Disclosure 5 of 15**

**Reporting Source:** Regulator

**Current Status:** Final

**Allegations:** A FINRA HEARING OFFICER CONSIDERED AN OFFER OF SETTLEMENT AND CONSENT ENTERED INTO BETWEEN FINRA ON BEHALF OF NYSE REGULATION, INC. AND THE FIRM.
THE FIRM SUBMITTED AN OFFER OF SETTLEMENT AND CONSENT FOR THE SOLE PURPOSE OF SETTLING THIS DISCIPLINARY PROCEEDING, WITHOUT ADJUDICATION OF ANY ISSUES OF LAW OR FACT, AND WITHOUT ADMITTING OR DENYING ANY ALLEGATIONS OR FINDINGS REFERRED TO IN THE OFFER OF SETTLEMENT.
THE HEARING OFFICER ACCEPTS THE OFFER OF SETTLEMENT AND CONSENT AND ISSUES THIS DECISION.

ON NUMEROUS OCCASIONS, DUE TO VARIOUS ISSUES THE FIRM ROUTED INTERMARKET SWEEP ORDERS THROUGH PROTECTED QUOTATIONS AND FAILED TO AVOID DISPLAYING AND ENGAGED IN A PATTERN OR PRACTICE OF DISPLAYING QUOTATIONS THAT LOCKED OR CROSSED A PROTECTION QUOTATION.

THE FINDINGS STATED THAT THE FIRM FAILED TO TAKE REASONABLE STEPS TO ESTABLISH THAT INTERMARKET SWEEP ORDERS IT ROUTED MET THE DEFINITIONAL REQUIREMENTS SET FORTH IN REG NMS RULE 600(B)(30).

THE FINDINGS ALSO STATED THAT THE FIRM FAILED TO TAKE REASONABLE STEPS TO ESTABLISH THAT INTERMARKET SWEEP ORDERS IT ROUTED MET THE DEFINITIONAL REQUIREMENTS SET FORTH IN REG NMS RULE 600(B)(30), IN THAT THE FIRM FAILED TO REASONABLY AVOID DISPLAYING, AND ENGAGED IN A PATTERN OR PRACTICE OF DISPLAYING, QUOTATIONS THAT LOCKED OR CROSSED A PROTECTED QUOTATION, BY ENTERING INTERMARKET SWEEP ORDERS INTO THE EXCHANGE THAT LOCKED OR CROSSED A QUOTATION PREVIOUSLY DISSEMINATED PURSUANT TO AN EFFECTIVE NATIONAL MARKET SYSTEM PLAN AND FAILED TO SIMULTANEOUSLY ROUTE AN INTERMARKET SWEEP ORDER TO EXECUTE AGAINST THE FULL DISPLAYED SIZE OF THE LOCKED OR CROSSED PROTECTED QUOTE.

©2022 FINRA. All rights reserved.    Report about JUMP TRADING, LLC



User Guidance

**Initiated By:** NYSE ARCA, INC.

**Date Initiated:** 10/28/2016

**Docket/Case Number:** 2014043099001

**Principal Product Type(s):** Options

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:**

**Other Sanction(s)/Relief Sought:**

**Resolution:** Acceptance, Waiver & Consent(AWC)

**Resolution Date:** 10/28/2016

**Does the order constitute a final order based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct?** No

**Sanctions Ordered:** Censure
Monetary/Fine $20,000.00

**Other Sanctions Ordered:** UNDERTAKING

**Sanction Details:** THE FIRM WAS CENSURED, FINED $20,000 AND AN UNDERTAKING REQUIRING THE FIRM TO ADDRESS THE REG NMS 611(C) DEFICIENCIES

THE FINDINGS ALSO INCLUDED THAT THE FIRM FAILED TO ESTABLISH AND MAINTAIN A SUPERVISORY SYSTEM THAT WAS REASONABLY DESIGNED TO ACHIEVE COMPLIANCE WITH THE APPLICABLE SECURITIES LAWS AND REGULATIONS, AND EXCHANGE RULES, CONCERNING COMPLIANCE WITH REG NMS RULE 611(C). IN ADDITION, THE FIRM'S SUPERVISORY SYSTEM DID NOT INCLUDE SUFFICIENT WRITTEN SUPERVISORY PROCEDURES TO ENSURE COMPLIANCE WITH REG NMS RULE 611(C). SPECIFICALLY, THE FIRM'S WRITTEN SUPERVISORY PROCEDURES DID NOT PROVIDE: (A) THE IDENTIFICATION OF THE PERSON(S) RESPONSIBLE FOR SUPERVISION WITH RESPECT TO THE APPLICABLE RULES; (B) A STATEMENT OF THE SUPERVISORY STEP(S) TO BE TAKEN BY THE IDENTIFIED PERSON(S); (C) A STATEMENT AS TO HOW OFTEN SUCH PERSON(S) SHOULD TAKE SUCH STEP(S); OR (D) A STATEMENT AS TO HOW THE COMPLETION OF THE STEP(S) INCLUDED IN THE WRITTEN SUPERVISORY PROCEDURES SHOULD BE DOCUMENTED.

©2022 FINRA. All rights reserved.   Report about JUMP TRADING, LLC



DESCRIBED IN THE DECISION TO ENSURE THAT THE FIRM HAS IMPLEMENTED PROCEDURES THAT ARE REASONABLY DESIGNED TO ACHIEVE COMPLIANCE WITH THE RULES AND REGULATIONS CITED.

WITHIN 30 DAYS OF THE DATE OF THIS DECISION, A REGISTERED PRINCIPAL OF THE RESPONDENT SHALL SUBMIT TO FINRA INFORMATION PROVIDING AMONG OTHERS A REPRESENTATION THAT THE FIRM HAS REVISED ITS SUPERVISORY SYSTEMS AND PROCEDURES TO ADDRESS THE DEFICIENCIES AND THE DATES THAT THIS WAS COMPLETED.

| | |
|---|---|
| **Regulator Statement** | THE FIRM VIOLATED REG NMS RULE 611(C) AND NYSE ARCA EQUITIES RULES 7.31(E)(2) AND 7.37(E)(2) BY ROUTING INTERMARKET SWEEP ORDERS THROUGH PROTECTED QUOTATIONS, AND BY FAILING TO AVOID DISPLAYING AND ENGAGING IN A PATTERN OR PRACTICE OF DISPLAYING QUOTATIONS THAT LOCKED OR CROSSED A PROTECTION QUOTATION; AND NYSE ARCA EQUITIES RULES 6.18 AND 2010 BY FAILING TO ESTABLISH AND MAINTAIN A SUPERVISORY SYSTEM, INCLUDING WRITTEN SUPERVISORY PROCEDURES, THAT WAS REASONABLY DESIGNED TO ACHIEVE COMPLIANCE WITH THE APPLICABLE SECURITIES LAWS AND REGULATIONS, AND EXCHANGE RULES, CONCERNING COMPLIANCE WITH REG NMS RULE 611(C). |

THE CASE INCLUDES PROCEEDING NUMBERS 20140430995, 20140437794, AND 20150452818.

| | |
|---|---|
| **Reporting Source:** | Firm |
| **Current Status:** | Final |
| **Allegations:** | DURING TWO PERIODS, THE FIRM FAILED TO TAKE REASONABLE STEPS TO ESTABLISH THAT INTERMARKET SWEEP ORDERS IT ROUTED MET THE DEFINITIONAL REQUIREMENTS SET FORTH IN REG NMS RULE 600(B)(30). |
| **Initiated By:** | NYSE ARCA INC. |
| **Date Initiated:** | 05/01/2016 |
| **Docket/Case Number:** | 20140430990 |
| **Principal Product Type:** | Equity Listed (Common & Preferred Stock) |
| **Other Product Type(s):** | |
| **Principal Sanction(s)/Relief Sought:** | Censure |
| **Other Sanction(s)/Relief Sought:** | |



www.finra.org/brokercheck

User Guidance

**Resolution:** Acceptance, Waiver & Consent(AWC)

**Resolution Date:** 10/28/2016

**Sanctions Ordered:** Censure
Monetary/Fine $20,000.00

**Other Sanctions Ordered:** THE FIRM IS REQUIRED TO IMPLEMENT PROCEDURES REASONABLY DESIGNED TO ACHIEVE COMPLIANCE WITH THE REGULATIONS CITED.

