# EXHIBIT 50

Case: 1:24-cv-09650 Document #: 90-1.14 Filed: 02/13/25 Page 2 of 3 PageID #:2708

Our database now contains whois records of **599 Million** (599,753,232) domain names.                    Login / Password / Signup



| Whois Lookup | greenwaveradio.net | SEARCH |

Home | Whois Lookup | Our Services | Pricing | Contact Us

| WHOIS | RAW | JSON | XML |

**Domain:** GREENWAVERADIO.NET (3 similar domains)
**Registrar:** GANDI SAS (3.24 million domains)
**Query Time:** 12 Feb 2025 - 9:27 PM UTC   [3 MINS BACK]  [REFRESH]

**Registered:** 20th July 2023  [1 year, 6 months, 23 days back]
**Updated:** 18th July 2024  [6 months, 25 days back]
**Expiry:** 20th July 2026  [1 year, 5 months, 7 days left]

### DOMAIN STATUS
clientTransferProhibited

### NAME SERVERS
ns-11-a.gandi.net
ns-253-c.gandi.net
ns-47-b.gandi.net

### REGISTRANT CONTACT
**Name:** REDACTED FOR PRIVACY (942 million domains)
**Company:** Jump Operations, LLC (242 domains)
**Address:** REDACTED FOR PRIVACY
**City:** REDACTED FOR PRIVACY
**State:** Illinois
**ZIP Code:** REDACTED FOR PRIVACY
**Country:** United States (231 million domains) from **United States** for **$6,250**)
**Email:** 3b8b8e6254153ddf941ad8772f2b4b96-43206775@contact.gandi.net
**Phone:** REDACTED FOR PRIVACY
**Fax:** REDACTED FOR PRIVACY

### ADMINISTRATIVE CONTACT
**Name:** REDACTED FOR PRIVACY (942 million domains)
**Company:** REDACTED FOR PRIVACY (317 million domains)
**Address:** REDACTED FOR PRIVACY
**City:** REDACTED FOR PRIVACY
**State:** REDACTED FOR PRIVACY
**ZIP Code:** REDACTED FOR PRIVACY
**Country:** REDACTED FOR PRIVACY
**Email:** 3b8b8e6254153ddf941ad8772f2b4b96-43206775@contact.gandi.net
**Phone:** REDACTED FOR PRIVACY
**Fax:** REDACTED FOR PRIVACY

### TECHNICAL CONTACT
**Name:** REDACTED FOR PRIVACY (942 million domains)
**Company:** REDACTED FOR PRIVACY (317 million domains)
**Address:** REDACTED FOR PRIVACY
**City:** REDACTED FOR PRIVACY
**State:** REDACTED FOR PRIVACY
**ZIP Code:** REDACTED FOR PRIVACY

### SIMILAR DOMAINS
Currently there are **3** domain names similar to **greenwaveradio.net** in our database:
- greenwaveradio.com  [Feb 1999]
- greenwaveradios.com  [Jun 2024]

View all Similar Domain Names

### REVERSE WHOIS
**Jump Operations, LLC** is linked with **242** domain names:
- pyth.com  [Nov 2001]
- worldclasswireless.com  [Apr 2016]
- jumptrading.net  [Feb 2006]
- jumppowerllc.com  [Apr 2008]
- leapinvestments.com  [Jul 2009]
- wcwtech.com  [Apr 2011]
- worldclasswireless.net  [Apr 2016]
- worldclasswireless.org  [Apr 2012]
- jumpcapitalllc.biz  [Jun 2012]
- jumpcap.biz  [Jun 2012]

View all Related Domain Names

### WHOIS HISTORY
- 22 August 2015  [1 Whois Record]
- 18 June 2024  [1 Whois Record]

View all Historical Whois Records

### RECENT WHOIS LOOKUP
- liverpoolcounsellors.com  [28 secs back]
- martinwealthmanagement.net  [33 secs back]
- agidubai.com  [2 mins back]
- liverpoolcounsellor.com  [2 mins back]
- michaelbangeroofing.com  [2 mins back]
- oregoncna.com  [4 mins back]
- paulbangeroofing.com  [4 mins back]
- martinadvisors.com  [4 mins back]
- smartadvances.com  [5 mins back]
- erpsaas.com.br  [6 mins back]

View all Recent Whois Lookups

**Country:** REDACTED FOR PRIVACY
**Email:** 3b8b8e6254153ddf941ad8772f2b4b96-43206775@contact.gandi.net
**Phone:** REDACTED FOR PRIVACY
**Fax:** REDACTED FOR PRIVACY

**SHARE THIS PAGE**

Short URL: whoxy.com/**greenwaveradio.net**
Permalink: https://www.whoxy.com/greenwaveradio.net



## Whois Lookup API

You can fetch the above results using our Whois Lookup API.

https://api.whoxy.com/?key=xxxxx&whois=**greenwaveradio.net**

Whois API digs into WHOIS registry referral chains until the correct WHOIS servers are found, for the most complete WHOIS data. Our WHOIS parser converts WHOIS data into well-structured fields (XML & JSON), which can easily be read by your application. Whois API supports a total of **2026** Domain Extensions (gTLDs, ccTLDs & new gTLDs), ensuring all domains are supported.

**Sample Output:** JSON Schema • XML Schema • JSON Live Results • XML Live Results



| WHOIS LOOKUP PRICING | TOTAL API CALLS | PRICE | CPM | PURCHASE |
|---|---|---|---|---|
| 1,000 Whois Lookup API Queries | 1,000 | **$2** | $2.00 | Order Now |
| 10,000 Whois Lookup API Queries | 10,000 | **$20** | $2.00 | Order Now |
| 50,000 Whois Lookup API Queries | 50,000 | **$75** | $1.50 | Order Now |
| 250,000 Whois Lookup API Queries | 250,000 | **$300** | $1.20 | Order Now |
| 1 Million Whois Lookup API Queries | 1,000,000 | **$1,000** | $1.00 | Order Now |
| 10 Million Whois Lookup API Queries | 10,000,000 | **$5,000** | $0.50 | Order Now |
| 25 Million Whois Lookup API Queries | 25,000,000 | **$10,000** | $0.40 | Order Now |

## Who owned greenwaveradio.net in the past? (2 records)

**22 AUG 2015**
**Name:** Milen Radumilo (578,796 domains)
**Email:** milen.radumilo@gmail.com (297,817 domains)
**Country:** Romania (1.01 million domains from **Romania** for **$500**)
**Nameservers:** ns1.parkingcrew.net, ns2.parkingcrew.net
**Status:** clientTransferProhibited

**18 JUN 2024**
**Name:** REDACTED FOR PRIVACY (942 million domains) UPDATED
**Company:** Jump Operations, LLC (242 domains)
**Email:** 3b8b8e6254153ddf941ad8772f2b4b96-43206775@contact.gandi.net UPDATED
**Country:** United States (231 million domains from **United States** for **$6,250**)
**Nameservers:** ns-11-a.gandi.net, ns-253-c.gandi.net, ns-47-b.gandi.net UPDATED
**Status:** clientTransferProhibited

Whois History API returns all the historical WHOIS records of a domain name. For more details, please visit https://www.whoxy.com/whois-history/