UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Skywave Networks, LLC

                         Plaintiff,

v.                                              Case No.: 1:24−cv−09650
                                            Honorable Georgia N Alexakis

William J. Disomma, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 18, 2025:

      MINUTE entry before the Honorable Georgia N Alexakis: Based on email communication to the Courtroom Deputy, defendants have represented that they do not oppose plaintiff's motion for leave to file under seal the first amended complaint and exhibits [87]. The Court therefore grants the motion to seal, without prejudice to defendants raising an objection at a later point in this litigation to the continued sealing of portions of the first amended complaint. In light of the first amended complaint, the Court denies as moot defendants' motion to dismiss the original complaint [70], [74]. See Flannery v. Recording Indus. Ass'n of Am., 354 F.3d 632, 638 n.1 (7th Cir. 2004) ("It is axiomatic that an amended complaint supersedes an original complaint and renders the original complaint void."). The Court also vacates the briefing schedule on defendants' motion to dismiss [84]. The Court converts the 9:30 a.m. hearing on 2/20/25 regarding plaintiff's motion for leave to file under seal to a status hearing to discuss next steps in light of the first amended complaint. The parties are invited to propose a joint briefing schedule on any dispositive motion that defendants intend to file seeking dismissal of the first amended complaint. If the parties are able to propose a joint briefing schedule (via email to the Courtroom Deputy) by 3 p.m. on 2/19/25, the Court will vacate the 2/20/25 status hearing. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.