IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SKYWAVE NETWORKS, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>WILLIAM J. DISOMMA,<br>PAUL A. GURINAS,<br>MATTHEW HINERFELD,<br>JOHN MADIGAN<br>JUMP TRADING, LLC, AND<br>VIRTU FINANCIAL, INC.,<br><br>                Defendants. | Civil Action No. 1:24-cv-9650<br><br>Judge Georgia N. Alexakis<br><br>**JURY TRIAL DEMANDED** |

## AGREED MOTION TO SET AMENDED BRIEFING SCHEDULE AND PAGE LIMITS ON DEFENDANTS' MOTION TO DISMISS

Plaintiff Skywave Networks, LLC ("Plaintiff") and Defendants William J. DiSomma; Paul A. Gurinas; Matthew Hinerfeld; John Madigan; Jump Trading, LLC; and Virtu Financial, Inc. (collectively, "Defendants") jointly request that this Court enter an order approving the Parties' amended briefing schedule and page limits for Defendants' anticipated motion to dismiss. In support of their request, the Parties state as follows:

    1.    WHEREAS, Plaintiff's First Amended Complaint (ECF No. 88) was filed on February 13, 2025;

    2.    WHEREAS, Defendant John Madigan, who was not a defendant in Plaintiff's initial Complaint (ECF No. 4) has agreed to waive service of Plaintiff's First Amended Complaint, making his response due 60 days from the date of the waiver request;

    3.    WHEREAS, all Defendants anticipate filing a joint motion to dismiss the First Amended Complaint ("Motion");

1

4. WHEREAS, the Court provides that briefing for a motion to dismiss "[i]n a case of ordinary complexity . . . should be approximately" three weeks to respond and two weeks to reply;

5. WHEREAS, the Parties have met, conferred, and agreed that Defendants shall have 60 days to file the Motion, Plaintiff shall have 30 days to file an opposition brief, and Defendants shall have 30 days to file a reply brief;

6. WHEREAS, the Court may extend the time in which briefs must be filed for "good cause," Fed R. Civ. P. 6(b)(1)(A);

7. WHEREAS, the following circumstances constitute good cause for amending the briefing schedule for Defendants' Motion:

   a) The proposed briefing schedule aligns the response date for all Defendants (in view of Defendant Madigan's 60-day response date as a result of waiving service);

   b) Counsel requires an additional extension to review and respond to the issues raised in Plaintiff's Amended Complaint and Defendants' Motion, including because of scheduling conflicts of counsel and the above-ordinary complexity of the case; and

   c) The Parties agree that no prejudice will result to either Party from the proposed amended briefing schedule and page limits.

8. WHEREAS, Local Rule 7.1 provides that "[n]either a motion nor brief in support of or in opposition to any motion . . . shall exceed 15 pages without prior approval of the court;"

9. WHEREAS, the Parties previously jointly requested that the Court grant Defendants leave to file a 35-page brief in support of their motion to dismiss Plaintiff's initial Complaint, that Plaintiff be permitted to file an opposition brief of up to 35 pages, and that

Defendants be permitted to file a reply brief of up to 20 pages, ECF No. 71, a request which the Court granted, ECF No. 72.

10. WHEREAS, the parties have met, conferred, and agreed that, as with the previously-filed motion to dismiss (1) extra pages are necessary to adequately address all pertinent issues and arguments; and (2) Defendants have agreed to submit a single comprehensive brief, rather than engage in the wasteful practice of splitting up arguments among separate briefs for various Defendants.

11. WHEREAS, the parties have agreed to the following page limitations: Defendants' brief in support of the Motion shall not exceed 35 pages; Plaintiff's brief in opposition to the Motion shall not exceed 35 pages; and Defendants' reply in support of the Motion shall not exceed 20 pages;

12. WHEREAS, the Parties have met, conferred, and agree to an amended briefing schedule and page limits for any motion to dismiss the First Amended Complaint:

| Event | Proposed Deadline | Proposed Page Limit |
|---|---|---|
| Defendants' Motion | April 21, 2025 | 35 pages |
| Plaintiff's Opposition Brief | May 21, 2025 (or 30 days from the date the Motion is filed, whichever is earlier) | 35 pages |
| Defendants' Reply Brief | June 20, 2025 (or 30 days from the date the Opposition is filed, whichever is earlier) | 20 pages |

THEREFORE, the Parties respectfully request that this Court enter an order approving the Parties' amended briefing schedule and page limits as set forth above.

Date: February 19, 2025

/s/ Jamie Dohopolski
Justin A. Barker
Ariana Garcia-Moore
**NELSON MULLINS RILEY & SCARBOROUGH**
123 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
Tel: (312) 376-1014
justin.barker@nelsonmullins.com
ariana.garciamoore@nelsonmullins.com

Justin Wilcox (admitted *pro hac vice*)
Goutam Patnaik (admitted *pro hac vice*)
Jamie Dohopolski (admitted *pro hac vice*)
**DESMARAIS LLP**
1899 Pennsylvania Avenue, NW, Suite 400
Washington, D.C. 20006
Tel: (202) 451-4900
Fax: (202) 451-4901
jwilcox@desmaraisllp.com
gpatnaik@desmaraisllp.com
jdohopolski@desmaraisllp.com

Steven Balcof (admitted *pro hac vice*)
**DESMARAIS LLP**
230 Park Avenue, 26th Floor
New York, New York 10169
Tel: (202) 351-3400
Fax: (202) 351-3401
sbalcof@desmaraisllp.com

*Counsel for Skywave Networks, LLC*

Respectfully submitted,

/s/ Chris C. Gair
Chris C. Gair
Ingrid Yin
**GAIR GALLO EBERHARD LLP**
1 East Wacker Drive, Suite 2600
Chicago, IL 60601
Tel: (312) 600-4900
Email: cgair@gairgallo.com
         iyin@gairgallo.com

Gerard J. Waldron
**COVINGTON & BURLING LLP**
One City Center
850 Tenth Street, NW
Washington, DC 20001
Tel: (202) 662-5360
Email: gwaldron@cov.com
*ATTORNEY TO BE NOTICED*

John Hardy Ehlers
Neema Trivedi Sahni
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Los Angeles, CA 90067
Tel: (424) 332-4778
Fax: (424) 332-4757
Email: jehlers@cov.com
         nsahni@cov.com

*Counsel for Defendants William J. DiSomma, Paul A. Gurinas, Matthew Hinerfeld, John Madigan, and Jump Trading, LLC*

Robert Y. Sperling
Andrew G Gordon
Jessica Carey
Katherine B. Forrest
Kristina Bunting
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3000

4

       Email: rsperling@paulweiss.com
         jcarey@paulweiss.com
         agordon@paulweiss.com
         KForrest@paulweiss.com
         kbunting@paulweiss.com

*Counsel for Defendant Virtu Financial, Inc.*