# EXHIBIT C

Before the
FEDERAL COMMUNICATIONS COMMISSION
Washington, D.C. 20554

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| 10Band LLC | ) | File No. 0497-EX-CR-2023 |
| Application for renewal of | ) | |
| the Experimental License WI2XNX | ) | |

To: Office of Engineering Technology

**Reply to Opposition to
Petition for Reconsideration**

Skywave Networks LLC, by counsel, and pursuant to Section 1.106 of the Commission's rules, 47 C.F.R. §1.106, hereby replies to 10Bsnf LLC's ("10Band") opposition to Skywave's petition for reconsideration of the grant of another renewal period to 10Band LLC to operate on 2-25 MHz. In reply, Skywave submits:

**1. The Petition is Procedurally Sufficient.**

10Band argues that Skywave failed to assert standing to file the Petition for Reconsideration ("Petition"). In fact, Skywave stated its interest with particularity.

Section 405(a) of the Communications Act of 1934, as amended, 47 U.S.C. § 405(a) provides, in relevant part:

> After an order, decision, report, or action has been made or taken in any proceeding by the Commission, or by any designated authority within the Commission pursuant to a delegation under section 155(c)(1) of this title, any party thereto, or *any other person aggrieved or whose interests are adversely affected* thereby, may petition for reconsideration …

Similarly, Section 1.106 provides, in relevant part:

> … any party to the proceeding, or *any other person whose interests are adversely affected* by any action taken by the Commission or by the designated authority, may file a petition requesting reconsideration of the action taken.

10Band seems to peg its objection to Skywave's standing on Skywave's failure to participate in the proceeding before filing the Petition. Skywave had standing to file an Informal Objection under Section 5.95 of the Commission's rules, 47 C.F.R. §5.95, but, as Skywave noted, there was no

opportunity to file an informal objection to the application. The Commission granted it a mere nine days after it was filed. Further, Skywave has been acknowledged to be a competitor to 10Band, and so has standing as such.

**2. The Rule**

Section 5.71(a)(2), 47 C.F.R. §5.71(a)(2) is clear on its face. An experimental licensee gets one initial term and one renewal term. The rule provides for no further renewals.

10Band variously argues that the Commission's dicta in the Report and Order on Significant Changes to the Experimental Rules,[1] demonstrates that the Commission intended that experimental licensees would be entitled to many renewal periods and that 10Band really didn't renew its experimental license in 2021.

A quick review of the record shows that the original license for experimental radio station WI2XNX was issued November 10, 2016. It was set to expire November 1, 2021. September 1, 2021, 10Band filed a renewal application, File Number 0507-**CR-**2021.[2] In accord with Section 5.71(a)(2), the Commission granted a two (2) year renewal period. In 2021, 10Band was granted the one renewal period to which it is entitled under Section 5.71(a)(2). For this reason alone, the application for renewal should have been denied.

**3. The Experiment**

In the Petition, Skywave asserted that 10Band was not experimenting. 10Band challenged Skywave to bring specific detail on the transmissions and trades.[3] As is detailed in Timothy J. Eloe's

---

[1] Promoting Expanded Opportunities for Radio Experimentation and Market Trials under Part 5 of the Commission's Rules, *Report and Order,* 28 FCC Rcd 758 (2013). In the Experimental Rules Report and Order, the Commission discussed renewal periods generally and did not indicate that any experimental licensee would be entitled to multiple renewals.

[2] The "CR" designation indicates that the Commission considered the application a renewal application.

[3] Section 1.45(c) of the Commission's rules, 47 C.F.R. §1.45(c), allows replies to address matters raised in oppositions. In its opposition, 10Band argued that Skywave failed to provide data showing that the experiment was complete. Opposition at 6. The information presented in this Reply responds directly to that challenge and so is responsive, consistent with Section 1.45(c). If the Commission should feel that the information is not directly responsive to the Opposition, Skywave asks that the Commission waive any restriction in Section 1.45(c) and accept the information about daily use as essential to determination of the issues originally raised.

attached Declaration, Skywave has been observing operations from the Elburn site since early summer of 2023. Most recently, on October 3, and October 5, 2023, the Skywave team observed 24/7 duty cycles and regular transmissions from Elburn.[4]

The traffic from the Elburn platforms is more reliably demonstrated by the histogram prepared by the Skywave team based on trading information obtained from Deutsche Borse Group. The information synthesized into the histograms shows trading information transmitted from the Elburn site on various dates. Each histogram breaks the trades into microwave/fiber transmissions and HF transmissions. The speed of the transmission, set forth on the x axis, confirms that the speed of the HF transmissions could only have been accomplished by shortwave transmission via facilities licensed by the FCC on an experimental basis.

The histograms provided show information transmitted on various dates between March 2020 and December 2021, all times during which 10Band held an experimental license on the Elburn to Frankfurt route.[5] As noted in its application for renewal, 10Band "has been conducting a market trial of its technology for delivery of financial data via high frequency spectrum."[6] Given the consistent levels of message traffic, it is reasonable to assume that 10Band has transmitted messages daily.

