# EXHIBIT I

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

http://online.wsj.com/article/SB10001424052702303918204577447222628346192.html

# Citadel Says Other Firm's Profit Shows Strategy Theft

*By Juliet Chung*

June 4, 2012 10:12 pm ET

Citadel LLC, the money manager run by Ken Griffin, has held up a division's shrinking profit as evidence that a fellow Chicago-based investment firm stole some of its proprietary trading strategies.

Citadel said in a court filing that Jump Trading LLC, a high-speed-trading firm, had recruited and hired at least 10 employees of its Tactical Trading business since 2005. Since then, Citadel said, its strategies in the area have become less profitable.

Citadel's Tactical Trading business uses mathematical and statistical models to identify fleeting price patterns and anomalies in the market, aiming to profit through rapid-fire trades. The unit pulled in about $1 billion for Citadel in 2008, during the height of the financial crisis, proving a profit engine for the firm during a year when its better-known hedge funds were hit hard by losses.

These models typically generate predictable profits, Citadel said in petition seeking documents, filed in April in Illinois state court; if a rival were to copy even part of a model, Citadel said it could lose hundreds of millions of dollars.

Jump Trading called Citadel's petition "frivolous" in a motion to dismiss in May and called Citadel's petition "a transparent attempt to obtain a commercial advantage."

Tessa Wendling, general counsel for Jump Trading, said Monday that the firm's views were represented in its motion. A Citadel spokeswoman declined to comment.

Citadel has yet to file suit against Jump Trading.

"On information and belief, the timing of unusual performance observed in Citadel's strategies roughly corresponds to the timing of some of these employees initiating trading activity at Jump and suggests that Citadel's trade secrets could have been misappropriated," Citadel said in the petition.

Former floor traders Bill DiSomma and Paul Gurinas founded the high-frequency-trading outfit in 1999; Jump Trading has offices in Chicago, London and Singapore.

Citadel requires employees to sign nondisclosure agreements and, for most employees in its Tactical Trading business, noncompete agreements. Citadel also limits access to the source code containing its trading algorithms and makes sure "that no paper copies of the source code are maintained," it said in its filing.

The court filings were reported earlier by Reuters.

Citadel manages about $12 billion in assets and is a big player in the business of handling equity and equity-option trades for retail brokers.

Tactical Trading's $1 billion figure had emerged in a court case in which Citadel alleged former employees violated noncompete agreements when they set up a firm called Teza Technologies LLC.

Citadel is asking for seven years' worth of documents it says could help discern who allegedly stole its trade secrets in its petition for discovery.

The documents Citadel seeks include: personnel files identifying all former Citadel employees or consultants who have worked at Jump, including their compensation and supervisors and reports; strategy and trading records, including a description of all of Jump's strategies in which any former Citadel employee or former employee's unit was involved; and source codes for those strategies, including logs of changes to those strategies.

The money manager is also seeking depositions of each of its former employees who work at or are connected to Jump, and may take action against them, the petition said.

**Write to** Juliet Chung at juliet.chung@wsj.com