# EXHIBIT L

# Microwave Industrial/Business Pool - 0008952064 - 10Band LLC

| | | | |
|---|---|---|---|
| File Number | 0008952064 | Radio Service | MG - Microwave Industrial/Business Pool |
| Call Sign | WRFL965 | Application Status | G - Granted |

**General Information**

| | | | |
|---|---|---|---|
| Application Purpose | NE - New | | |
| Existing Radio Service | | | |
| Authorization Type | Regular | Emergency STA | |
| Receipt Date | 01/22/2020 | Action Date | 03/26/2020 |
| Entered Date | 01/22/2020 | Requested Expiration Date | |
| Waiver | No | Number of Rules | |
| Attachments | Yes | Grandfathered Privileges | No |
| Application Fee Exempt | No | Regulatory Fee Exempt | No |
| Major Request | | | |

**Applicant Information**

| | | | |
|---|---|---|---|
| FRN | 0025815432 | Type | Limited Liability Company |
| Name | 10Band LLC<br>600 W Chicago Ave, Ste 840<br>Chicago, IL 60654 | | P:(312)205-8651<br>E:engineering@newlinenet.com |
| Real Party in Interest | | FRN of Real Party in Interest | |

**Contact Information**

| | | | |
|---|---|---|---|
| Name | New Line Networks<br>John Madigan<br>600 W Chicago Ave, Ste 840<br>Chicago, IL 60654 | | P:(312)205-8651<br>E:engineering@newlinenet.com |

**Qualifications, Ownership**

| | | | |
|---|---|---|---|
| Radio Service Type | Fixed | | |
| Regulatory Status | Private Comm | Interconnected | No |

**Alien Ownership**

| | |
|---|---|
| Is the Applicant a foreign government or the representative of any foreign government? | No |
| Is the Applicant an alien or the representative of an alien? | |

Is the Applicant a corporation organized under the laws of any foreign government?

Is the Applicant a corporation of which more than one-fifth of the capital stock is owned of record or voted by aliens or their representatives or by a foreign government or representative thereof or by any corporation organized under the laws of a foreign country?

Is the Applicant directly or indirectly controlled by any other corporation of which more than one-fourth of the capital stock is owned of record or voted by aliens, their representatives, or by a foreign government or representative thereof, or by any corporation organized under the laws of a foreign country?

The Alien Ruling question is not answered.

**Basic Qualifications**
The Applicant answered "No" to each of the Basic Qualification questions.

**Demographics**

Race

Ethnicity                                             Sex