# EXHIBIT N

ULS Application

# Microwave Industrial/Business Pool - 0008624009 - 10Band LLC

| | | | |
|---|---|---|---|
| File Number | 0008624009 | Radio Service | MG - Microwave Industrial/Business Pool |
| Call Sign | WRAF865 | Application Status | G - Granted |

**General Information**

| | | | |
|---|---|---|---|
| Application Purpose | AU - Administrative Update | | |
| Existing Radio Service | | | |
| Authorization Type | Regular | Emergency STA | |
| Receipt Date | 05/01/2019 | Action Date | 05/02/2019 |
| Entered Date | 05/01/2019 | Requested Expiration Date | |
| Waiver | No | Number of Rules | |
| Attachments | No | Grandfathered Privileges | |
| Application Fee Exempt | No | Regulatory Fee Exempt | No |
| Major Request | | | |

**Applicant Information**

| | | | |
|---|---|---|---|
| FRN | 0025815432 | Type | Limited Liability Partnership |
| Name | 10Band LLC<br>600 W Chicago Ave, Ste 840<br>Chicago, IL 60654<br>ATTN John Madigan | | P:(312)205-8651<br>E:jmadigan@newlinenet.com |
| Real Party in Interest | | FRN of Real Party in Interest | |
| If the licensee name is being updated, is the update a result from the sale (or transfer of control) of the license(s) to another party and for which proper Commission approval has not been received or proper notification not provided? | | | No |

**Contact Information**

| | | | |
|---|---|---|---|
| Name | 10Band LLC<br>John Madigan<br>600 W Chicago Ave, Ste 840<br>Chicago, IL 60654<br>ATTN John Madigan | | P:(312)205-8651<br>E:jmadigan@newlinenet.com |