**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SKYWAVE NETWORKS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM J. DISOMMA; <br> PAUL A. GURINAS; <br> MATTHEW HINERFELD; <br> JOHN MADIGAN; <br> JUMP TRADING, LLC; AND <br> VIRTU FINANCIAL, INC., <br><br> Defendants. | No. 1:24-cv-9650 <br><br> Judge Georgia N. Alexakis <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Pursuant to this Court's Motion Practice And Memoranda Of Law, Plaintiff Skywave Networks, LLC ("Skywave"), through its attorneys, respectfully moves the Court for leave to file Plaintiff's Sur-Reply In Opposition To Defendants' Motion to Dismiss First Amended Complaint ("Motion"). In support of its Motion, Skywave states as follows:

1. On June 20, 2025, Defendants filed Defendants' Reply In Support Of Their Motion To Dismiss The First Amended Complaint ("Reply"). D.I. 110.

2. On June 24, 2025, Skywave asked Defendants to file and serve a corrected Reply fixing a material misstatement of fact: Defendants' identification of 10Band LLC ("10Band") as a defendant. Ex. B. Defendants indicated that Defendants would consider filing and serving a corrected Reply. Ex. B.

1

3. On July 1, 2025, pursuant to this Court's meet and confer requirement, Skywave sought Defendants' position as to whether Defendants oppose this Motion. As of the filing of this Motion, Defendants have not responded. *See* Ex. B.

4. Skywave proceeds with this Motion in an effort to ensure its timeliness with respect to Defendants' Reply.

5. Defendants' material misstatement of fact is an "unforeseen point" first raised in Defendants' Reply. *See* Motion Practice And Memoranda Of Law at Memoranda Of Law.

6. Pursuant to this Court's Motion Practice And Memoranda Of Law at Memoranda Of Law, Skywave seeks leave to file a 2-page Sur-Reply In Opposition To Defendants' Motion to Dismiss First Amended Complaint to address this unforeseen point by identifying Defendants' misstatement and explaining its materiality to Defendants' arguments. *See* Ex. A (Skywave's Proposed Sur-Reply).

7. Wherefore, for the foregoing reasons, Skywave respectfully requests that this Court grant Plaintiff's Motion.

Dated: July 3, 2025

Respectfully submitted,

*/s/ Justin A. Barker*
Justin A. Barker
Ariana Garcia-Moore
**Nelson Mullins Riley & Scarborough LLP**
123 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
Tel: (312) 376-1014
justin.barker@nelsonmullins.com
ariana.garciamoore@nelsonmullins.com

Justin Wilcox (admitted *pro hac vice*)
Goutam Patnaik (admitted *pro hac vice*)
Jamie Dohopolski (admitted *pro hac vice*)

Thomas Romanchek (admitted *pro hac vice*)
**Desmarais LLP**
1899 Pennsylvania Avenue, NW, Suite 400
Washington, D.C. 20006
Tel: (202) 451-4900
Fax: (202) 451-4901
jwilcox@desmaraisllp.com
gpatnaik@desmaraisllp.com
jdohopolski@desmaraisllp.com
tromanchek@desmaraisllp.com

Steven Balcof (admitted *pro hac vice*)
Peter Kotecki (admitted *pro hac vice*)
**Desmarais LLP**
230 Park Avenue, 26th Floor
New York, New York 10169
Tel: (202) 351-3400
Fax: (202) 351-3401
sbalcof@desmaraisllp.com
pkotecki@desmaraisllp.com

*Counsel for Skywave Networks, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that he caused the foregoing to be filed and served upon counsel of record via the Court's ECF system on July 3, 2025.

/s/    *Justin A. Barker*
Attorney for Plaintiff