# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SKYWAVE NETWORKS, LLC, | Civil Action No. 1:24-cv-9650 |
| Plaintiff, | |
| v. | Judge Georgia N. Alexakis |
| WILLIAM J. DISOMMA, PAUL A. GURINAS, MATTHEW HINERFELD, JOHN MADIGAN, JUMP TRADING, LLC, and VIRTU FINANCIAL, INC., | **JURY TRIAL DEMANDED** |
| Defendants. | |

**PLAINTIFF'S SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT**

In Defendants' Reply in Support of their Motion to Dismiss (D.I. 110, "Reply"), Defendants incorrectly identify 10Band, LLC ("10Band") as a "Defendant[]" in this case. However, ***10Band is not a defendant***. D.I. 88 at 1. Rather, as Plaintiff Skywave Networks LLC ("Skywave") pleads in the First Amended Complaint, 10Band is a RICO enterprise formed "for the purpose of building and operating [a high-frequency trading] network, including shortwave radio infrastructure." *Id.* at ¶ 94. Defendants—in stark contrast—direct, control, manage, and conduct the affairs of the 10Band enterprise. *See, e.g., id.* at ¶¶ 94–102. When Skywave notified Defendants that they had misidentified 10Band as a defendant, they dismissed it as "a trivial and completely harmless mistake." Exhibit B at 2. Not so. As explained below, Defendants' misidentification of 10Band is a **material and prejudicial mischaracterization** of Skywave's claims—one of many littered throughout Defendants' motion to dismiss.[1]

That 10Band is ***not*** a defendant is ***critical*** given Defendants' meritless "collateral attack" argument. Specifically, Defendants argue Skywave's RICO claims are a collateral attack against the FCC's decisions granting experimental licenses to 10Band. *Compare* D.I. 110 at 1–6, *with* D.I. 107 at 7–11. But the FCC's decisions are not the target of Skywave's claims. D.I. 88, Prayer for Relief. Rather, Skywave's claims are directed at ***Defendants'*** years-long racketeering scheme to misuse 10Band's experimental licenses (that they do not own) for commercial purposes (liability for which they have successfully evaded through their intentional obfuscation efforts). Indeed, Skywave asks the Court to "restrain[]" Defendants "from any further direct or indirect misuse,

---

[1] *See, e.g.*, D.I. 107 at 5–7 (mischaracterizations of Skywave's injuries); *id.* at 10 (mischaracterization of injunctive relief sought); *id.* at 15 (mischaracterization of a Skywave FCC petition); *id.* at 24–25 (mischaracterization of pled facts); *id.* at 27–29 (mischaracterization of *Cleveland v. United States*, 531 U.S. 12 (2000)); *id.* at 33–34 (mischaracterization of when statute of limitations clock begins to run).

including for Commercial Trading, of Experimental Licenses"—not to revoke 10Bands' licenses or restrict its use of those licenses. *Id.*

In sum, the difference between Defendants and 10Band is a matter of substance, not style. *Contra* D.I. 110 at 4. As such, Defendants' attempt to blur that substantive distinction is extremely prejudicial, and the Court should reject it.

Dated: July 3, 2025

Respectfully submitted,

*/s/    Justin A. Barker*

Justin Wilcox (admitted *pro hac vice*)
Goutam Patnaik (admitted *pro hac vice*)
Thomas Derbish (admitted *pro hac vice*)
Jamie Dohopolski (admitted *pro hac vice*)
Thomas Romanchek (admitted *pro hac vice*)
**DESMARAIS LLP**
1899 Pennsylvania Avenue, NW, Suite 400
Washington, D.C. 20006
Tel: 202.451.4900
Fax: 202.451.4901
jwilcox@desmaraisllp.com
gpatnaik@desmaraisllp.com
tderbish@desmaraisllp.com
jdohopolski@desmaraisllp.com
tromanchek@desmaraisllp.com

Steven Balcof (admitted *pro hac vice*)
Peter Kotecki (admitted *pro hac vice*)
**DESMARAIS LLP**
230 Park Avenue, 26th Floor
New York, New York 10169
Tel: 202.351.3400
Fax: 202.351.3401
sbalcof@desmaraisllp.com
pkotecki@desmaraisllp.com

Justin A. Barker (IL 6274518)
Ariana Garcia-Moore
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
123 N. Wacker Drive, 21st Floor
Chicago, Illinois 60606
Tel: 312.376.1014
Fax: 312.264.9491
justin.barker@nelsonmullins.com
ariana.garciamoore@nelsonmullins.com

*Attorneys for Plaintiff Skywave Networks, LLC*

2