# EXHIBIT B

| | |
|---|---|
| **From:** | Jamie Dohopolski |
| **To:** | Chris Gair; gwaldron@cov.com; Ehlers, J. Hardy; Sahni, Neema T; Sperling, Robert Y; Carey, Jessica; Gordon, Andrew; Forrest, Katherine B; Bunting, Kristina; Ingrid Yin |
| **Cc:** | SkywaveDLLPService; Ariana Garcia-Moore; Justin Barker |
| **Subject:** | RE: Skywave Networks, LLC v. DiSomma, No. 1:24-cv-9650 |
| **Date:** | Tuesday, July 1, 2025 7:18:33 PM |
| **Attachments:** | image001.png |
| | image003.png |

Chris,

Your unsubstantiated Rule 11 accusation is not well taken and requires no response. In any event, Skywave's opposition to Plaintiffs' motion and its pleading speak for themselves.

Please let us know by the end of day on July 2, 2025, if Defendants oppose Skywave filing a motion for leave to file sur-reply correcting Defendants' material misstatement.

Regards,

Jamie Dohopolski | Associate

DESMARAIS LLP

T: (202) 451-4935 | E: JDohopolski@desmaraisllp.com

---

**From:** Chris Gair <cgair@gairgallo.com>
**Sent:** Tuesday, June 24, 2025 6:04 PM
**To:** Jamie Dohopolski <JDohopolski@desmaraisllp.com>; gwaldron@cov.com; Ehlers, J. Hardy <jehlers@cov.com>; Sahni, Neema T <nsahni@cov.com>; Sperling, Robert Y <rsperling@paulweiss.com>; Carey, Jessica <jcarey@paulweiss.com>; Gordon, Andrew <agordon@paulweiss.com>; Forrest, Katherine B <kforrest@paulweiss.com>; Bunting, Kristina <kbunting@paulweiss.com>; Ingrid Yin <iyin@gairgallo.com>
**Cc:** SkywaveDLLPService <SkywaveDLLPService@desmaraisllp.com>; Ariana Garcia-Moore <ariana.garciamoore@nelsonmullins.com>; Justin Barker <justin.barker@nelsonmullins.com>
**Subject:** [Ext] RE: Skywave Networks, LLC v. DiSomma, No. 1:24-cv-9650

**\*\*EXTERNAL EMAIL\*\*** This email originated from outside the company. Do not click on any link unless you recognize the sender and have confidence the content is safe.



We will consider it. It is a trivial and completely harmless mistake.

In a very different vein, are you planning on withdrawing your complaint

and brief on the grounds that they each blatantly and repeatedly violate Rule 11?

Chris



**Chris Gair**
cgair@gairgallo.com
312.600.4901
www.gairgallo.com



**From:** Jamie Dohopolski <JDohopolski@desmaraisllp.com>
**Sent:** Tuesday, June 24, 2025 4:07 PM
**To:** Chris Gair <cgair@gairgallo.com>; gwaldron@cov.com; Ehlers, J. Hardy <jehlers@cov.com>; Sahni, Neema T <nsahni@cov.com>; Sperling, Robert Y <rsperling@paulweiss.com>; Carey, Jessica <jcarey@paulweiss.com>; Gordon, Andrew <agordon@paulweiss.com>; Forrest, Katherine B <kforrest@paulweiss.com>; Bunting, Kristina <kbunting@paulweiss.com>; Ingrid Yin <iyin@gairgallo.com>
**Cc:** SkywaveDLLPService <SkywaveDLLPService@desmaraisllp.com>; Ariana Garcia-Moore <ariana.garciamoore@nelsonmullins.com>; Justin Barker <justin.barker@nelsonmullins.com>
**Subject:** Skywave Networks, LLC v. DiSomma, No. 1:24-cv-9650

Counsel,

On page 1 of Defendants' Reply, Defendants incorrectly refer to 10Band as "Defendant 10Band[]." D.I. 110. 10Band is not a defendant. D.I. 88. Please file and serve a corrected Reply that fixes this error and ensures that 10Band is not referred to as a defendant.

Jamie Dohopolski | Associate
**D**ESMARAIS LLP
1899 Pennsylvania Avenue NW
Washington, DC 20006
T: (202) 451-4935 | E: JDohopolski@desmaraisllp.com

This email may contain confidential and privileged material for the use of the intended recipient. Any review, use, or distribution by anyone other than the addressee is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and delete all copies of this message.