**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SKYWAVE NETWORKS, LLC, | |
| Plaintiff, | Civil Action No. 1:24-cv-9650 |
| v. | Judge Georgia N. Alexakis |
| WILLIAM J. DISOMMA, PAUL A. GURINAS, MATTHEW HINERFELD, JOHN MADIGAN, JUMP TRADING, LLC, and VIRTU FINANCIAL, INC., | **PLAINTIFF'S MOTION TO WITHDRAW ATTORNEY GOUTNAM PATNAIK** **JURY TRIAL DEMANDED** |
| Defendants. | |

## MOTION OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.17, Justin Barker, an attorney for Plaintiff Skywave Networks, LLC ("Skywave") respectfully moves this Court to withdraw the appearance of Goutam Patnaik (ECF No. 20) as counsel for plaintiff Skywave Networks, LLC ("Skywave"), and in support states, as follows:

1. On October 18, 2024, the Court granted permission to Goutnam Patnaik of Desmarais LLP to be admitted pro hac vice in this matter. [ECF No. 20.]

2. Mr. Patnaik is no longer an attorney at Desmarais LLP. Since his departure from Desmarais LLP, Mr. Patnaik no longer represents Skywave in the current proceeding.

1

3. Skywave will continue to be represented by Justin Wilcox, Steven Balcof, Thomas Derbish, Jamie Dohopolski, Thomas Romanchek, and Peter Kotecki of Desmarais LLP, and Justin A. Barker and Ariana Garcia-Moore of Nelson Mullins Riley & Scarborough LLP. No harm or prejudice will come to Skywave or any party by allowing Mr. Patnaik to withdraw from representing Plaintiff in this matter.

WHEREFORE, Justin Barker respectfully requests this Court to enter an Order granting permission to withdraw Goutnam Patnaik as counsel for Plaintiff.

Dated: August 29, 2025

Respectfully submitted,

/s/ Justin A. Barker_____

| | |
|---|---|
| Justin Wilcox (admitted *pro hac vice*) | Justin A. Barker (6274518) |
| Thomas Derbish (admitted *pro hac vice*) | Ariana Garcia-Moore (6342097) |
| Jamie Dohopolski (admitted *pro hac vice*) | **NELSON MULLINS RILEY & SCARBOROUGH LLP** |
| Thomas Romanchek (admitted *pro hac vice*) | 123 N. Wacker Drive, 21st Floor |
| **DESMARAIS LLP** | Chicago, Illinois 60606 |
| 1899 Pennsylvania Avenue, NW | Tel: 312.376.1014 |
| Suite 400 | Fax: 312.264.9491 |
| Washington, D.C. 20006 | justin.barker@nelsonmullins.com |
| Tel: 202.451.4900 | ariana.garciamoore@nelsonmullins.com |
| Fax: 202.451.4901 | |
| jwilcox@desmaraisllp.com | |
| tderbish@desmaraisllp.com | |
| jdohopolski@desmaraisllp.com | |
| tromanchek@desmaraisllp.com | |
| | |
| Steven Balcof (admitted *pro hac vice*) | |
| Peter Kotecki (admitted *pro hac vice*) | |
| **DESMARAIS LLP** | |
| 230 Park Avenue, 26th Floor | |
| New York, New York 10169 | |
| Tel: 202.351.3400 | |
| Fax: 202.351.3401 | |
| sbalcof@desmaraisllp.com | *Attorneys for Plaintiff* |
| pkotecki@desmaraisllp.com | *Skywave Networks, LLC* |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Notice of Withdrawal of Counsel was served upon the parties registered with the Court's CM/ECF system via electronic notification of the filing on this August 29, 2025.

<em>/s/ Justin A. Barker</em>_____