# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Skywave Networks, LLC

                                                    Plaintiff,

v.                                                                                   Case No.: 1:24−cv−09650

                                                                                                   Honorable Georgia N. Alexakis

William J. Disomma, et al.

                                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 2, 2025:

      MINUTE entry before the Honorable Georgia N. Alexakis: For the reasons set forth in the accompanying memorandum opinion and order, the Court does not have subject matter jurisdiction over Skywave's amended complaint and therefore grants defendants' motion to dismiss [101]. The dismissal is without prejudice. Enter Memorandum Opinion and Order. Civil case terminated. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.