# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Skywave Networks, LLC,

Plaintiff(s),

v.

William J. Disomma, Paul A. Gurinas, Matthew Hinerfeld, Jump Trading, LLC, Virtu Financial, Inc., and John Madigan,

Defendant(s).

Case No. 24-cv-9650
Judge Georgia N. Alexakis

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)
.
Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of defendants William J. Disomma, Paul A. Gurinas, Matthew Hinerfeld, Jump Trading, LLC, Virtu Financial, Inc., and John Madigan and against plaintiff Skywave Networks, LLC, because the Court lacks subject matter jurisdiction. The dismissal is without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Georgia N. Alexakis on a motion to dismiss decided 12/2/25.

Date:  12/2/2025                         Thomas G. Bruton, Clerk of Court

                                         Carmen Acevedo, Deputy Clerk