**Sanction Details:** FIRM WAS FINED $20,000, ENTIRELY LEVIED AGAINST APPLICANT. FINE HAS NOT YET BEEN PAID BUT FIRM WILL PROMPTLY SEND PAYMENT.

## Disclosure 6 of 15

**Reporting Source:** Regulator

**Current Status:** Final

**Allegations:** WITHOUT ADMITTING OR DENYING THE FINDINGS, THE FIRM CONSENTED TO THE SANCTIONS AND TO THE ENTRY OF FINDINGS THAT DUE TO VARIOUS ISSUES, THE FIRM ON NUMEROUS OCCASIONS ROUTED INTERMARKET SWEEP ORDERS THROUGH PROTECTED QUOTATIONS.

THE FINDINGS STATED THAT THE FIRM FAILED TO TAKE REASONABLE STEPS TO ESTABLISH THAT INTERMARKET SWEEP ORDERS IT ROUTED MET THE DEFINITIONAL REQUIREMENTS SET FORTH IN REG NMS RULE 600(B)(30).

THE FINDINGS ALSO STATED THAT THE FIRM FAILED TO ESTABLISH AND MAINTAIN A SUPERVISORY SYSTEM THAT WAS REASONABLY DESIGNED TO ACHIEVE COMPLIANCE WITH THE APPLICABLE SECURITIES LAWS AND REGULATIONS, AND EDGA RULES, CONCERNING COMPLIANCE WITH REG NMS RULE 611(C). IN ADDITION, THE FIRM'S SUPERVISORY SYSTEM DID NOT INCLUDE SUFFICIENT WRITTEN SUPERVISORY PROCEDURES TO ENSURE COMPLIANCE WITH REG NMS RULE 611(C), SPECIFICALLY: (I) THE IDENTIFICATION OF THE PERSON(S) RESPONSIBLE FOR SUPERVISION WITH RESPECT TO THE APPLICABLE RULES; (II) A STATEMENT OF THE SUPERVISORY STEP(S) TO BE TAKEN BY THE IDENTIFIED PERSON(S); (III) A STATEMENT AS TO HOW OFTEN SUCH PERSON(S) SHOULD TAKE SUCH STEP(S); (IV) A STATEMENT AS TO HOW THE COMPLETION OF THE STEP(S) INCLUDED IN THE WRITTEN SUPERVISORY PROCEDURES SHOULD BE DOCUMENTED.

**Initiated By:** BATS EDGA EXCHANGE, INC.

**Date Initiated:** 10/31/2016

**Docket/Case Number:** 201404309006

©2022 FINRA. All rights reserved.    Report about JUMP TRADING, LLC



| | |
|---|---|
| **Principal Product Type:** | Options |
| **Other Product Type(s):** | |
| **Principal Sanction(s)/Relief Sought:** | |
| **Other Sanction(s)/Relief Sought:** | |
| **Resolution:** | Acceptance, Waiver & Consent(AWC) |
| **Resolution Date:** | 10/31/2016 |
| **Does the order constitute a final order based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct?** | No |
| **Sanctions Ordered:** | Censure<br>Monetary/Fine $15,000.00 |
| **Other Sanctions Ordered:** | UNDERTAKING |
| **Sanction Details:** | THE FIRM WAS CENSURED, FINED $15,000 AND AN UNDERTAKING REQUIRING THE FIRM TO ADDRESS THE REG NMS 611(C) DEFICIENCIES DESCRIBED IN THE AWC TO ENSURE THAT THE FIRM HAS IMPLEMENTED PROCEDURES THAT ARE REASONABLY DESIGNED TO ACHIEVE COMPLIANCE WITH THE RULES AND REGULATIONS CITED.<br><br>NO LATER THAN 30 DAYS AFTER THIS AWC BECOMES FINAL A REGISTERED PRINCIPAL OF THE RESPONDENT SHALL SUBMIT TO FINRA INFORMATION PROVIDING AMONG OTHERS A REPRESENTATION THAT THE FIRM HAS REVISED ITS SUPERVISORY SYSTEMS AND PROCEDURES TO ADDRESS THE DEFICIENCIES AND THE DATES THAT THIS WAS COMPLETED. |
| **Regulator Statement** | FINRA CASE NO. 20140430990 (IS INCLUDING FINRA CASE NOS. 20140430995, 20140437794 AND 20150452818) |

| | |
|---|---|
| **Reporting Source:** | Firm |
| **Current Status:** | Final |
| **Allegations:** | DURING TWO PERIODS, THE FIRM FAILED TO TAKE REASONABLE STEPS TO ESTABLISH THAT INTERMARKET SWEEP ORDERS IT ROUTED MET THE DEFINITIONAL REQUIREMENTS SET FORTH IN REG NMS RULE 600(B)(30). |

©2022 FINRA. All rights reserved.   Report about JUMP TRADING, LLC



www.finra.org/brokercheck

User Guidance

©2022 FINRA. All rights reserved.    Report about JUMP TRADING, LLC

**Initiated By:** BATS EDGA EXCHANGE INC.

**Date Initiated:** 05/01/2016

**Docket/Case Number:** 20140430990-06

**Principal Product Type:** Equity Listed (Common & Preferred Stock)

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:** Censure

**Other Sanction(s)/Relief Sought:**

**Resolution:** Acceptance, Waiver & Consent(AWC)

**Resolution Date:** 10/31/2016

**Sanctions Ordered:** Censure
Monetary/Fine $15,000.00

**Other Sanctions Ordered:** THE FIRM IS REQUIRED TO IMPLEMENT PROCEDURES REASONABLY DESIGNED TO ACHIEVE COMPLIANCE WITH THE REGULATIONS CITED.

**Sanction Details:** FIRM WAS FINED $15,000, ENTIRELY LEVIED AGAINST APPLICANT. FINE HAS NOT YET BEEN PAID BUT FIRM WILL PROMPTLY SEND PAYMENT.

### Disclosure 7 of 15

**Reporting Source:** Regulator

**Current Status:** Final

**Allegations:** WITHOUT ADMITTING OR DENYING THE FINDINGS, THE FIRM CONSENTED TO THE SANCTIONS AND TO THE ENTRY OF FINDINGS THAT DUE TO VARIOUS ISSUES, THE FIRM ON NUMEROUS OCCASIONS ROUTED INTERMARKET SWEEP ORDERS THROUGH PROTECTED QUOTATIONS.

THE FINDINGS STATED THAT THE FIRM FAILED TO TAKE REASONABLE STEPS TO ESTABLISH THAT INTERMARKET SWEEP ORDERS IT ROUTED MET THE DEFINITIONAL REQUIREMENTS SET FORTH IN REG NMS RULE 600(B)(30).