Despite 10Band's unsupported assertion that its situation is unlike that in *Wilfredo G. Blanco-Pi*, 32 FCC Rcd 3100 (2017),[7] the situations are exactly alike, particularly with respect to the passage 10Band cites: It is clear that 10Band seeks to retain the experimental station to continue its daily practice of transmitting trade information. Without any apparent further experimental benefit to be gained from 10Band's "experiment", renewal of the experimental license was not justified.

---

[4] The FCC has authorized two platforms from Kane County Illinois: 10Band's location in Elburn and 3DB in nearby Naple Park, Illinois. 3DB Communication Inc. is licensed under Call Sign WI2XXG. Without further exploration, it is impossible to know whether the transmissions were 3DB or 10Band.
[5] *See* File No. 0089-EX-CN-2016.
[6] Narrative Statement.
[7] Opposition at 6.

4. **Grant of the Application Should Reconsidered and Denied**

Clearly, 10Band clings to its experimental authorization as a means to gain an edge in the financial markets in which it trades. But experimental authorizations are to be issued for experiments. Given the daily operations on the experimental facilities, it is clear that the experiment is over.

In light of the foregoing, Skywave asks that the Commission reconsider and deny 10Band's application for renewal of the Experimental License, WI2XNX.

Respectfully submitted,

SKYWAVE NETWORKS LLC

By: _____
Marjorie K. Conner
Its Counsel
(703) 626-6980
mkconner@mkconnerlaw.com

October 12, 2023

CERTIFICATE OF SERVICE

      I hereby certify that on this 12th day of October 2023, I transmitted a true, correct, and complete copy of the foregoing Reply to Opposition to Petition for Reconsideration by electronic mail to:

William K. Keane, Esq.
Drew T. Dorner, Esq.
Duane Morris LLP
901 New York Avenue NW
Suite 700 East
Washington DC 20001-4795
kkeane@duanemorris.com
dtdorner@duanemorris.com

_____
Marjorie K. Conner

**Declaration of Timothy J. Eloe**
**President and CEO of Skywave Networks LLC**

I am President and CEO of Skywave Networks LLC. In the course of our work in the Chicago area, Kevin Babich, Skywave's Chief Technology Officer, and I monitored use of the 2-25 MHz Shortwave frequencies overnight (local time) on October 3 and 5, 2023. We found consistent and persistent transmissions from two platforms located at sites in Kane County, Illinois. I am aware that 10Band's Experimental Radio License is authorized to transmit from a site in Elburn, Illinois. I am also aware that 3DB Communication Inc. is authorized to transmit from a nearby site in Maple Park, Illinois.

Skywave retained Devin D. Whitten, Ph.D., to analyze the trading data we received from Deutsche Borse Group regarding trading information transmitted from the Chicago area to the Eurex Exchange in Frankfurt. Dr. Whitten's work is appended to the Reply to Opposition to the Petition for Reconsideration of grant of renewal of 10Band's experimental license.

Dr. Whitten's work shows daily trading from Chicago to Frankfurt via shortwave transmission. The Commission licensed two experimental shortwave facilities in the Chicago area: 10Band's and 3 DB Communication Inc.'s. Skywave cannot say with certainty that 10Band is the originator of all of the traffic noted in Dr. Whitten's work. Nonetheless, in its renewal application, 10Band acknowledged that it "has been conducting a market trial of its technology for delivery of financial data via high frequency spectrum." The license itself demonstrates that the originating site at Elburn directs its transmissions to western Europe, likely Frankfurt. It is reasonable to conclude that 10Band is responsible for daily transmissions from Elburn to Frankfurt via the experimental facilities.

I have reviewed the Reply to Opposition to Petition for Reconsideration to which this declaration is appended. I hereby confirm that the facts asserted in the Reply are true and correct to the best of my knowledge, information, and belief, as is foregoing declaration, and they are proffered under penalty of perjury.

_____
Timothy J. Eloe

October 12, 2023

Declaration of
Devin D. Whitten, Ph. D.

Skywave Networks LLC. Retained me to prepare the attached Analysis of High Frequency Trading Activity.

I hereby affirm that the information in my Analysis of High Frequency Trading Activity is true and correct to the best of my knowledge, information, and belief and it is proffered under penalty of perjury.

_____
Devin D. Whitten, Ph. D.

October 12, 2023

Date: Oct 12, 2023

Analysis of High-frequency Trading Activity
Author: Devin D. Whitten, PhD

Summary:
The following report outlines the results of an extensive analysis of high-frequency trading activity between correlated assets traded at the CME and Eurex exchanges, particularly as it pertains to the latencies achieved in low-latency arbitrage races between these correlated assets..