THE FINDINGS ALSO STATED THAT THE FIRM FAILED TO ESTABLISH AND MAINTAIN A SUPERVISORY SYSTEM THAT WAS REASONABLY DESIGNED TO ACHIEVE COMPLIANCE WITH THE APPLICABLE SECURITIES LAWS AND REGULATIONS, AND BX RULES, CONCERNING COMPLIANCE WITH REG NMS RULE 611(C). IN ADDITION, THE FIRM'S SUPERVISORY SYSTEM DID NOT INCLUDE SUFFICIENT WRITTEN SUPERVISORY PROCEDURES TO



User Guidance

www.finra.org/brokercheck

**Initiated By:** NASDAQ BX, INC.

**Date Initiated:** 10/31/2016

**Docket/Case Number:** 2014043099003

**Principal Product Type(s):** Options

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:**

**Other Sanction(s)/Relief Sought:**

**Resolution:** Acceptance, Waiver & Consent(AWC)

**Resolution Date:** 10/31/2016

**Does the order constitute a final order based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct?** No

**Sanctions Ordered:** Censure
Monetary/Fine $12,500.00

**Other Sanctions Ordered:** UNDERTAKING

**Sanction Details:** THE FIRM WAS CENSURED, FINED $12,500 AND AN UNDERTAKING REQUIRING THE FIRM TO ADDRESS THE REG NMS 611(C) DEFICIENCIES DESCRIBED IN THE AWC TO ENSURE THAT THE FIRM HAS IMPLEMENTED PROCEDURES THAT ARE REASONABLY DESIGNED TO ACHIEVE COMPLIANCE WITH THE RULES AND REGULATIONS CITED.

NO LATER THAN 30 DAYS AFTER THIS AWC BECOMES FINAL A REGISTERED PRINCIPAL OF THE RESPONDENT SHALL SUBMIT TO FINRA INFORMATION PROVIDING AMONG OTHERS A REPRESENTATION THAT THE FIRM HAS REVISED ITS SUPERVISORY SYSTEMS AND PROCEDURES TO

ENSURE COMPLIANCE WITH REG NMS RULE 611(C), SPECIFICALLY: (I) THE IDENTIFICATION OF THE PERSON(S) RESPONSIBLE FOR SUPERVISION WITH RESPECT TO THE APPLICABLE RULES; (II) A STATEMENT OF THE SUPERVISORY STEP(S) TO BE TAKEN BY THE IDENTIFIED PERSON(S); (III) A STATEMENT AS TO HOW OFTEN SUCH PERSON(S) SHOULD TAKE SUCH STEP(S); (IV) A STATEMENT AS TO HOW THE COMPLETION OF THE STEP(S) INCLUDED IN THE WRITTEN SUPERVISORY PROCEDURES SHOULD BE DOCUMENTED.

©2022 FINRA. All rights reserved.    Report about JUMP TRADING, LLC

www.finra.org/brokercheck



User Guidance

**Regulator Statement**
ADDRESS THE DEFICIENCIES AND THE DATES THAT THIS WAS COMPLETED.

FINRA CASE NO. 20140430990 (IS INCLUDING FINRA CASE NOS. 20140430995, 20140437794 AND 20150452818)

**Reporting Source:** Firm

**Current Status:** Final

**Allegations:** DURING TWO PERIODS, THE FIRM FAILED TO TAKE REASONABLE STEPS TO ESTABLISH THAT INTERMARKET SWEEP ORDERS IT ROUTED MET THE DEFINITIONAL REQUIREMENTS SET FORTH IN REG NMS RULE 600(B)(30).

**Initiated By:** NASDAQ BX INC.

**Date Initiated:** 05/01/2016

**Docket/Case Number:** 20140430990-03

**Principal Product Type:** Equity Listed (Common & Preferred Stock)

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:** Censure

**Other Sanction(s)/Relief Sought:**

**Resolution:** Acceptance, Waiver & Consent(AWC)

**Resolution Date:** 10/31/2016

**Sanctions Ordered:** Censure
Monetary/Fine $12,500.00

**Other Sanctions Ordered:** THE FIRM IS REQUIRED TO IMPLEMENT PROCEDURES REASONABLY DESIGNED TO ACHIEVE COMPLIANCE WITH THE REGULATIONS CITED.

**Sanction Details:** FIRM WAS FINED $12,500, ENTIRELY LEVIED AGAINST APPLICANT. FINE HAD NOT YET BEEN PAID BUT FIRM WILL PROMPTLY SEND PAYMENT.

**Disclosure 8 of 15**

**Reporting Source:** Regulator

**Current Status:** Final

**Allegations:** WITHOUT ADMITTING OR DENYING THE FINDINGS, THE FIRM CONSENTED TO THE SANCTIONS AND TO THE ENTRY OF FINDINGS THAT DUE TO

©2022 FINRA. All rights reserved.    Report about JUMP TRADING, LLC

User Guidance



37

VARIOUS ISSUES, THE FIRM ON NUMEROUS OCCASIONS ROUTED INTERMARKET SWEEP ORDERS THROUGH PROTECTED QUOTATIONS.

THE FINDINGS STATED THAT THE FIRM FAILED TO TAKE REASONABLE STEPS TO ESTABLISH THAT INTERMARKET SWEEP ORDERS IT ROUTED MET THE DEFINITIONAL REQUIREMENTS SET FORTH IN REG NMS RULE 600(B)(30).

THE FINDINGS ALSO STATED THAT THE FIRM FAILED TO ESTABLISH AND MAINTAIN A SUPERVISORY SYSTEM THAT WAS REASONABLY DESIGNED TO ACHIEVE COMPLIANCE WITH THE APPLICABLE SECURITIES LAWS AND REGULATIONS, AND EDGX RULES, CONCERNING COMPLIANCE WITH REG NMS RULE 611(C). IN ADDITION, THE FIRM'S SUPERVISORY SYSTEM DID NOT INCLUDE SUFFICIENT WRITTEN SUPERVISORY PROCEDURES TO ENSURE COMPLIANCE WITH REG NMS RULE 611(C), SPECIFICALLY: (I) THE IDENTIFICATION OF THE PERSON(S) RESPONSIBLE FOR SUPERVISION WITH RESPECT TO THE APPLICABLE RULES; (II) A STATEMENT OF THE SUPERVISORY STEP(S) TO BE TAKEN BY THE IDENTIFIED PERSON(S); (III) A STATEMENT AS TO HOW OFTEN SUCH PERSON(S) SHOULD TAKE SUCH STEP(S); (IV) A STATEMENT AS TO HOW THE COMPLETION OF THE STEP(S) INCLUDED IN THE WRITTEN SUPERVISORY PROCEDURES SHOULD BE DOCUMENTED.