Following the work of Stefan Schlamp[1] on cross-venue reactions between the CME and Eurex Exchange, we analyzed the distribution of latencies between the EURO STOXX 50 future (FESX) and DAX future (FDAX) reaction times, based on moves in the S&P 500 E-Mini (ES).
We identify the characteristic peak associated with shortwave radio technology over a time period of March 2020 to December 2021. The significant volume of securities traded via shortwave technology is strongly indicative of *enterprise-level* trading activity, and is highly correlated to the volumes traded via "classical" microwave + dedicated trans-Atlantic fiber-based technologies.

Data:
All market data was obtained via the A7 Analytics Platform. Primary market data consists of un-normalized historical order book data for the CME and Enhanced Orderbook Interface for main T7 trading venues of Deutche Börse Group.

Analysis:
We begin by first identifying coupled-securities of the ES, FDAX, and FESX futures, using unnormalized historical order book data obtained from CME Group and T7.
In Figure 1, and example of the frequency of trading activity is shown for XCME ES and FDAX 589 over a duration of 800 seconds during peak trading hours on Feb 5th, 2020. We see that transient peaks of high-activity in FDAX orders made are consistent with peaks in the XCME ES asset.
These transient peaks of activity are seen to be associated with multi-increment (tick) moves in the price of this XCME ES security with high statistical significance, characteristic of the coupled CME / Eurex assets.

---

[1] Stefan Schlamp, Head of Quantitative Analytics at Deutsche Börse

Date: Oct 12, 2023

Analysis of High-frequency Trading Activity
Author: Devin D. Whitten, PhD

**Figure 1:** Identification of high-increment tick moves with associated latency-based arbitrage.



While only a comparatively short window of time is shown in Figure 1, 800 seconds, consistent correlation is observed across the window of peak trading hours, ~16:00 - 20:00 UTC. Further this activity is seen over the direction of the given FDAX and FESX securities, up to their expirations.

Next, we compute message latencies between the following transaction times:
1) transaction times of XCME orders resulting in multi-tick price movements.
2) transaction times of *order activity*, which we define as consisting of *OrderDelete, OrderAdd, OrderModify, OrderModifySamePriority* messages sent to the T7 matching engine.

An example of the resulting distribution of latencies, known as the cross-venue reaction, is shown in Figure 2 for Feb 5th, 2020, 19:00 UTC. Here, two peaks in message latencies are clearly visible.

Date: Oct 12, 2023

Analysis of High-frequency Trading Activity
Author: Devin D. Whitten, PhD

**Figure 2:** Trading Excess in the HF and microwave regimes for S&P 500 E-Mini (ES) and DAX future (FDAX) cross-venue reactions times.



In Figure 3, the location of these two peaks is determined via traditional gaussian statistics to be 28 and 36 microseconds, commensurate with the expectation for shortwave and fiber-based latencies, respectively. These characteristic peaks are observed for trading dates leading up the expirations of both securities.

Further, the volume of messages transmitted within each of these peaks is shown to be 51% of the aggregated volume for shortwave-based activity and 49% for fiber-based trades. Most importantly, the near equivalence determined in the volumes of these two trading routes is considered evidence that the shortwave trading activity is occurring at enterprise-scale.

Date: Oct 12, 2023

Analysis of High-frequency Trading Activity
Author: Devin D. Whitten, PhD

**Figure 3:** Comparison of shortwave and traditional fiber-based volumes in high-frequency arbitrage races.



To assess the consistency of this trading activity for extended periods of time, this analysis procedure is then iterated for trading dates across a duration of 2021-09-1 to 2021-12-15.

For each date, 20min durations are observed at peak trading hours, 18:00-18:20 UTC. The ratio of message volume at shortwave and fiber-based latencies are then computed for each date. Figure 4 depicts the resulting trading ratios, along with the total trading volume for the 20 min duration.

Date: Oct 12, 2023

Analysis of High-frequency Trading Activity
Author: Devin D. Whitten, PhD

**Figure 4:** Timeseries of shortwave and traditional fiber-based volume ratios in arbitrage races at peak trading hours from 2021-09-01 to 2021-12-15.



Multiple results are evident in Figure 4. First, the FDAX and FESX securities exhibit a significant degree of correlation between their shortwave-to-fiber volume ratios. Most importantly, volume ratios – defined as the shortwave volume divided by the fiber-based volume – are consistently above parity, from which we can conclude that trading activity via shortwave technology *exceeded* that of traditional fiber-based trades, and persisted for multiple months.

The date range in Figure 4 was chosen to highlight this activity, while similar activity is seen throughout 2020 as well.

Date: Oct 12, 2023

Analysis of High-frequency Trading Activity
Author: Devin D. Whitten, PhD

Concluding Remarks:

We identify the characteristic peak associated with shortwave radio technology over a time period of September 2021 to December 2021, and show corresponding peaks in February and March 2020**.** The computed volume of trading activity via shortwave technology is strongly indicative of *enterprise-level* trading activity, and is highly correlated to the volumes traded via "classical" microwave + dedicated trans-Atlantic fiber-based technologies.