**Initiated By:** BATS EDGX EXCHANGE, INC.

**Date Initiated:** 10/31/2016

**Docket/Case Number:** 2014043099007

**Principal Product Type(s):** Options

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:**

**Other Sanction(s)/Relief Sought:**

**Resolution:** Acceptance, Waiver & Consent(AWC)

**Resolution Date:** 10/31/2016

**Does the order constitute a final order based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct?** No

www.finra.org/brokercheck

©2022 FINRA. All rights reserved.    Report about JUMP TRADING, LLC



| | |
|---|---|
| **Sanctions Ordered:** | Censure<br>Monetary/Fine $15,000.00 |
| **Other Sanctions Ordered:** | UNDERTAKING |
| **Sanction Details:** | THE FIRM WAS CENSURED, FINED $15,000 AND AN UNDERTAKING REQUIRING THE FIRM TO ADDRESS THE REG NMS 611(C) DEFICIENCIES DESCRIBED IN THE AWC TO ENSURE THAT THE FIRM HAS IMPLEMENTED PROCEDURES THAT ARE REASONABLY DESIGNED TO ACHIEVE COMPLIANCE WITH THE RULES AND REGULATIONS CITED.<br><br>NO LATER THAN 30 DAYS AFTER THIS AWC BECOMES FINAL A REGISTERED PRINCIPAL OF THE RESPONDENT SHALL SUBMIT TO FINRA INFORMATION PROVIDING AMONG OTHERS A REPRESENTATION THAT THE FIRM HAS REVISED ITS SUPERVISORY SYSTEMS AND PROCEDURES TO ADDRESS THE DEFICIENCIES AND THE DATES THAT THIS WAS COMPLETED. |
| **Regulator Statement** | FINRA CASE NO. 20140430990 (IS INCLUDING FINRA CASE NOS. 20140430995, 20140437794 AND 20150452818) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| **Reporting Source:** | Firm |
| **Current Status:** | Final |
| **Allegations:** | DURING TWO PERIODS, THE FIRM FAILED TO TAKE REASONABLE STEPS TO ESTABLISH THAT INTERMARKET SWEEP ORDERS IT ROUTED MET THE DEFINITIONAL REQUIREMENTS SET FORTH IN REG NMS RULE 600(B)(30). |
| **Initiated By:** | BATS EDGX EXCHANGE INC. |
| **Date Initiated:** | 05/01/2016 |
| **Docket/Case Number:** | 20140430990-07 |
| **Principal Product Type:** | Equity Listed (Common & Preferred Stock) |
| **Other Product Type(s):** | |
| **Principal Sanction(s)/Relief Sought:** | Censure |
| **Other Sanction(s)/Relief Sought:** | |
| **Resolution:** | Acceptance, Waiver & Consent(AWC) |
| **Resolution Date:** | 10/31/2016 |
| **Sanctions Ordered:** | Censure |



www.finra.org/brokercheck

User Guidance

**Other Sanctions Ordered:**

Monetary/Fine $15,000.00

THE FIRM IS REQUIRED TO IMPLEMENT PROCEDURES REASONABLY DESIGNED TO ACHIEVE COMPLIANCE WITH THE REGULATIONS CITED.

**Sanction Details:**

FIRM WAS FINED $15,000, ENTIRELY LEVIED AGAINST APPLICANT. FINE HAS NOT YET BEEN PAID BUT FIRM WILL PROMPTLY SEND PAYMENT.

## Disclosure 9 of 15

**Reporting Source:**

Regulator

**Current Status:**

Final

**Allegations:**

WITHOUT ADMITTING OR DENYING THE FINDINGS, THE FIRM CONSENTED TO THE SANCTIONS AND TO THE ENTRY OF FINDINGS THAT DUE TO VARIOUS ISSUES, THE FIRM ON NUMEROUS OCCASIONS ROUTED INTERMARKET SWEEP ORDERS THROUGH PROTECTED QUOTATIONS.

THE FINDINGS STATED THAT THE FIRM FAILED TO TAKE REASONABLE STEPS TO ESTABLISH THAT INTERMARKET SWEEP ORDERS IT ROUTED MET THE DEFINITIONAL REQUIREMENTS SET FORTH IN REG NMS RULE 600(B)(30).

THE FINDINGS ALSO STATED THAT THE FIRM FAILED TO ESTABLISH AND MAINTAIN A SUPERVISORY SYSTEM THAT WAS REASONABLY DESIGNED TO ACHIEVE COMPLIANCE WITH THE APPLICABLE SECURITIES LAWS AND REGULATIONS, AND BZX RULES, CONCERNING COMPLIANCE WITH REG NMS RULE 611(C). IN ADDITION, THE FIRM'S SUPERVISORY SYSTEM DID NOT INCLUDE SUFFICIENT WRITTEN SUPERVISORY PROCEDURES TO ENSURE COMPLIANCE WITH REG NMS RULE 611(C), SPECIFICALLY: (I) THE IDENTIFICATION OF THE PERSON(S) RESPONSIBLE FOR SUPERVISION WITH RESPECT TO THE APPLICABLE RULES; (II) A STATEMENT OF THE SUPERVISORY STEP(S) TO BE TAKEN BY THE IDENTIFIED PERSON(S); (III) A STATEMENT AS TO HOW OFTEN SUCH PERSON(S) SHOULD TAKE SUCH STEP(S); (IV) A STATEMENT AS TO HOW THE COMPLETION OF THE STEP(S) INCLUDED IN THE WRITTEN SUPERVISORY PROCEDURES SHOULD BE DOCUMENTED.

**Initiated By:**

BATS BZX EXCHANGE, INC.

**Date Initiated:**

10/31/2016

**Docket/Case Number:**

2014043099005

**Principal Product Type:**

Options

**Other Product Type(s):**

**Principal Sanction(s)/Relief**

©2022 FINRA. All rights reserved.   Report about JUMP TRADING, LLC



**Sought:**

**Other Sanction(s)/Relief Sought:**

| | |
|---|---|
| **Resolution:** | Acceptance, Waiver & Consent(AWC) |
| **Resolution Date:** | 11/29/2016 |
| **Does the order constitute a final order based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct?** | No |
| **Sanctions Ordered:** | Censure<br>Monetary/Fine $15,000.00 |
| **Other Sanctions Ordered:** | UNDERTAKING |
| **Sanction Details:** | THE FIRM WAS CENSURED, FINED $15,000 AND AN UNDERTAKING REQUIRING THE FIRM TO ADDRESS THE REG NMS 611(C) DEFICIENCIES DESCRIBED IN THE AWC TO ENSURE THAT THE FIRM HAS IMPLEMENTED PROCEDURES THAT ARE REASONABLY DESIGNED TO ACHIEVE COMPLIANCE WITH THE RULES AND REGULATIONS CITED.<br><br>NO LATER THAN 30 DAYS AFTER THIS AWC BECOMES FINAL A REGISTERED PRINCIPAL OF THE RESPONDENT SHALL SUBMIT TO FINRA INFORMATION PROVIDING AMONG OTHERS A REPRESENTATION THAT THE FIRM HAS REVISED ITS SUPERVISORY SYSTEMS AND PROCEDURES TO ADDRESS THE DEFICIENCIES AND THE DATES THAT THIS WAS COMPLETED.<br>PURSUANT TO BZX RULE 8.8, THE DECISION IN THIS MATTER IS FINAL 20 BUSINESS DAYS AFTER THE ISSUANCE OF THE DECISION. THEREFORE, THIS AWC BECAME FINAL NOVEMBER 29, 2016. |
| **Regulator Statement** | FINRA CASE NO. 20140430990 (IS INCLUDING FINRA CASE NOS. 20140430995, 20140437794 AND 20150452818) |

| | |
|---|---|
| **Reporting Source:** | Firm |
| **Current Status:** | Final |
| **Allegations:** | DURING TWO PERIODS, THE FIRM FAILED TO TAKE REASONABLE STEPS TO ESTABLISH THAT INTERMARKET SWEEP ORDERS IT ROUTED MET THE DEFINITIONAL REQUIREMENTS SET FORTH IN REG NMS RULE 600(B)(30). |
| **Initiated By:** | BATS BZX EXCHANGE INC. |

©2022 FINRA. All rights reserved.   Report about JUMP TRADING, LLC



User Guidance

www.finra.org/brokercheck

**Date Initiated:** 05/01/2016

**Docket/Case Number:** 20140430990-05

**Principal Product Type:** Equity Listed (Common & Preferred Stock)

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:** Censure

**Other Sanction(s)/Relief Sought:**

**Resolution:** Acceptance, Waiver & Consent(AWC)

**Resolution Date:** 10/31/2016

**Sanctions Ordered:** Censure
Monetary/Fine $15,000.00

**Other Sanctions Ordered:** THE FIRM IS REQUIRED TO IMPLEMENT PROCEDURES REASONABLY DESIGNED TO ACHIEVE COMPLIANCE WITH THE REGULATIONS CITED.

**Sanction Details:** FIRM WAS FINED $15,000, ENTIRELY LEVIED AGAINST APPLICANT. FINE HAD NOT YET BEEN PAID BUT FIRM WILL PROMPTLY SEND PAYMENT.

## Disclosure 10 of 15

**Reporting Source:** Regulator

**Current Status:** Final

**Allegations:** WITHOUT ADMITTING OR DENYING THE FINDINGS, THE FIRM CONSENTED TO THE SANCTIONS AND TO THE ENTRY OF FINDINGS THAT DUE TO VARIOUS ISSUES, THE FIRM ON NUMEROUS OCCASIONS ROUTED INTERMARKET SWEEP ORDERS THROUGH PROTECTED QUOTATIONS.

THE FINDINGS STATED THAT THE FIRM FAILED TO TAKE REASONABLE STEPS TO ESTABLISH THAT INTERMARKET SWEEP ORDERS IT ROUTED MET THE DEFINITIONAL REQUIREMENTS SET FORTH IN REG NMS RULE 600(B)(30).

THE FINDINGS ALSO STATED THAT THE FIRM FAILED TO ESTABLISH AND MAINTAIN A SUPERVISORY SYSTEM THAT WAS REASONABLY DESIGNED TO ACHIEVE COMPLIANCE WITH THE APPLICABLE SECURITIES LAWS AND REGULATIONS, AND BYX RULES, CONCERNING COMPLIANCE WITH REG NMS RULE 611(C). IN ADDITION, THE FIRM'S SUPERVISORY SYSTEM DID NOT INCLUDE SUFFICIENT WRITTEN SUPERVISORY PROCEDURES TO ENSURE COMPLIANCE WITH REG NMS RULE 611(C), SPECIFICALLY: (I) THE

©2022 FINRA. All rights reserved.    Report about JUMP TRADING, LLC



www.finra.org/brokercheck

User Guidance

42

©2022 FINRA. All rights reserved.    Report about JUMP TRADING, LLC

**Initiated By:** BATS BYX EXCHANGE, INC.

**Date Initiated:** 10/31/2016

**Docket/Case Number:** 201404309900 4

**Principal Product Type:** Options

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:**

**Other Sanction(s)/Relief Sought:**

**Resolution:** Acceptance, Waiver & Consent(AWC)

**Resolution Date:** 11/29/2016

**Does the order constitute a final order based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct?** No

**Sanctions Ordered:** Censure
Monetary/Fine $15,000.00

**Other Sanctions Ordered:** UNDERTAKING

**Sanction Details:** THE FIRM WAS CENSURED, FINED $15,000 AND AN UNDERTAKING REQUIRING THE FIRM TO ADDRESS THE REG NMS 611(C) DEFICIENCIES DESCRIBED IN THE AWC TO ENSURE THAT THE FIRM HAS IMPLEMENTED PROCEDURES THAT ARE REASONABLY DESIGNED TO ACHIEVE COMPLIANCE WITH THE RULES AND REGULATIONS CITED.

NO LATER THAN 30 DAYS AFTER THIS AWC BECOMES FINAL A REGISTERED PRINCIPAL OF THE RESPONDENT SHALL SUBMIT TO FINRA INFORMATION PROVIDING AMONG OTHERS A REPRESENTATION THAT THE FIRM HAS REVISED ITS SUPERVISORY SYSTEMS AND PROCEDURES TO ADDRESS THE DEFICIENCIES AND THE DATES THAT THIS WAS

IDENTIFICATION OF THE PERSON(S) RESPONSIBLE FOR SUPERVISION WITH RESPECT TO THE APPLICABLE RULES; (II) A STATEMENT OF THE SUPERVISORY STEP(S) TO BE TAKEN BY THE IDENTIFIED PERSON(S); (III) A STATEMENT AS TO HOW OFTEN SUCH PERSON(S) SHOULD TAKE SUCH STEP(S); (IV) A STATEMENT AS TO HOW THE COMPLETION OF THE STEP(S) INCLUDED IN THE WRITTEN SUPERVISORY PROCEDURES SHOULD BE DOCUMENTED.


User Guidance

www.finra.org/brokercheck

43

**Regulator Statement**
COMPLETED.
PURSUANT TO BYX RULE 8.8, THE DECISION IN THIS MATTER IS FINAL 20 BUSINESS DAYS AFTER THE ISSUANCE OF THE DECISION. THEREFORE, THIS AWC BECAME FINAL NOVEMBER 29, 2016.

FINRA CASE NO. 20140430990 (IS INCLUDING FINRA CASE NOS. 20140430995, 20140437794 AND 20150452818)

**Reporting Source:** Firm

**Current Status:** Final

**Allegations:** DURING TWO PERIODS, THE FIRM FAILED TO TAKE REASONABLE STEPS TO ESTABLISH THAT INTERMARKET SWEEP ORDERS IT ROUTED MET THE DEFINITIONAL REQUIREMENTS SET FORTH IN REG NMS RULE 600(B)(30).

**Initiated By:** BATS BYX EXCHANGE INC.

**Date Initiated:** 05/01/2016

**Docket/Case Number:** 20140430990-04

**Principal Product Type:** Equity Listed (Common & Preferred Stock)

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:** Censure

**Other Sanction(s)/Relief Sought:**

**Resolution:** Acceptance, Waiver & Consent(AWC)

**Resolution Date:** 10/31/2016

**Sanctions Ordered:** Censure
Monetary/Fine $15,000.00

**Other Sanctions Ordered:** THE FIRM IS REQUIRED TO IMPLEMENT PROCEDURES REASONABLY DESIGNED TO ACHIEVE COMPLIANCE WITH THE REGULATIONS CITED.

**Sanction Details:** FIRM WAS FINED $15,000, ENTIRELY LEVIED AGAINST APPLICANT. FINE HAS NOT YET BEEN PAID BUT FIRM WILL PROMPTLY SEND PAYMENT.

| Disclosure 11 of 15 | |
|---|---|
| **Reporting Source:** | Regulator |
| **Current Status:** | Final |

©2022 FINRA. All rights reserved.     Report about JUMP TRADING, LLC



User Guidance

www.finra.org/brokercheck

**Allegations:**

WITHOUT ADMITTING OR DENYING THE FINDINGS, THE FIRM CONSENTED TO THE SANCTIONS AND TO THE ENTRY OF FINDINGS THAT DUE TO VARIOUS ISSUES, THE FIRM ON NUMEROUS OCCASIONS ROUTED INTERMARKET SWEEP ORDERS THROUGH PROTECTED QUOTATIONS, AND FAILED TO AVOID DISPLAYING AND ENGAGED IN A PATTERN OR PRACTICE OF DISPLAYING QUOTATIONS THAT LOCKED OR CROSSED A PROTECTION QUOTATION.

THE FINDINGS STATED THAT THE FIRM FAILED TO TAKE REASONABLE STEPS TO ESTABLISH THAT INTERMARKET SWEEP ORDERS IT ROUTED MET THE DEFINITIONAL REQUIREMENTS SET FORTH IN REG NMS RULE 600(B)(30).

THE FINDINGS ALSO STATED THAT FIRM FAILED TO TAKE REASONABLE STEPS TO ESTABLISH THAT INTERMARKET SWEEP ORDERS IT ROUTED MET THE DEFINITIONAL REQUIREMENTS SET FORTH IN REG NMS RULE 600(B)(30), IN THAT THE FIRM FAILED TO REASONABLY AVOID DISPLAYING, AND ENGAGED IN A PATTERN OR PRACTICE OF DISPLAYING, QUOTATIONS THAT LOCKED OR CROSSED A PROTECTED QUOTATION, BY ENTERING INTERMARKET SWEEP ORDERS INTO THE NASDAQ SINGLE BOOK EXECUTION SYSTEM THAT LOCKED OR CROSSED A QUOTATION PREVIOUSLY DISSEMINATED PURSUANT TO AN EFFECTIVE NATIONAL MARKET SYSTEM PLAN AND FAILED TO SIMULTANEOUSLY ROUTE AN INTERMARKET SWEEP ORDER TO EXECUTE AGAINST THE FULL DISPLAYED SIZE OF THE LOCKED OR CROSSED PROTECTED QUOTE.

THE FINDINGS ALSO INCLUDED THAT THE FIRM FAILED TO ESTABLISH AND MAINTAIN A SUPERVISORY SYSTEM THAT WAS REASONABLY DESIGNED TO ACHIEVE COMPLIANCE WITH THE APPLICABLE SECURITIES LAWS AND REGULATIONS, AND NASDAQ RULES, CONCERNING COMPLIANCE WITH REG NMS RULE 611(C). IN ADDITION, THE FIRM'S SUPERVISORY SYSTEM DID NOT INCLUDE SUFFICIENT WRITTEN SUPERVISORY PROCEDURES TO ENSURE COMPLIANCE WITH REG NMS RULE 611(C). SPECIFICALLY: (I) THE IDENTIFICATION OF THE PERSON(S) RESPONSIBLE FOR SUPERVISION WITH RESPECT TO THE APPLICABLE RULES; (II) A STATEMENT OF THE SUPERVISORY STEP(S) TO BE TAKEN BY THE IDENTIFIED PERSON(S); (III) A STATEMENT AS TO HOW OFTEN SUCH PERSON(S) SHOULD TAKE SUCH STEP(S); (IV) A STATEMENT AS TO HOW THE COMPLETION OF THE STEP(S) INCLUDED IN THE WRITTEN SUPERVISORY PROCEDURES SHOULD BE DOCUMENTED.

**Initiated By:**

NASDAQ STOCK MARKET

**Date Initiated:**

10/31/2016

**Docket/Case Number:**

201404309002

Report about JUMP TRADING, LLC

©2022 FINRA. All rights reserved.



| | |
|---|---|
| **Principal Product Type:** | Options |
| **Other Product Type(s):** | |
| **Principal Sanction(s)/Relief Sought:** | |
| **Other Sanction(s)/Relief Sought:** | |
| **Resolution:** | Acceptance, Waiver & Consent(AWC) |
| **Resolution Date:** | 10/31/2016 |
| **Does the order constitute a final order based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct?** | No |
| **Sanctions Ordered:** | Censure<br>Monetary/Fine $17,500.00 |
| **Other Sanctions Ordered:** | UNDERTAKING |
| **Sanction Details:** | THE FIRM WAS CENSURED, FINED $17,500 AND AN UNDERTAKING REQUIRING THE FIRM TO ADDRESS THE REG NMS 611(C) DEFICIENCIES DESCRIBED IN THE AWC TO ENSURE THAT THE FIRM HAS IMPLEMENTED PROCEDURES THAT ARE REASONABLY DESIGNED TO ACHIEVE COMPLIANCE WITH THE RULES AND REGULATIONS CITED.<br><br>NO LATER THAN 30 DAYS AFTER THIS AWC BECOMES FINAL A REGISTERED PRINCIPAL OF THE RESPONDENT SHALL SUBMIT TO FINRA INFORMATION PROVIDING AMONG OTHERS A REPRESENTATION THAT THE FIRM HAS REVISED ITS SUPERVISORY SYSTEMS AND PROCEDURES TO ADDRESS THE DEFICIENCIES AND THE DATES THAT THIS WAS COMPLETED. |
| **Regulator Statement** | FINRA CASE NO. 20140430990 (IS INCLUDING FINRA CASE NOS. 20140430995, 20140437794 AND 20150452818) |

| | |
|---|---|
| **Reporting Source:** | Firm |
| **Current Status:** | Final |
| **Allegations:** | DURING TWO PERIODS, THE FIRM FAILED TO TAKE REASONABLE STEPS TO ESTABLISH THAT INTERMARKET SWEEP ORDERS IT ROUTED MET THE DEFINITIONAL REQUIREMENTS SET FORTH IN REG NMS RULE 600(B)(30). |



www.finra.org/brokercheck

User Guidance

**Initiated By:** NASDAQ STOCK MARKET LLC.

**Date Initiated:** 05/01/2016

**Docket/Case Number:** 2014030990-02

**Principal Product Type:** Equity Listed (Common & Preferred Stock)

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:** Censure

**Other Sanction(s)/Relief Sought:**

**Resolution:** Acceptance, Waiver & Consent(AWC)

**Resolution Date:** 10/31/2016

**Sanctions Ordered:** Censure
Monetary/Fine $17,500.00

**Other Sanctions Ordered:** THE FIRM IS REQUIRED TO IMPLEMENT PROCEDURES REASONABLY DESIGNED TO ACHIEVE COMPLIANCE WITH THE REGULATIONS CITED.

**Sanction Details:** FIRM WAS FINED $17,500, ENTIRELY LEVIED AGAINST APPLICANT. FINE HAS NOT YET BEEN PAID BUT FIRM WILL PROMPTLY SEND PAYMENT.

## Disclosure 12 of 15

**Reporting Source:** Regulator

**Current Status:** Final

**Allegations:** WITHOUT ADMITTING OR DENYING THE FINDINGS, THE FIRM CONSENTED TO THE SANCTIONS AND TO THE ENTRY OF FINDINGS THAT AS THE RESULT OF A TRADING GROUP FAILURE TO CONFIGURE ITS SYSTEMS TO ACCOUNT FOR TRADING ACTIVITY IN A TRADING SESSION INVOLVING AN EARLY PRESCRIBED CLOSE, THE FIRM VIOLATED NYSE RULE 123C BY IMPROPERLY CANCELING APPROXIMATELY 99,619 LIMIT-ON-CLOSE (LOC) ORDERS IN APPROXIMATELY 165 SECURITIES AFTER THE EARLY PRESCRIBED CLOSE CUT-OFF TIME OF 12:45 P.M., AFTER WHICH CANCELLATIONS ARE ONLY PERMITTED TO CORRECT LEGITIMATE ERRORS.

**Initiated By:** NEW YORK STOCK EXCHANGE LLC (ACTION TAKEN BY FINRA ON BEHALF OF NEW YORK STOCK EXCHANGE LLC)

**Date Initiated:** 08/14/2014

**Docket/Case Number:** 20140040085801

©2022 FINRA. All rights reserved.    Report about JUMP TRADING, LLC



| | |
|---|---|
| **Principal Product Type:** | Other |
| **Other Product Type(s):** | UNSPECIFIED SECURITIES |
| **Principal Sanction(s)/Relief Sought:** | |
| **Other Sanction(s)/Relief Sought:** | |
| **Resolution:** | Acceptance, Waiver & Consent(AWC) |
| **Resolution Date:** | 08/14/2014 |
| **Does the order constitute a final order based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct?** | No |
| **Sanctions Ordered:** | Censure<br>Monetary/Fine $50,000.00 |
| **Other Sanctions Ordered:** | |
| **Sanction Details:** | SEE ABOVE |
| **Regulator Statement** | IN RESOLVING THIS MATTER, FINRA TOOK INTO CONSIDERATION THAT THE FIRM SELF-DETECTED THE CONDUCT AT ISSUE, PROMPTLY SELF-REPORTED THE CONDUCT TO FINRA, PROVIDED SUBSTANTIAL ASSISTANCE WITH REGARD TO ITS INVESTIGATION OF THIS MATTER, AND PROMPTLY TOOK REMEDIAL STEPS IN AN EFFORT TO PREVENT A REOCCURRENCE OF THE CONDUCT AT ISSUE. |

| | |
|---|---|
| **Reporting Source:** | Firm |
| **Current Status:** | Final |
| **Allegations:** | THE FIRM VIOLATED NYSE RULE 123C BY IMPROPERLY CANCELING LIMIT-ON-CLOSE ORDERS AFTER THE EARLY PRESCRIBED CUT-OFF TIME OF 12:45 P.M., AFTER WHICH CANCELLATIONS ARE ONLY PERMITTED TO CORRECT LEGITIMATE ERRORS. |
| **Initiated By:** | FINANCIAL INDUSTRY REGULATORY AUTHORITY ON BEHALF OF THE NEW YORK STOCK EXCHANGE LLC |
| **Date Initiated:** | 12/02/2013 |
| **Docket/Case Number:** | 20140400858-01 |



User Guidance

48

**Principal Product Type:** Equity Listed (Common & Preferred Stock)

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:** Civil and Administrative Penalt(ies)./Fine(s)

**Other Sanction(s)/Relief Sought:** CENSURE

**Resolution:** Acceptance, Waiver & Consent(AWC)

**Resolution Date:** 08/19/2014

**Sanctions Ordered:** Censure
Monetary/Fine $50,000.00

**Other Sanctions Ordered:**

**Sanction Details:** FIRM WAS FINED $50,000, ENTIRELY LEVIED AGAINST APPLICANT. FINE HAD NOT YET BEEN PAID BUT FIRM WILL PROMPTLY SEND PAYMENT.

**Firm Statement** THE FIRM AGREED TO SETTLE THE MATTER BY SIGNING AND MAILING A LETTER OF ACCEPTANCE, WAIVER, AND CONSENT (AWC). WE RECEIVED A FORMAL NOTICE OF ACCEPTANCE OF AWC FROM NYSE AND FINRA ON JULY 28, 2014.

---

**Disclosure 13 of 15**

**Reporting Source:** Regulator

**Current Status:** Final

**Allegations:** WITHOUT ADMITTING OR DENYING THE FINDINGS, THE FIRM CONSENTED TO THE SANCTIONS AND TO THE ENTRY OF FINDINGS THAT IT FAILED TO REASONABLY AVOID DISPLAYING, AND ENGAGED IN A PATTERN OR PRACTICE OF DISPLAYING, QUOTATIONS THAT LOCKED OR CROSSED A PROTECTED QUOTATION, IN THAT, IT ENTERED INTERMARKET SWEEP ORDERS INTO THE NASDAQ SINGLE BOOK EXECUTION SYSTEM THAT LOCKED OR CROSSED A QUOTATION PREVIOUSLY DISSEMINATED PURSUANT TO AN EFFECTIVE NATIONAL MARKET SYSTEM PLAN AND FAILED TO SIMULTANEOUSLY ROUTE AN INTERMARKET SWEEP ORDER TO EXECUTE AGAINST THE FULL DISPLAYED SIZE OF THE LOCKED OR CROSSED PROTECTED QUOTE. THIS CONDUCT CONSTITUTES VIOLATIONS OF NASDAQ RULES 4613(E) AND 4755(A)(4), AND SEC RULE 611(C) OF REGULATION NMS. THE FIRM'S SUPERVISORY SYSTEM DID NOT PROVIDE FOR SUPERVISION REASONABLY DESIGNED TO ACHIEVE COMPLIANCE WITH RESPECT TO THE APPLICABLE SECURITIES LAWS AND REGULATIONS, AND THE NASDAQ RULES CONCERNING LOCKED/CROSSED MARKETS. SPECIFICALLY, THE FIRM'S SUPERVISORY

www.finra.org/brokercheck



SYSTEM UNREASONABLY FAILED TO DETECT A DATA FEED ISSUE THAT CAUSED THE ABOVE VIOLATIONS. THIS CONDUCT CONSTITUTES VIOLATIONS OF NASDAQ RULES 2110 AND 3010.

| | |
|---|---|
| **Initiated By:** | NASDAQ STOCK MARKET |
| **Date Initiated:** | 07/22/2014 |
| **Docket/Case Number:** | 2012033080801 |
| **Principal Product Type:** | Other |
| **Other Product Type(s):** | UNSPECIFIED SECURITIES |
| **Principal Sanction(s)/Relief Sought:** | |
| **Other Sanction(s)/Relief Sought:** | |
| **Resolution:** | Acceptance, Waiver & Consent(AWC) |
| **Resolution Date:** | 07/22/2014 |
| **Does the order constitute a final order based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct?** | No |
| **Sanctions Ordered:** | Censure<br>Monetary/Fine $25,000.00 |
| **Other Sanctions Ordered:** | |
| **Sanction Details:** | SEE ABOVE |

| | |
|---|---|
| **Reporting Source:** | Firm |
| **Current Status:** | Final |
| **Allegations:** | VIOLATIONS OF NASDAQ RULES 4613(E) AND 4755(A)(4), AND SEC RULE 611(C). THE FIRM FAILED TO REASONABLY AVOID DISPLAYING, AND ENGAGED IN A PATTERN OR PRACTICE OF DISPLAYING, QUOTATIONS THAT LOCKED OR CROSSED A PROTECTED QUOTATION. ADDITIONALLY, THE FIRM'S SUPERVISORY SYSTEM FAILED TO DETECT A DATA FEED ISSUE THAT CAUSED THE VIOLATIONS. |
| **Initiated By:** | FINANCIAL INDUSTRY REGULATORY AUTHORITY ON BEHALF OF NASDAQ. |
| **Date Initiated:** | 04/03/2014 |

User Guidance

www.finra.org/brokercheck

**Docket/Case Number:** 20120330808-01

**Principal Product Type:** Equity Listed (Common & Preferred Stock)

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:** Civil and Administrative Penal(ies)./Fine(s)

**Other Sanction(s)/Relief Sought:** CENSURE

**Resolution:** Acceptance, Waiver & Consent(AWC)

**Resolution Date:** 07/28/2014

**Sanctions Ordered:** Censure
Monetary/Fine $25,000.00

**Other Sanctions Ordered:**

**Sanction Details:** FIRM WAS FINED $25,000, ENTIRELY LEVIED AGAINST APPLICANT. FINE HAS NOT YET BEEN PAID BUT FIRM WILL PROMPTLY SEND PAYMENT.

**Firm Statement** THE FIRM AGREED TO SETTLE THE MATTER BY SIGNING AND MAILING A LETTER OF ACCEPTANCE, WAIVER, AND CONSENT (AWC). WE RECEIVED FORMAL NOTICE OF ACCEPTANCE OF AWC FROM NASDAQ AND FINRA ON JULY 28, 2014.

## Disclosure 14 of 15

**Reporting Source:** Regulator

**Current Status:** Final

**Allegations:** WITHOUT ADMITTING OR DENYING THE FINDINGS, THE FIRM CONSENTED TO THE SANCTIONS AND TO THE ENTRY OF FINDINGS THAT IT FAILED TO REASONABLY AVOID DISPLAYING, AND ENGAGED IN A PATTERN OR PRACTICE OF DISPLAYING, QUOTATIONS THAT LOCKED OR CROSSED A PROTECTED QUOTATION, IN THAT, IT ENTERED INTERMARKET SWEEP ORDERS INTO THE NASDAQ OMX BX, INC. (BX) THAT LOCKED OR CROSSED A QUOTATION PREVIOUSLY DISSEMINATED PURSUANT TO AN EFFECTIVE NATIONAL MARKET SYSTEM PLAN AND FAILED TO SIMULTANEOUSLY ROUTE AN INTERMARKET SWEEP ORDER TO EXECUTE AGAINST THE FULL DISPLAYED SIZE OF THE LOCKED OR CROSSED PROTECTED QUOTE. THE CONDUCT CONSTITUTES VIOLATIONS OF BX RULES 4613(E) AND 4755(B), AND SECURITIES EXCHANGE ACT OF 1934 RULE 611(C) OF REGULATION NMS. THE FIRM'S SUPERVISORY SYSTEM DID NOT PROVIDE FOR SUPERVISION REASONABLY DESIGNED TO ACHIEVE COMPLIANCE WITH RESPECT TO THE APPLICABLE SECURITIES

©2022 FINRA. All rights reserved.    Report about JUMP TRADING, LLC



LAWS AND REGULATIONS, AND BX RULES CONCERNING LOCKED/CROSSED MARKETS. SPECIFICALLY, THE FIRM'S SUPERVISORY SYSTEM UNREASONABLY FAILED TO DETECT A DATA FEED ISSUE THAT CAUSED THE ABOVE VIOLATIONS. THIS CONDUCT CONSTITUTES VIOLATIONS OF BX RULES 2110 AND 3010.

**Initiated By:** NASDAQ OMX BX, INC.

**Date Initiated:** 07/22/2014

**Docket/Case Number:** 2012033080802

**Principal Product Type:** Options

**Other Product Type(s):** UNSPECIFIED SECURITIES

**Principal Sanction(s)/Relief Sought:**

**Other Sanction(s)/Relief Sought:**

**Resolution:** Acceptance, Waiver & Consent(AWC)

**Resolution Date:** 07/22/2014

**Does the order constitute a final order based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct?** No

**Sanctions Ordered:** Censure
Monetary/Fine $25,000.00

**Other Sanctions Ordered:**

**Sanction Details:** SEE ABOVE

**Reporting Source:** Firm

**Current Status:** Final

**Allegations:** VIOLATIONS OF NASDAQ RULES 4613(E) AND 4755(A)(4), AND SEC RULE 611(C). THE FIRM FAILED TO REASONABLY AVOID DISPLAYING, AND ENGAGED IN A PATTERN OR PRACTICE OF DISPLAYING, QUOTATIONS THAT LOCKED OR CROSSED A PROTECTED QUOTATION. ADDITIONALLY, THE FIRM'S SUPERVISORY SYSTEM FAILED TO DETECT A DATA FEED ISSUE THAT CAUSED THE VIOLATIONS.

www.finra.org/brokercheck

User Guidance

**Initiated By:** FINANCIAL INDUSTRY REGULATORY AUTHORITY ON BEHALF OF NASDAQ OMX BX

**Date Initiated:** 04/03/2014

**Docket/Case Number:** 20120330808-02

**Principal Product Type:** Equity Listed (Common & Preferred Stock)

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:** Civil and Administrative Penalt(ies)/Fine(s)

**Other Sanction(s)/Relief Sought:** CENSURE

**Resolution:** Acceptance, Waiver & Consent(AWC)

**Resolution Date:** 07/28/2014

**Sanctions Ordered:** Censure
Monetary/Fine $25,000.00

**Other Sanctions Ordered:**

**Sanction Details:** FIRM WAS FINED $25,000, ENTIRELY LEVIED AGAINST APPLICANT. FINE HAD NOT YET BEEN PAID BUT FIRM WILL PROMPTLY SEND PAYMENT.

**Firm Statement** THE FIRM AGREED TO SETTLE THE MATTER BY SIGNING AND MAILING A LETTER OF ACCEPTANCE, WAIVER, AND CONSENT (AWC). WE RECEIVED A FORMAL NOTICE OF ACCEPTANCE OF AWC FROM NASDAQ AND FINRA ON JULY 28, 2014.

---

**Disclosure 15 of 15**

**Reporting Source:** Regulator

**Current Status:** Final

**Allegations:** NYSE RULE 123C - JUMP TRADING, LLC IMPROPERLY CANCELED MARKET-ON-CLOSE (MOC) ORDERS AFTER THE PRESCRIBED CUT-OFF TIME OF 3:45 P.M., WHEN CANCELLATIONS ARE ONLY PERMITTED TO CORRECT LEGITIMATE ERRORS.

**Initiated By:** NEW YORK STOCK EXCHANGE

**Date Initiated:** 10/29/2013

**Docket/Case Number:** 2013035475501

**Principal Product Type:** Other

©2022 FINRA. All rights reserved.    Report about JUMP TRADING, LLC



| | |
|---|---|
| **Other Product Type(s):** | UNSPECIFIED SECURITIES |
| **Principal Sanction(s)/Relief Sought:** | |
| **Other Sanction(s)/Relief Sought:** | |
| **Resolution:** | Acceptance, Waiver & Consent(AWC) |
| **Resolution Date:** | 10/29/2013 |
| **Does the order constitute a final order based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct?** | No |
| **Sanctions Ordered:** | Censure<br>Monetary/Fine $15,000.00 |
| **Other Sanctions Ordered:** | |
| **Sanction Details:** | WITHOUT ADMITTING OR DENYING THE FINDINGS, THE FIRM CONSENTED TO THE DESCRIBED SANCTIONS AND TO THE ENTRY OF FINDINGS; THEREFORE, THE FIRM IS CENSURED AND FINED $15,000. |

| | |
|---|---|
| **Reporting Source:** | Firm |
| **Current Status:** | Final |
| **Allegations:** | VIOLATIONS OF NYSE RULE 123C BY IMPROPERLY CANCELLING MOC/LOC ORDERS AFTER THE PRESCRIBED CUT-OFF TIME OF 3:45 P.M. |
| **Initiated By:** | FINANCIAL INDUSTRY REGULATORY AUTHORITY |
| **Date Initiated:** | 09/10/2012 |
| **Docket/Case Number:** | 20130354755 |
| **Principal Product Type:** | Equity Listed (Common & Preferred Stock) |
| **Other Product Type(s):** | |
| **Principal Sanction(s)/Relief Sought:** | Civil and Administrative Penalt(ies) /Fine(s) |
| **Other Sanction(s)/Relief Sought:** | NONE |
| **Resolution:** | Settled |



User Guidance

www.finra.org/brokercheck

**Resolution Date:** 10/25/2013

**Sanctions Ordered:** Censure
Monetary/Fine $15,000.00

**Other Sanctions Ordered:** NONE

**Sanction Details:** THE TOTAL AMOUNT OF THE FINE WAS $15,000, PAID ON 11/14/2013.

**Firm Statement** THE FIRM AGREED TO SETTLE THE MATTER BY SIGNING AND MAILING A LETTER OF ACCEPTANCE, WAIVER, AND CONSENT (AWC) ON SEPTEMBER 30, 2013. WE RECEIVED FORMAL NOTICE OF ACCEPTANCE OF AWC FROM THE NYSE ON NOVEMBER 12, 2013.

©2022 FINRA. All rights reserved.     Report about JUMP TRADING, LLC



User Guidance

55

**End of Report**

**This page is intentionally left blank.**

©2022 FINRA. All rights reserved.     Report about JUMP TRADING, LLC